**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Las Vegas Color Graphics, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 65-0919583 |

4. **Debtor's address**

**Principal place of business**

**4265 W. Sunset Road**
**Las Vegas, NV 89118**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Las Vegas Color Graphics, Inc.**                                        Case number (*if known*) _____
        Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____2759____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

---

Debtor  **Las Vegas Color Graphics, Inc.**                                    Case number *(if known)*
     Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **ColorArt, LLC** | Relationship | **Owner** |
| District | **Nevada** | When | Case number, if known |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Las Vegas Color Graphics, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 5, 2025**
                        MM / DD / YYYY

**X** **/s/ Eran Salu**                                                    **Eran Salu**
Signature of authorized representative of debtor          Printed name

Title    **Authorized Representative**

---

**18. Signature of attorney**

**X** **/s/ Teresa M. Pilatowicz**                        Date **November 5, 2025**
Signature of attorney for debtor                                      MM / DD / YYYY

**Teresa M. Pilatowicz 9605**
Printed name

**Garman Turner Gordon LLP**
Firm name

**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone    **725-777-3000**        Email address    **tpilatowicz@gtg.legal**

**9605 NV**
Bar number and State

# LAS VEGAS COLOR GRAPHICS, INC.

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

## IN LIEU OF A SPECIAL MEETING

November 3, 2025

Pursuant to the provisions of Chapter 78 of the Nevada Revised Statutes and the Nevada Business Corporations Act contained therein, the undersigned, being the Board of Directors (the "Board") of Las Vegas Color Graphics, Inc., a Nevada Corporation (the "Corporation"), does hereby consent to the adoption of the following resolutions, in lieu of a special meeting and without the necessity of any prior notice period regarding the proposed actions addressed by the Board herein, the call and notice of which are hereby waived:

**WHEREAS**, the undersigned, being the Board of Directors, in consultation with the Corporation's advisors, has determined that it is desirable and in the best interests of the Corporation, and its creditors, shareholders, and other stakeholders, that a voluntary petition be filed by the Corporation, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); and

**NOW, THEREFORE, BE IT RESOLVED**: Corporation is hereby authorized to file for relief under the Bankruptcy Code, at such time as the Authorized Representative (appointed herein) determines such filing is required to protect the assets and operations of the Corporation;

**RESOLVED FURTHER**: that Eran Salu, the sole officer of the Corporation and sole director of the Board, is appointed as the authorized representative (the "Authorized Representative") of the Corporation, in the Corporation's Chapter 11 bankruptcy case to be commenced in the Bankruptcy Court (the "Chapter 11 Case"), and in such capacity, acting alone, with power of delegation, be, and hereby is, authorized and empowered to execute and file on behalf of the Corporation, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that the Authorized Representative deems necessary or proper to conduct the affairs of the Corporation in the Chapter 11 Case, including, without limitation, to negotiate, file and confirm a plan of reorganization for the Corporation;

**RESOLVED FURTHER**: without limiting the foregoing, the Authorized Representative shall be designated as the responsible person in the Chapter 11 Case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with the Chapter 11 Case;

**RESOLVED FURTHER**: the Board authorizes, directs, and ratifies the retention of the law firm of Garman Turner Gordon LLP to represent the Corporation in such Chapter 11

Case as general bankruptcy counsel as provided for in its engagement agreement and as subject to any requisite Bankruptcy Court approval;

**RESOLVED FURTHER**:  without limiting the foregoing, that the Authorized Representative, and such other persons as the Authorized Representative shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and file all motions, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case;

**RESOLVED FURTHER**:  without limiting the foregoing, that the Authorized Representative, and such other persons as the Authorized Representative shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper and desirable to effectuate a successful Chapter 11 bankruptcy case with respect to the Corporation;

**RESOLVED FURTHER**:  all acts lawfully done or actions lawfully taken by the Authorized Representative of the Corporation in the name and on behalf of the Corporation to file the petition or in any other connection with the Chapter 11 Case, or any manner related thereto, or in furtherance of these resolutions be, and hereby are, in all respects ratified, confirmed and approved.

## GENERAL IMPLEMENTING RESOLUTION

**RESOLVED**:  that the Authorized Representative, with full authority to act on behalf of the Corporation, hereby is authorized and directed, in the name and on behalf of the Corporation, to take or cause to be taken, any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to retain other professionals, advisors and consultants on behalf of the Corporation, and to incur all such fees and expenses as in such Authorized Representative's judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

[Signature page follows.]

