PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, SBN CA 133491
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:  LAS VEGAS COLOR GRAPHICS, INC.,  Debtor. | Case No. 25-16697-nmc  Chapter 11 |
|---|---|

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Justin C. Valencia
> 300 Las Vegas Boulevard So., Suite 4300
> Las Vegas, NV  89101
> Email:  justin.c.valencia@usdoj.gov

///

///

///

| | |
|---|---|
| Date: November 6, 2025 | Respectfully submitted, |
| | PETER C. ANDERSON |
| | UNITED STATES TRUSTEE |
| | By: /s/ *Justin C. Valencia* |
| |     Justin C. Valencia, Esq. |
| |     Trial Attorney for the United States Trustee |