GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 25-16697-nmc |
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| Debtor. | Date:  N/A<br>Time:  N/A |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR FIRST DAY MOTIONS**

As required by Local Rule[1] 9006, Teresa M. Pilatowicz, Esq. of Garman Turner Gordon LLP, proposed counsel for Las Vegas Color Graphics, Inc. ("LVCG") and ColorArt, LLC ("ColorArt"; together with LVCG, the "Debtors") in the above-captioned proceeding, has contacted the parties listed below regarding the proposed order shortening time to hear the following Motions:

- Emergency Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Fed. R. Bankr. P. 1015(b) (the "Joint Administration Motion");

- Debtors' Emergency Motion for Entry of Interim and Final Orders Determining Extent of Cash Collateral and Authorizing the Use of Cash Collateral Pursuant to 11

---

[1] Unless otherwise stated, all Chapter and Section references are to Title 11 of the U.S. Code (the "Bankruptcy Code"); all "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure; and all references to "Local Rule" are to the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada.

U.S.C. §§ 105, 361, 363, and 506, and Fed. R. Bankr. P. 4001(b), and Setting a Final Hearing (the "Cash Collateral Motion");

- Emergency Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 for an Order Determining that Adequate Assurance Has Been Provided to the Utility Companies (the "Utilities Motion");

- Debtors' Emergency Motion for Order: (I) Authorizing Debtor to Pay Wages, Salaries, Benefits, and Other Employee Obligations; and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations (the "Wage Motion", and together with the Joint Administration Motion, Cash Collateral Motion, and Utilities Motion, the "First Day Motions").

The parties agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Justin C. Valencia, Esq. Counsel for the U.S. Trustee | Nov. 6, 2025 Via email (*responded that the UST is not taking a position on the request*) | | |
| William Dorsey Blank Rome Counsel for Lender | Nov. 6, 2025 Via telephone | X | |

DATED this 7th day of November, 2025

GARMAN TURNER GORDON LLP

By: /s/ Teresa Pilatowicz
GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Attorneys for Debtors*