GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re:                                              | Lead Case No.:25-16697-nmc |
|-----------------------------------------------------|----------------------------|
| LAS VEGAS COLOR GRAPHICS, INC.,                     | Chapter 11                 |
| AFFECTS LAS VEGAS COLOR GRAPHICS, INC. ☐            | *Jointly administered with:* |
| AFFECTS COLORART, LLC ☐                             | ColorArt, LLC Case No. 25-16701-nmc |
| AFFECTS BOTH DEBTORS ☒                              |                            |
| Debtors.                                            | Hearing Date: January 6, 2025 Hearing Time: 9:30 am |

## <u>CERTIFICATE OF SERVICE</u>

1.  On December 1, 2025, I served the following document(s):

   a.   *Amendment to Motion for Extension of Time to File*      Dkt. No. 144
        *Chapter 11 Schedules and Statements*

   I served the above-named document(s) by the following means to the persons as listed below:

   ☒      ECF System: See attached ECF Confirmation Sheet.

1

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of December, 2025.

/s/ Shelby Harmer

Shelby Harmer, an employee of
Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 25-16697-nmc Motion to Amend |
| **Date:** | Monday, December 1, 2025 4:44:45 PM |

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 12/1/2025 at 4:43 PM PST and filed on 12/1/2025

**Case Name:**        LAS VEGAS COLOR GRAPHICS, INC.(LEAD)
**Case Number:**     25-16697-nmc
**Document Number:** 144

**Docket Text:**
Motion to Amend *Amendment to Motion for an Extension of Time to File Chapter 11 Schedules and Statements* Filed by TERESA M. PILATOWICZ on behalf of COLORART, LLC, LAS VEGAS COLOR GRAPHICS, INC. (Related document(s) [114] Motion to Extend Deadline to File Schedules filed by Debtor LAS VEGAS COLOR GRAPHICS, INC., Jnt Admin Debtor COLORART, LLC)(PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Supplement to Motion to Extend Time File Schedules and Statements 4902-4830-0413 v2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/1/2025] [FileNumber=37155902-0
] [b8d76e54d223e1c1366b1d4878c37db8f5250917f0525f67fe0f8e5e832e0b0fe08
c18a18c9dc5a06a34d3f74d2286f2255bb4206ff01a66685fe69ca5c2d235]]

**25-16697-nmc Notice will be electronically mailed to:**

OGONNA M. BROWN on behalf of Creditor AICV S Heart Fillmore, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor AICV S Heart Workman, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Delaware, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Morton, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-

us.com

LOUIS M BUBALA, III on behalf of Interested Party JAL EQUITY CORP.
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

ALLISON L. DOMOWITCH on behalf of Creditor Canon Financial Services, Inc.
fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com

JEFF GARRETT on behalf of Interested Party JAL EQUITY CORP.
jgarrett@kcnvlaw.com

GABRIELLE A. HAMM on behalf of Creditor Aequum Capital Financial II LLC
ghamm@nvfirm.com, ecf@nvfirm.com

MICHAEL R. HOGUE on behalf of Creditor Beedie (Pioneer Way) NV Property, LLC
hoguem@gtlaw.com, michael-hogue-
0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

MICHAEL R. HOGUE on behalf of Creditor Beedie Development Group Holdings Ltd.
hoguem@gtlaw.com, michael-hogue-
0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

ROBERT MCKAY HOLLEY on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed
receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

TERESA M. PILATOWICZ on behalf of Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Debtor LAS VEGAS COLOR GRAPHICS, INC.
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Jnt Admin Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Creditor Aequum Capital Financial II LLC
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-16697-nmc Notice will not be electronically mailed to:**

WILLIAM J. DORSEY on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

STEPHANIE HOR-CHEN on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

KENNETH JAY OTTAVIANO on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

Case 25-16697-nmc   Doc 201   Entered 12/15/25 15:01:32   Page 5 of 5

ERIC C. PETERSON on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
SPENCER FANE LLP
1 N. BRENTWOOD BLVD.
SUITE 1200
ST. LOUIS, MO 63105

IAN M. RUBENSTRUNK on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
SPENCER FANE LLP
100 SOUTH FIFTH STREET
SUITE 2500
MINNEAPOLIS, MN 55402

W.W. GRAINGER, INC.
401 S. WRIGHT RD.
JANESVILLE, WI 53546