GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.:25-16697-nmc |
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| ☐ AFFECTS LAS VEGAS COLOR GRAPHICS, INC. | *Jointly administered with:* |
| ☐ AFFECTS COLORART, LLC | ColorArt, LLC<br>Case No. 25-16701-nmc |
| ☒ AFFECTS BOTH DEBTORS | |
| Debtors. | |

## CERTIFICATE OF SERVICE

1.  On December 15, 2025, I served the following document(s):

    a.  *Reply to the U.S. Trustee's Opposition and Reservation of Rights to the Motion for Entry of an Order (I) Authorizing Debtors to (A) Employ and Retain Silverman Consulting, Inc. to Provide Debtors with a Chief Restructuring Officer and Other Financial Advisory and Management Services Pursuant to 11 U.S.C. § 363(B); (B) Designating Michael Silverman as*     Dkt. No. 203

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

*Chief Restructuring Officer' and (II) Granting Related Relief.*

I served the above-named document(s) by the following means to the persons as listed below:

☒　　ECF System: See attached ECF Confirmation Sheet.

2.　On December 16, 2025, I served the following document(s):

    a.　　*Notice of Proposed Agenda for December 17, 2025, at 9:30 am Hearings*　　Dkt. No. 208

I served the above-named document(s) by the following means to the persons as listed below:

☒　　ECF System: See attached ECF Confirmation Sheet.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of December, 2025.

/s/ Shelby Harmer
Shelby Harmer, an employee of
Garman Turner Gordon LLP

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| From: | USBC_NEVADA@nvb.uscourts.gov |
|---|---|
| To: | Courtmail@nvb.uscourts.gov |
| Subject: | 25-16697-nmc Reply |
| Date: | Monday, December 15, 2025 7:20:41 PM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 12/15/2025 at 7:19 PM PST and filed on 12/15/2025

**Case Name:**  LAS VEGAS COLOR GRAPHICS, INC.(LEAD)
**Case Number:**  25-16697-nmc
**Document Number:** 203

**Docket Text:**
Reply *to the U.S. Trustees Opposition and Reservation of Rights to the Motion for Entry of an Order (I) Authorizing Debtors To (A) Employ and Retain Silverman Consulting, Inc. To Provide Debtors With A Chief Restructuring Officer and Other Financial Advisory and Management Services Pursuant To 11 U.S.C. § 363(B); (B) Designating Michael Silverman as Chief Restructuring Officer; And (II) Granting Related Relief* Filed by TERESA M. PILATOWICZ on behalf of COLORART, LLC, LAS VEGAS COLOR GRAPHICS, INC. (Related document(s)[192] Objection filed by U.S. Trustee U.S. TRUSTEE - LV - 11.) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Reply to USTs Opp Silverman 3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/15/2025] [FileNumber=37192907-0] [a3f65d97bda79d741369b2cff74e4c048bbdee93f22d65f46172bada4f3f46e016 ca54300fb6b7e36fab32c4b649b01c5043576962e1742467baf08f87d9b864]]

**25-16697-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor KNUDSEN LVCG, LLC
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

RYAN A. ANDERSEN on behalf of Creditor KNUDSEN LVCG,LLC
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

MICHAEL N. BEEDE on behalf of Creditor KNUDSEN LVCG, LLC
mike@abwfirm.com, eservice@legallv.com

MICHAEL N. BEEDE on behalf of Creditor KNUDSEN LVCG,LLC
mike@abwfirm.com, eservice@legallv.com

OGONNA M. BROWN on behalf of Creditor AICV S Heart Fillmore, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor AICV S Heart Workman, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Delaware, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Morton, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Interested Party JAL EQUITY CORP.
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

ALLISON L. DOMOWITCH on behalf of Creditor Canon Financial Services, Inc.
fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com

JEFF GARRETT on behalf of Interested Party JAL EQUITY CORP.
jgarrett@kcnvlaw.com

GABRIELLE A. HAMM on behalf of Creditor Aequum Capital Financial II LLC
ghamm@nvfirm.com, ecf@nvfirm.com

MICHAEL R. HOGUE on behalf of Creditor Beedie (Pioneer Way) NV Property, LLC
hoguem@gtlaw.com, michael-hogue-
0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

