UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   25-16697 |
| LAS VEGAS COLOR GRAPHICS, INC. | § | |
| DEBTOR(S), | § | CHAPTER  11 |

### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TARRANT COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on 6th day of January, 2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | | |
|---|---|---|
| MARY  LANGSNER<br>GARMAN TURNER GORDON LLP<br>7251 AMIGO STREET; SUITE 210<br>LAS VEGAS, NV 89119 | US TRUSTEE-RN<br>TRUSTEE<br>300 BOOTH STREET, STE 3009<br>RENO, NV 89509 | LAS VEGAS COLOR GRAPHICS, INC.<br>4265 W. SUNSET ROAD<br>LAS VEGAS, NV 89118 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:   (214) 880-0089
Facsimile:    (469) 221-5003
Email:          dallas.bankruptcy@lgbs.com


By: /s/ John Kendrick Turner
       John Kendrick Turner
       SBN: 00788563 TX