IN WITNESS WHEREOF, the undersigned, being the sole director of the Board, has executed these resolutions as of the Effective Date.

Board of Directors

By: _____

Eran Salu

Sole Director

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Las Vegas Color Graphics, Inc.**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Employer Solutions Services, Inc. Po Box 789087 Philadelphia, PA 19178** | | | | | | **$660,334.93** |
| **Hewlett-Packard Financial Services Co Po Box 402582 Atlanta, GA 30384-2582** | | | | | | **$503,774.37** |
| **Nevada Department of Taxation Bankruptcy Section 555 E. Washington Ave., Ste. 1300 Las Vegas, NV 89101** | | | | | | **$305,826.92** |
| **Indigo America, Inc.-LV Po Box 415573 Boston, MA 02241-5573** | | | | | | **$223,995.79** |
| **Ucp Staffing 387 W. Tabernacle Street Saint George, UT 84770** | | | | | | **$221,178.15** |
| **Precise Personnel 2781 W. Macarthur Blvd B176 Santa Ana, CA 92704** | | | | | | **$159,916.64** |
| **Worldwide Express-LV PO Box 733360 Dallas, TX 75373-3360** | | | | | | **$133,616.52** |

Debtor  **Las Vegas Color Graphics, Inc.** _____  Case number *(if known)* _____
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ENRU Logistics LSC Communications PO Box 932987 Cleveland, OH 44193-0029** | | | | | | $86,249.00 |
| **Fuze HR Solutions Inc. 8500 Blvd Decarie, Ste 400 Mont-Royal QC H4P 2N2 Canada** | | | | | | $74,094.83 |
| **Direct Logistics, Inc 6363 N State Highway 161 Ste 510 Irving, TX 75038-2272** | | | | | | $69,461.00 |
| **Fedex Freight-LV PO Box 21415 Pasadena, CA 91185-1415** | | | | | | $64,814.45 |
| **Kelly Spicers Inc. File 749316 Los Angeles, CA 90074-9316** | | | | | | $40,078.96 |
| **Onyx Specialty Papers Inc. PO Box 95000-4190 Philadelpha, PA 19195-0001** | | | | | | $39,126.00 |
| **Time Logistics, Inc.-LV 2014 Elmer Pogue Drive Columbia, TN 38401** | | | | | | $38,955.65 |
| **FedEx-CA PO Box 94515 Palatine, IL 60094-4515** | | | | | | $38,684.36 |
| **Arc Paper, Llc. Las Vegas NV 89120 6320 S. Sandhill Rd. Ste. 2 Las Vegas, NV 89120** | | | | | | $35,926.24 |
| **Cdw Direct, LLC PO Box 75723 Chicago, IL 60675-5723** | | | | | | $32,581.52 |

Debtor  **Las Vegas Color Graphics, Inc.**                                      Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Republic Services #620 PO Box 78829 Phoenix, AZ 85062-8829** | | | | | | **$31,513.98** |
| **Bank of America Eastman Kodak Graphic Co 222 Broadway New York, NY 10038-2510** | | | | | | **$28,671.89** |
| **Nvenergy P.O. Box 30150 Reno, NV 89520-3150** | | | | | | **$28,238.92** |

# United States Bankruptcy Court
## District of Nevada

In re    **Las Vegas Color Graphics, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  5, 2025**

**/s/ Eran Salu**

**Eran Salu/Authorized Representative**
Signer/Title

.

Las Vegas Color Graphics, Inc.
4265 W. Sunset Road
Las Vegas, NV 89118

Teresa M. Pilatowicz
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

60 KAKI BUKIT PLACE
BUKIT PLACE
Singapore 415979

ABCOLN FASHIONS LLC
Oviedo, FL 32765-8017

Actega Kelstar Inc-LV
26537 Network Place
Chicago, IL 60673-1265

Aequum Capital Financial II, LLC
Attn: General Counsel
250 Nicollet Mall, Suite 800 & 900
Minneapolis, MN 55401

Air Filter Sales & Service
3970 Ponderosa Way
Las Vegas, NV 89118

Air Now Supply Inc.
5362 Bolsa Ave. Ste D
Huntington Beach, CA 92649

Airgas Dry Ice
PO Box 736148
Dallas, TX 75373-6148

Alpha Embroidery
6334 W. Sahara Ave.
Las Vegas, NV 89146

Alphagraphics-LV
7135 Bermuda Road
Las Vegas, NV 89119

Altitude Color Technologies
7175 W Post Rd
Las Vegas, NV 89113-6611

Amazon Business
Seattle, WA 98109

American Coradius International LLC
2420 Sweet Home Rd Ste 150
Buffalo, NY 14228-2244