MICHAEL R. HOGUE on behalf of Creditor Beedie Development Group Holdings Ltd.
hoguem@gtlaw.com, michael-hogue-
0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

ROBERT MCKAY HOLLEY on behalf of Interested Party NMBL STAGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

MARY LANGSNER on behalf of Debtor LAS VEGAS COLOR GRAPHICS, INC.
mlangsner@gtg.legal, bknotices@gtg.legal

MEGAN K. MCHENRY on behalf of Creditor M2 EQUIPMENT FINANCE LLC, DBA M2 LEASE FUNDS LLC
m.mchenry@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com

TERESA M. PILATOWICZ on behalf of Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Debtor LAS VEGAS COLOR GRAPHICS, INC.
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Jnt Admin Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Creditor Aequum Capital Financial II LLC
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-16697-nmc Notice will not be electronically mailed to:**

Ogonna M Brown on behalf of Creditor AICV S Heart Fillmore, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor AICV S Heart Workman, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor NL Ventures XII Delaware, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor NL Ventures XII Morton, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor AICV S Heart Fillmore, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor AICV S Heart Workman, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor NL Ventures XII Delaware, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor NL Ventures XII Morton, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

WILLIAM J. DORSEY on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

JULIE HARRISON on behalf of Creditor AICV S Heart Fillmore, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET

SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor AICV S Heart Workman, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor NL Ventures XII Delaware, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor NL Ventures XII Morton, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

STEPHANIE HOR-CHEN on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

MICHAEL W. O'DONNELL on behalf of Creditor AICV S Heart Fillmore, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor AICV S Heart Workman, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor NL Ventures XII Delaware, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor NL Ventures XII Morton, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

KENNETH JAY OTTAVIANO on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

ERIC C. PETERSON on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver in the

Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
SPENCER FANE LLP
1 N. BRENTWOOD BLVD.
SUITE 1200
ST. LOUIS, MO 63105

IAN M. RUBENSTRUNK on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver
in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
SPENCER FANE LLP
100 SOUTH FIFTH STREET
SUITE 2500
MINNEAPOLIS, MN 55402

AIMEE W. VIDAURRI on behalf of Creditor AICV S Heart Fillmore, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor AICV S Heart Workman, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor NL Ventures XII Delaware, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor NL Ventures XII Morton, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

W.W. GRAINGER, INC.
401 S. WRIGHT RD.
JANESVILLE, WI 53546

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 25-16697-nmc Notice |
| **Date:** | Tuesday, December 16, 2025 10:55:09 AM |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 12/16/2025 at 10:53 AM PST and filed on 12/16/2025

**Case Name:**        LAS VEGAS COLOR GRAPHICS, INC.(LEAD)
**Case Number:**     25-16697-nmc
**Document Number:** 208

**Docket Text:**
Notice *of Proposed Agenda for December 17, 2025, at 9:30 a.m. Hearings* Filed by TERESA M. PILATOWICZ on behalf of COLORART, LLC, LAS VEGAS COLOR GRAPHICS, INC. (Related document(s)[10] Motion to Use Cash Collateral filed by Debtor LAS VEGAS COLOR GRAPHICS, INC., [11] Miscellaneous Application filed by Debtor LAS VEGAS COLOR GRAPHICS, INC., [12] Motion for Continuation of Utility Service filed by Debtor LAS VEGAS COLOR GRAPHICS, INC., [67] Motion to Appoint Trustee filed by Creditor Aequum Capital Financial II LLC, Motion to Convert Case From 11 To Chapter 7, [135] Application for Administrative Claim/Expenses filed by Interested Party NMBL STAGEGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027, [163] Application to Employ filed by Debtor LAS VEGAS COLOR GRAPHICS, INC., Jnt Admin Debtor COLORART, LLC) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Agenda re December 17 Hearings 4907-1256-7426 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/16/2025] [FileNumber=37194298-0] [d44dea042cecf97cd2c6a3f2cf0f7f2461e12dfff6ec681b985e478bbcde3bbaf7 af342dcf8d7397d04f271a106dce6ad664f2b8dbc0ebf9d4bdb6a6ea56d7b3]]

**25-16697-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor KNUDSEN LVCG, LLC
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

RYAN A. ANDERSEN on behalf of Creditor KNUDSEN LVCG,LLC
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

MICHAEL N. BEEDE on behalf of Creditor KNUDSEN LVCG, LLC
mike@abwfirm.com, eservice@legallv.com

MICHAEL N. BEEDE on behalf of Creditor KNUDSEN LVCG,LLC
mike@abwfirm.com, eservice@legallv.com

OGONNA M. BROWN on behalf of Creditor AICV S Heart Fillmore, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor AICV S Heart Workman, L.L.C.

Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Delaware, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Morton, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Interested Party JAL EQUITY CORP.
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

ALLISON L. DOMOWITCH on behalf of Creditor Canon Financial Services, Inc.
fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com

JEFF GARRETT on behalf of Interested Party JAL EQUITY CORP.
jgarrett@kcnvlaw.com

GABRIELLE A. HAMM on behalf of Creditor Aequum Capital Financial II LLC
ghamm@nvfirm.com, ecf@nvfirm.com

MICHAEL R. HOGUE on behalf of Creditor Beedie (Pioneer Way) NV Property, LLC
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

MICHAEL R. HOGUE on behalf of Creditor Beedie Development Group Holdings Ltd.
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com;flintza@gtlaw.com;JavieAnne.Bauer@gtlaw.com;andersonel@gtlaw.com;navarrom@gtlaw.com

ROBERT MCKAY HOLLEY on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

MARY LANGSNER on behalf of Debtor LAS VEGAS COLOR GRAPHICS, INC.
mlangsner@gtg.legal, bknotices@gtg.legal

MEGAN K. MCHENRY on behalf of Creditor M2 EQUIPMENT FINANCE LLC, DBA M2 LEASE FUNDS LLC
m.mchenry@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com

TERESA M. PILATOWICZ on behalf of Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Debtor LAS VEGAS COLOR GRAPHICS, INC.
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Jnt Admin Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Creditor Aequum Capital Financial II LLC
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-16697-nmc Notice will not be electronically mailed to:**

Ogonna M Brown on behalf of Creditor AICV S Heart Fillmore, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor AICV S Heart Workman, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor NL Ventures XII Delaware, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor NL Ventures XII Morton, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M Brown on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor AICV S Heart Fillmore, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor AICV S Heart Workman, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor NL Ventures XII Delaware, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor NL Ventures XII Morton, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

Ogonna M. Brown on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
Womble Bond Dickinson (US) LLP
8488 Rozita Lee Avenue
Suite 400
Las Vegas, NV 89113

WILLIAM J. DORSEY on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

JULIE HARRISON on behalf of Creditor AICV S Heart Fillmore, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor AICV S Heart Workman, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor NL Ventures XII Delaware, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor NL Ventures XII Morton, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

JULIE HARRISON on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
NORTON ROSE FULBRIGHT US LLP
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

STEPHANIE HOR-CHEN on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650
CHICAGO, IL 60606

MICHAEL W. O'DONNELL on behalf of Creditor AICV S Heart Fillmore, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor AICV S Heart Workman, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor NL Ventures XII Delaware, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor NL Ventures XII Morton, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

MICHAEL W. O'DONNELL on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

KENNETH JAY OTTAVIANO on behalf of Creditor Aequum Capital Financial II LLC
BLANK ROME LLP
444 WEST LAKE STREET, SUITE 1650

CHICAGO, IL 60606

ERIC C. PETERSON on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
SPENCER FANE LLP
1 N. BRENTWOOD BLVD.
SUITE 1200
ST. LOUIS, MO 63105

IAN M. RUBENSTRUNK on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
SPENCER FANE LLP
100 SOUTH FIFTH STREET
SUITE 2500
MINNEAPOLIS, MN 55402

AIMEE W. VIDAURRI on behalf of Creditor AICV S Heart Fillmore, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor AICV S Heart Workman, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor NL Ventures XII Delaware, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor NL Ventures XII Morton, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

AIMEE W. VIDAURRI on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
NORTON ROSE FULBRIGHT US LLP
111 W. HOUSTON STREET
SUITE 1800
SAN ANTONIO, TX 78205

W.W. GRAINGER, INC.
401 S. WRIGHT RD.
JANESVILLE, WI 53546