Ameriken-LV
618 N. Edgewood Ave.
Wood dale, IL 60191

Analyroi, LLC dba NMBL Strategies
Receiver Attn: Eric Moraczewski
8419 Manchester Rd Suite 101
Saint Louis, MO 63144

Arc Paper, Llc. Las Vegas NV 89120
6320 S. Sandhill Rd. Ste. 2
Las Vegas, NV 89120

Ascen Workforce, LLC
PO Box 201245
Dallas, TX 75320-1245

Assured Document Destruction, Inc.
145 E. Warm Springs Rd.
Las Vegas, NV 89119

Astro Packaging-LV
1300 N. Jefferson St.
Anaheim, CA 92807

B & H Machine, Inc.
251 Southwoods Cente
PO Box 626
Columbia, IL 62236

Baldwin Graphic Systems, Inc.
26211 Network Place
Chicago, IL 60673-1262

Bank of America Eastman Kodak Graphic Co
222 Broadway
New York, NY 10038-2510

Bcc Software, LLC- LV
PO Box 1174
Buffalo, NY 14240

Be Transport
PO Box 911486
Commerce, CA 90091

Beedie
4755 Dean Martin Drive
Las Vegas, NV 89103

Bending The Rules Die Making
9949 Madison Walk Ave.
Las Vegas, NV 89149

Bindery Tech, Inc.
35205 Center Ridge Road
North Ridgeville, OH 44039

Blank Rome LLP
Attn: Kenneth Ottaviano
444 W. Lake Street, Suite 1650
Chicago, IL 60606

Block Graphics, Inc.
PO Box 841741
Dallas, TX 75284-1741

Bottcher America, Corp.
P.O. Box 644956
Pittsburg, PA 15264-4956

Bureau Veritas Certification
PO Box 405661
Atlanta, GA 30384-5661

BW CONVERTING-LV
25239 Network Pl
Chicago, IL 60673-1252

Capital Adhesives-LV
1260 S. Old State Rd 67
Mooresville, IN 46158

Carton Craft Supply Inc.
6840 Meadow Lane
Alpharetta, GA 30005

Cdw Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

Chubb
PO Box 382001
Pittsburgh, PA 15250-8001

City of Las Vegas - Licensing
PO Box 748018
Los Angeles, CA 90074-8018

Clark County Water Reclamation Dist.
PO Box 512210
Los Angeles, CA 90051-0210

Clean Edge Printing, Inc.
300 Sunpac Court
Henderson, NV 89011

Clearbags-LV
PO Box 931118
Atlanta, GA 31193-1118

Coast To Coast Label
18401 Bandilier Circle
Fountain Valley, CA 92708

Color Reflections
3560 S Valley View Blvd
Las Vegas, NV 89103-1899

Comtech Business Systems
PO Box 621112
Las Vegas, NV 89162

Continental Binder & Specialty
407 W. Compton Blvd.
Gardena, CA 90248

Cox Communications, Inc.
PO Box 53262
Phoenix, AZ 85072-3262

Creative Coatings
4553 Mission Gorge Place
San Diego, CA 92120

Crown Lift Trucks-LV
PO Box 641173
Cincinnati, OH 45264-1173

Custom Fleet Service Inc.
PO Box 90095
Henderson, NV 89009

Direct Logistics, Inc
6363 N State Highway 161 Ste 510
Irving, TX 75038-2272

Dmt Solutions Global Corp.
Chicago, IL 60674-7412

Dmv&Ps
PO Box 6900
Carson City, NV 89702-6900

Dpi Direct
13257 Kirkham Way
Poway, CA 92064

Employer Solutions Services, Inc.
Po Box 789087
Philadelphia, PA 19178

ENRU Logistics
LSC Communications
PO Box 932987
Cleveland, OH 44193-0029

Ernest Packaging Solutions
Las Vegas, NV 89139

Express Die Supply, Inc.
10020 Freeman Ave.
Santa Fe Springs, CA 90670

Fedex Freight-LV
PO Box 21415
Pasadena, CA 91185-1415

FedEx-CA
PO Box 94515
Palatine, IL 60094-4515

Fellers
350 E. Devon Ave.
Itasca, IL 60143-1249

Flow Cleanrooms & Supply
3706 Mill Creek Dr NE
Comstock Park, MI 49321-9043

Fortified Pest Management LLC
6165 Harrison Dr. Ste 4
Las Vegas, NV 89120

Fujifilm North America Corporation-LV
Dept La 22221
Pasadena, CA 91185-2221

Fuze HR Solutions Inc.
8500 Blvd Decarie, Ste 400
Mont-Royal QC H4P 2N2 Canada

Grainger-LV
PO Box 419267 Dept. 816516207
Kansas City, MI 64141-6297

Greg Matiya Desert Diecutting
16 Starbrook Dr
Henderson, NV 89052-6628

Heidelberg Usa, Inc.-LV
PO Box 5160
Carol Stream, IL 60197

Heritage-Crystal Clean Llc
13621 Collections Center Dr.
Chicago, IL 60693-0136

Hewlett-Packard Financial Services Co
Po Box 402582
Atlanta, GA 30384-2582

Idea Express Group Inc.
1400 Colorado St. Unit C
Boulder City, NV 89005

Idealliance-LV
1800 Diagonal Rd, Ste 320
Alexandria, VA 22314-2862

Indigo America, Inc.-LV
Po Box 415573
Boston, MA 02241-5573

Ink Systems, Inc.-LV
2311 S Eastern Ave
Commerce, CA 90040-1430

Inland Supply Company
PO Box 10048
Reno, NV 89510-0048

Jeffrey Claus.
7893 Barntucket Ave.
Las Vegas, NV 89147

Jenco Productions, Inc.
401 South "J" Street
San Bernardino, CA 92410

K. International Press Inc.
4481 Sandburg Way
Irvine, CA 92612

Kdc Bindery Services Llc
406 S. Rockford Drive
Tempe, AZ 85281

Kelly Spicers Inc.
File 749316
Los Angeles, CA 90074-9316

Laird Plastics-LV
75 Remittance Drive SUITE 2720
Chicago, IL 60675-2720

LSC Communications LLC ENRU Logistics
PO Box 932987
Cleveland, OH 44193-0029

Lvvwd
PO Box 2921
Phoenix, AZ 85062-2921

Mark Andy Inc.
7312 Solutions Center
Chicago, IL 60677-7003

Martin Garage Doors Of NV
6667 Schuster St.
Las Vegas, NV 89118

Master Craft Labels, Inc.
7478 Washington Ave. S.
Eden Prairie, MN 55344-3704

Mcmaster-Carr Supply Co.-LV
P.O. Box 7690
Chicago, IL 60680-7690

Mericle Mechanical, Inc.
1664 Sierra Madre Cir.
Placentia, CA 92870

Metal Magic
5801 S. 25Th St.
Phoenix, AZ 85040

Michelli Measurement Group, Inc
130 Brookhollow Esplanade
Harahan, LA 70123

Montroy Supply Co.
PO Box 93000
Long Beach, CA 90809

Muller Martini Corp-LV
PO Box #787196
Philadelphia, PA 19178-7196

Naumann Hobbs Material Handling.Llc
PO Box 31001-3356
Pasadena, CA 91110-3356

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., Ste. 1300
Las Vegas, NV 89101

Neway Lockbox
PO Box 848754
Los Angeles, CA 90084-8754

Nextgen
PO Box 30102, Dept. 718
Salt Lake City, UT 84130-0102

Novatech Packaging Systems, Inc.
19665 Descartes
Foothill Ranch, CA 92610

Nvenergy
P.O. Box 30150
Reno, NV 89520-3150

Oc Lamination
528 Cedar Ave., #3N
Long Beach, CA 90802

On Trac International Mail
3665 Nw 32Nd Ave., Ste 100
Vancouver, WA 98660

Onyx Specialty Papers Inc.
PO Box 95000-4190
Philadelpha, PA 19195-0001

Ortan's Lawn Maintenance LLC
8165 W Lone Mountain Rd
Las Vegas, NV 89129-4803

Pacific Graphic Supply
PO Box 4605
Ontario, CA 91761

Pamarco Global Graphics-LV
PO Box 674848
Detroit, MI 48267-4848

Peterman Lumber
10330 Elm Ave.
Fontana, CA 92337

Pitney Bowes Presort Services Llc
PO Box 6808, Dept. 8
Carol Stream, IL 60197-6808

Platinum Forklift Service Llc
5216 Sand Dollar Ave.
Las Vegas, NV 89141

Precise Personnel
2781 W. Macarthur Blvd B176
Santa Ana, CA 92704

```
Progress Software Corporation
PO Box 84-5828
Boston, MA 02284-5828

Purvis Industries
PO Box540757
Dallas, TX 75354

Quadient Finance Usa Inc.
PO Box 6813
Carol Stream, IL 60197-6813

Quadient Leasing USA Inc-LV
PO Box 123682, Dept. 3682
Dallas, TX 75312-3682

RA Logistics, Inc.-LV
6363 N State Highway 161 Ste 510
Irving, TX 75038-2272

Republic Services #620
PO Box 78829
Phoenix, AZ 85062-8829

RM Machinery Inc.-LV
212 N. Virginia Ave.
Carneys Point, NJ 08069

Ross Bindery, Inc.
15310 Spring Ave.
Santa Fe Springs, CA 90670

Schindler Elevator Corp.
PO Box 93050
Chicago, IL 60673-3050

Sign Centers  Las Vegas
3700 Pecos McLeod Ste 100
Las Vegas, NV 89121-4259

Silver Springs Water
480 Mirror Court, Ste 109
Henderson, NV 89011

SkyTop Vending, Llc  Las Vegas
1509 Western Ave
Las Vegas, NV 89102-2601

Southwest Gas
PO Box 24531
Oakland, CA 94623-1531

Spiral Binding Llc-LV
PO Box 527823
Miami, FL 33152-7823
```

Suburban Propane-1487
PO Box 12068
Fresno, CA 93776-2068

Ted Wiens Tire & Auto Las Vegas
5720 Arville St. Ste #115
Las Vegas, NV 89118

Time Logistics, Inc.-LV
2014 Elmer Pogue Drive
Columbia, TN 38401

Tire Works
PO Box 208942
Dallas, TX 75320-8942

Tk Elevator
PO Box 3796
Carol Stream, IL 60132-3796

Truly Nolen Branch 050
440 S Williams Blvd
Tucson, AZ 85711-4488

TSYS -Trust Commerce
1 Heartland Way
Jeffersonville, IN 47130-5870

Ucp Staffing
387 W. Tabernacle Street
Saint George, UT 84770

Uline-LV
PO Box 88741
Chicago, IL 60680-1741

Unique Services Group
13215 Louvre Street
Pacoima, CA 91331

United Rentals Inc.
PO Box 51122
Los Angeles, CA 90074-1122

Ups Supply Chain Solutions, Inc.-LV
28013 Network Place
Chicago, IL 60673-1280

Ups-LV
PO Box 650116
Dallas, TX 75265-0116

Vegas Graphic Equipment Services Llc
PO Box 91955
Henderson, NV 89009

Veritiv Operating Company-LV
PO Box 57006
Los Angeles, CA 90074-7006

Verizon Wireless-LV
PO Box 660108
Dallas, TX 75266-0108

Vestis
PO Box 101179
Pasadena, CA 91189-1179

Western Converting Specialties Inc.
15601 Cypress Ave
Baldwin Park, CA 91706-2120

Wex Bank-LV
PO Box 4337
Carol Stream, IL 60197-4337

Whittier Mailing Products, Inc.-LV
13019 Park St.
Santa Fe Springs, CA 90670-4005

Worldwide Express-LV
PO Box 733360
Dallas, TX 75373-3360

WP Engine, Inc
504 Lavaca St Ste 1000
Austin, TX 78701-2857

Xerox Corporation-LV
PO Box 7405
Pasadena, CA 91109-7405

Xpo Logistics Inc
29559 Network Place
Chicago, IL 60673-1559

YGCH
2360 Corporate Circle, STE 330
Henderson, NV 89074

Zeller+Gmelin Corp
PO Box 100434
Atlanta, GA 30384-0434

# United States Bankruptcy Court
## District of Nevada

In re  **Las Vegas Color Graphics, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Las Vegas Color Graphics, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ColorArt, LLC**

☐ None [*Check if applicable*]

**November  5, 2025**

Date

**/s/ Teresa M. Pilatowicz**

**Teresa M. Pilatowicz 9605**

Signature of Attorney or Litigant

Counsel for   **Las Vegas Color Graphics, Inc.**

**Garman Turner Gordon LLP**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
**tpilatowicz@gtg.legal**