# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF    Nevada

In Re.  Las Vegas Color Graphics LLC

§
§
§
§

Debtor(s)

Case No.    25-16697

Lead Case No.    25-16697

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2025

Petition Date: 11/05/2025

Months Pending: 1

Industry Classification:  | 3 | 2 | 3 | 1 |

Reporting Method:          Accrual Basis  ◉          Cash Basis  ○

Debtor's Full-Time Employees (current):          71

Debtor's Full-Time Employees (as of date of order for relief):          92

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☒  Accounts receivable aging
☒  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/  Eran Salu
Signature of Responsible Party

12/30/2025
Date

Eran Salu
Printed Name of Responsible Party

4265 W Sunset Rd, Las Vegas NV, 89118
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Las Vegas Color Graphics LLC          Case No. 25-16697

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $46,553 | |
| b. Total receipts (net of transfers between accounts) | $525,731 | $0 |
| c. Total disbursements (net of transfers between accounts) | $57,984 | $0 |
| d. Cash balance end of month (a+b-c) | $514,300 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $57,984 | $0 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $1,524,512 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $183,718 | |
| c. Inventory    (Book ◉   Market ○   Other ○   (attach explanation)) | $348,878 | |
| d  Total current assets | $2,387,689 | |
| e. Total assets | $3,257,005 | |
| f. Postpetition payables (excluding taxes) | $277,983 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $17,446 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $295,429 | |
| k. Prepetition secured debt | $25,603,508 | |
| l. Prepetition priority debt | $722,092 | |
| m. Prepetition unsecured debt | $3,965,890 | |
| n. Total liabilities (debt) (j+k+l+m) | $30,586,919 | |
| o. Ending equity/net worth (e-n) | $-27,329,914 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $715,391 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $555,797 | |
| c. Gross profit (a-b) | $159,594 | |
| d. Selling expenses | $15,290 | |
| e. General and administrative expenses | $106,462 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $12,223 | |
| h. Interest | $15,002 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $22,839 | $22,839 |

Debtor's Name  Las Vegas Color Graphics LLC                                      Case No.  25-16697

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
|  | *Itemized Breakdown by Firm* | | | | |
|  | Firm Name | Role | | | |
| i |  |  |  |  |  |
| ii |  |  |  |  |  |
| iii |  |  |  |  |  |
| iv |  |  |  |  |  |
| v |  |  |  |  |  |
| vi |  |  |  |  |  |
| vii |  |  |  |  |  |
| viii |  |  |  |  |  |
| ix |  |  |  |  |  |
| x |  |  |  |  |  |
| xi |  |  |  |  |  |
| xii |  |  |  |  |  |
| xiii |  |  |  |  |  |
| xiv |  |  |  |  |  |
| xv |  |  |  |  |  |
| xvi |  |  |  |  |  |
| xvii |  |  |  |  |  |
| xviii |  |  |  |  |  |
| xix |  |  |  |  |  |
| xx |  |  |  |  |  |
| xxi |  |  |  |  |  |
| xxii |  |  |  |  |  |
| xxiii |  |  |  |  |  |
| xxiv |  |  |  |  |  |
| xxv |  |  |  |  |  |
| xxvi |  |  |  |  |  |
| xxvii |  |  |  |  |  |
| xxviii |  |  |  |  |  |
| xxix |  |  |  |  |  |
| xxx |  |  |  |  |  |
| xxxi |  |  |  |  |  |
| xxxii |  |  |  |  |  |
| xxxiii |  |  |  |  |  |
| xxxiv |  |  |  |  |  |
| xxxv |  |  |  |  |  |
| xxxvi |  |  |  |  |  |

Debtor's Name  Las Vegas Color Graphics LLC                                    Case No.  25-16697

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  Las Vegas Color Graphics LLC                                           Case No.  25-16697

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name Las Vegas Color Graphics LLC                    Case No.  25-16697

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Las Vegas Color Graphics LLC                                    Case No.  25-16697

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Las Vegas Color Graphics LLC                                    Case No.  25-16697

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $13,263 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $4,183 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◯  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ◯  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯  No ◯  N/A ⦿ |
| i. | Do you have:     Worker's compensation insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ◯ |
| | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ◯ |

Debtor's Name  Las Vegas Color Graphics LLC                                    Case No.  25-16697

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<ins>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</ins>**

/s/  Eran Salu
_____          Eran Salu
Signature of Responsible Party                                     Printed Name of Responsible Party

President                                                                       12/30/2025
_____          _____
Title                                                                              Date

Debtor's Name  Las Vegas Color Graphics LLC

Case No.  25-16697



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Las Vegas Color Graphics LLC                                        Case No.  25-16697

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Las Vegas Color Graphics LLC

Case No.  25-16697



PageThree



PageFour

**ColorArt, LLC**

**Balance Sheet**

**As of November 30, 2025**

| Assets | Consolidated | ColorArt | LVCG |
|---|---|---|---|
| Cash | 1,268,234 | 753,934 | 514,300 |
| Accounts Receivable | 16,353,786 | 14,829,275 | 1,524,512 |
| Inventory | 1,934,929 | 1,586,051 | 348,878 |
| Other Current Assets | | | |
| **Total Current Assets** | **19,556,949** | **17,169,260** | **2,387,689** |
| | | | |
| Property/Plant/Equipment Net | 3,788,387 | 2,919,071 | 869,316 |
| Finance ROU Asset* | 5,840,002 | 5,840,002 | - |
| Operating ROU Asset* | 44,752,295 | 35,436,882 | 9,315,413 |
| **Total Long-Term Assets** | **54,380,683** | **44,195,954** | **10,184,729** |
| | | | |
| **Total Assets** | **73,937,632** | **61,365,214** | **12,572,418** |
| | | | |
| **Liabilities** | | | |
| Accounts Payable | 991,915 | 839,193 | 152,722 |
| Accrued Expenses | 455,834 | 313,126 | 142,707 |
| **Total Current Liabilities** | **1,447,748** | **1,152,319** | **295,429** |
| | | | |
| | | | |
| Note Payable - Aequum | 25,603,508 | 25,603,508 | |
| Finance ROU Liabilities* | 4,088,001 | 4,088,001 | - |
| Operating ROU Liabilities* | 79,702,032 | 58,703,629 | 20,998,403 |
| **Total Long-Term Liabilities** | **109,393,542** | **88,395,139** | **20,998,403** |
| | | | |
| **Total Liabilities** | **110,841,290** | **89,547,458** | **21,293,832** |
| | | | |
| **Equity** | | | |
| Retained Earnings | | | |
| Opening BS | (36,703,289) | (27,959,037) | (8,744,252) |
| Net Income | (200,369) | (223,208) | 22,839 |
| **Total Equity** | **(36,903,658)** | **(28,182,244)** | **(8,721,414)** |
| | | | |
| **Total Liabilities & Equity** | **73,937,632** | **61,365,214** | **12,572,418** |

*The ROU assets and liabilities are not included in the scheduled assets and liabilities, nor do they show in the Monthly Operating Reports as current assets and liabilities, as they net out and are not reflective of assets available for recovery.

**ColorArt, LLC**
**Income Statement**
**11/6/2025 - 11/30/2025**

| | Consolidated | ColorArt | LVCG |
|---|---|---|---|
| **Sales** | **4,219,493** | **3,504,102** | **715,391** |
| **Cost of Sales:** | | | |
| Materials | 1,192,186 | 1,058,439 | 133,747 |
| Outside Purchases | 1,006,826 | 838,211 | 168,615 |
| **Value Added** | **2,020,481** | **1,607,452** | **413,029** |
| *Value Added %* | *47.88%* | *45.87%* | *57.73%* |
| Labor | 618,172 | 461,819 | 156,353 |
| Variable Overhead | 300,245 | 239,155 | 61,090 |
| **Contribution Margin** | **1,102,064** | **906,478** | **195,586** |
| **Contribution Margin %** | *26.12%* | *25.87%* | *27.34%* |
| MFG. Depreciation | 212,288 | 176,296 | 35,992 |
| **Gross Profit** | **889,776** | **730,182** | **159,594** |
| **Gross Profit %** | *21.09%* | *20.84%* | *22.31%* |
| **Selling and G&A Expenses:** | | | |
| Selling expenses | 90,186 | 74,895 | 15,290 |
| General & administrative expenses | 623,922 | 517,460 | 106,462 |
| **Total Selling and G&A Expenses:** | **714,108** | **592,355** | **121,753** |
| **Operating Income** | **175,668** | **137,827** | **37,841** |
| **Operating Income %** | *4.16%* | *3.93%* | *5.29%* |
| **Other Income (Expense):** | | | |
| Other Income (Expense)-Net | (8,225) | (8,225) | |
| Interest Expense | (367,812) | (352,810) | (15,002) |
| **Net Income** | **(200,369)** | **(223,208)** | **22,839** |
| **Net Income %** | **-4.75%** | **-6.37%** | **3.19%** |
| Interest expense | 367,812 | 352,810 | 15,002 |
| Depreciation/Amort Expense | 284,441 | 236,216 | 48,225 |
| **EBITDA** | **451,885** | **365,818** | **86,066** |
| **EBITDA %** | **10.71%** | **10.44%** | **12.03%** |

**Las Vegas Color Graphics LLC**
**A/R Aging Summary**
**As of 11/30/2025**

| Row Labels | Sum of Current | Sum of 0-30 | Sum of 31-60 | Sum of 61-90 | Sum of 91+ | Sum of Balance2 |
|---|---|---|---|---|---|---|
| | 371,320.45 | 589,587.39 | 216,421.14 | 163,464.52 | 183,718.09 | 1,524,511.59 |
| **LVCG** | **371,320.45** | **589,587.39** | **216,421.14** | **163,464.52** | **183,718.09** | **1,524,511.59** |
| 114357 Blackhawk Network Inc | - | 6,038.01 | 5,120.82 | - | - | 11,158.83 |
| 114636 Capital Farm Credit | - | 993.13 | - | - | - | 993.13 |
| 114670 Live! By Loews St Louis | - | 930.00 | - | - | - | 930.00 |
| 114672 Loews Atlanta Hotel | - | 55.00 | - | - | - | 55.00 |
| 114674 Loews Chicago Downtown | - | 310.00 | - | - | - | 310.00 |
| 114676 Loews Coral Gables | - | 655.00 | - | - | - | 655.00 |
| 114677 Loews Coronado Bay Resort | - | 1,787.53 | - | - | - | 1,787.53 |
| 114679 Loews Hollywood Hotel Llc | - | 4,126.70 | - | - | - | 4,126.70 |
| 114683 Loews Miami Beach Hotel | - | 6,987.00 | - | - | - | 6,987.00 |
| 114685 Loews New Orleans Hotel | - | 1,771.00 | - | - | - | 1,771.00 |
| 114686 Loews Philadelphia Hotel | - | 6,866.30 | - | - | - | 6,866.30 |
| 114688 Loews Regency Hotel | - | 62.00 | - | - | - | 62.00 |
| 114694 Loews Vanderbilt Hotel | - | 1,860.00 | - | - | - | 1,860.00 |
| 114695 Loews Ventana Canyon Resort | - | 3,720.00 | - | - | - | 3,720.00 |
| 114699 Pass & Seymour/Legrand | - | 5,660.01 | 488.75 | 4,292.75 | 125.50 | 10,567.01 |
| 114709 Regents Of Nm State University | - | 1,604.57 | - | - | - | 1,604.57 |
| 114727 Vital Care Infusion | - | 92,012.27 | - | 484.75 | - | 92,497.02 |
| 114835 Kemper Corporate Services | - | 33,785.54 | - | - | - | 33,785.54 |
| 114863 Multi Radiance Medical | - | 1,145.00 | - | - | - | 1,145.00 |
| 114871 Old Wood Llc | - | 5,970.84 | - | - | - | 5,970.84 |
| 114891 Proforma Prime Services, Pfg Ventures | - | - | 365.26 | - | - | 365.26 |
| 114932 Texas Tech University | - | 3,319.84 | - | - | - | 3,319.84 |
| 114962 Cramer Marketing | - | 2,058.31 | - | - | - | 2,058.31 |
| 117757 PLI Las Vegas | - | - | 2,822.00 | 3,853.00 | - | 6,675.00 |
| 117758 GES | - | - | 380.49 | - | - | 380.49 |
| 117766 Create A Book | - | 7,646.00 | - | - | - | 7,646.00 |
| 117771 MM Development/Planet 13 | - | 547.95 | 511.00 | 1,629.96 | 4,482.41 | 7,171.32 |
| 117774 Mixtiles, Ltd. | 369,892.45 | 86,720.92 | - | - | - | 456,613.37 |
| 117793 Green Valley Range | - | - | 1,473.80 | - | - | 1,473.80 |
| 117794 HH Global - LV | - | 3,630.53 | - | - | - | 3,630.53 |
| 117794 Hh Global (Ds) | - | - | 2,458.00 | 1,718.00 | - | 4,176.00 |
| 117796 Arms Unlimited Inc. | - | 965.00 | - | - | - | 965.00 |
| 117836 All 5'S Construction | - | 320.00 | - | 1,403.46 | - | 1,723.46 |
| 117855 Audi  Henderson | - | 714.00 | - | - | - | 714.00 |
| 117865 Beka Business Media | - | - | 6,251.07 | - | - | 6,251.07 |
| 117875 Boomtown Hotel & Casino Resort | - | 15,113.86 | - | - | - | 15,113.86 |

| | | | | | |
|---|---|---|---|---|---|
| 117885 Caesars Entertainment Corp (Post) | - | 2,909.21 | 14,813.25 | 28,649.15 | - | 46,371.61 |
| 117891 Central Christian Church | - | - | 878.00 | - | - | 878.00 |
| 117951 Empire Southwest | - | - | - | - | 2,204.88 | 2,204.88 |
| 117959 Erin Miel | - | 611.00 | - | - | - | 611.00 |
| 117961 Ethel M Chocolates | - | 1,449.63 | 37,457.24 | 322.96 | - | 39,229.83 |
| 117963 Fairmont Grand Del Mar | - | - | 3,297.00 | - | - | 3,297.00 |
| 118057 M Resort Spa & Casino | - | 2,417.00 | - | - | - | 2,417.00 |
| 118064 Martin Harris Construction | - | 343.00 | - | - | - | 343.00 |
| 118070 MGM Resorts International | - | 5,461.98 | - | - | 60.00 | 5,521.98 |
| 118095 NV Energy | - | - | 17,733.08 | - | 10,093.00 | 27,826.08 |
| 118099 One Medical | - | 49,671.00 | 11,988.00 | 12,754.00 | 720.00 | 75,133.00 |
| 118100 One Nevada Credit Union | - | 429.00 | - | - | - | 429.00 |
| 118103 P3 Health Partners | - | 4,835.07 | 289.36 | - | 192.91 | 5,317.34 |
| 118104 Pacific Integrated Manufacturing Inc. | - | 9,072.00 | - | - | - | 9,072.00 |
| 118106 Palms Casino Resort (Sw) | - | - | 852.91 | - | - | 852.91 |
| 118107 Papillon Grand Canyon | - | - | 1,735.08 | - | - | 1,735.08 |
| 118114 Penta Building Group | - | 2,825.87 | - | - | - | 2,825.87 |
| 118133 Rachel'S Kitchen - Henderson | - | 81.28 | - | - | - | 81.28 |
| 118137 Rampart Casino | - | 1,361.00 | - | 5,874.17 | - | 7,235.17 |
| 118152 Richie Clyne | - | 970.69 | - | - | - | 970.69 |
| 118164 Sahara Las Vegas | - | - | 3,236.08 | - | - | 3,236.08 |
| 118182 South Point Hotel & Casino | - | - | - | - | 20,545.73 | 20,545.73 |
| 118184 Southern Nevada Water Authority | - | 31,515.80 | - | - | - | 31,515.80 |
| 118185 Southwest Gas Corporation | - | 2,008.00 | - | 5,438.00 | - | 7,446.00 |
| 118192 Summerlin Community Assoc. (North) | - | 774.00 | - | - | 435.67 | 1,209.67 |
| 118193 Summerlin Community Assoc.(South & West) | - | 5,425.00 | - | - | - | 5,425.00 |
| 118194 Summerlin Council | - | 11,154.38 | - | - | - | 11,154.38 |
| 118211 Terra West Management Services | - | 4,053.95 | - | 8,825.82 | 3,568.95 | 16,448.72 |
| 118219 Tri Pointe Homes | - | 462.00 | - | - | - | 462.00 |
| 118240 Visstun Cups | - | 2,272.00 | - | - | 1,709.07 | 3,981.07 |
| 118247 William Hill Us | - | 1,968.45 | 1,924.74 | - | 430.25 | 4,323.44 |
| 126949 Loews Chicago Hotel Downtown | - | 930.00 | - | - | - | 930.00 |
| 13106 IC-Atlantic Coast Cotton, LLC | - | - | 32,626.65 | - | - | 32,626.65 |
| 140106 Santuario Design, LLC | - | - | 2,602.66 | 2,489.72 | - | 5,092.38 |
| 140123 JEWISH NEVADA | - | - | - | - | 400.22 | 400.22 |
| 140279 Planet 13 Lifestyles, LLC | - | - | - | - | 3,793.55 | 3,793.55 |
| 140697 Loews Arlington Hotel | - | 12,372.69 | - | - | - | 12,372.69 |
| 141619 The Gilman Brothers Company | - | - | - | 635.94 | - | 635.94 |
| 143606 Destination by Design | - | - | - | - | 3,800.00 | 3,800.00 |
| 2828716 The Seer Group | - | - | - | - | 3,586.00 | 3,586.00 |
| 2828879 EXELA TECHNOLOGIES | - | - | - | - | 6,145.00 | 6,145.00 |
| 2833240 Patina Powder | - | - | 1,060.00 | - | - | 1,060.00 |
| 2835483 UNLV William S. Boyd School of Law | - | - | 2,656.00 | - | - | 2,656.00 |
| 2836377 Tera Anderson for Congress | - | - | 1,425.13 | - | - | 1,425.13 |
| 2836703 WSOP LLC | - | 943.00 | - | - | - | 943.00 |

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|
| 2836730 Alien Tequila | 1,428.00 | 500.00 | - | - | - | 1,928.00 |
| 8 IC-GrowMail, LLC (MCOM) | - | 135,394.08 | 61,974.77 | 83,610.84 | 119,176.45 | 400,156.14 |
| 94 IC-Mossberg (JAL) | - | - | - | 1,482.00 | 2,248.50 | 3,730.50 |
| **Grand Total** | **371,320.45** | **589,587.39** | **216,421.14** | **163,464.52** | **183,718.09** | **1,524,511.59** |

**Las Vegas Color Graphics LLC**
**A/P Aging Summary**
**As of 11/30/2025**

| Row Labels | Sum of Current | Sum of 0-30 | Sum of 31-60 | Sum of 61-90 | Sum of 91+ | Sum of Balance2 |
|---|---|---|---|---|---|---|
| | - | 152,721.90 | - | - | - | 152,721.90 |
| Las Vegas | - | 152,721.90 | - | - | - | 152,721.90 |
| 11003 Fedex-LV | - | 4,296.31 | - | - | - | 4,296.31 |
| 11016 Fedex Freight-LV | - | 6,127.02 | - | - | - | 6,127.02 |
| 11138 Indigo America, Inc.-LV | - | 27,092.34 | - | - | - | 27,092.34 |
| 11612 Uline-LV | - | 5,820.75 | - | - | - | 5,820.75 |
| 131 Alg Worldwide Logistics Llc - LV | - | 255.86 | - | - | - | 255.86 |
| 14447 Worldwide Express-LV | - | 8,582.29 | - | - | - | 8,582.29 |
| 17916 iStaffing-LV | - | 21,181.07 | - | - | - | 21,181.07 |
| 184 Cox Communications, Inc.-LV | - | 3,549.31 | - | - | - | 3,549.31 |
| 213 Express Die Supply, Inc.-LV | - | 25.00 | - | - | - | 25.00 |
| 239 Hewlett-Packard Financial Serv. Co-LV | - | 3,363.32 | - | - | - | 3,363.32 |
| 249 Jenco Productions, Inc.-LV | - | 1,330.00 | - | - | - | 1,330.00 |
| 255 Kelly Spicers Inc-LV | - | 2,044.20 | - | - | - | 2,044.20 |
| 261 L.A. Grinding-LV | - | 545.00 | - | - | - | 545.00 |
| 266 Lvvwd | - | 1,816.22 | - | - | - | 1,816.22 |
| 290 Nvenergy-LV | - | 20,345.29 | - | - | - | 20,345.29 |
| 301 Pavlik Laminating, Inc. | - | 494.00 | - | - | - | 494.00 |
| 340 Southwest Gas-LV | - | 93.50 | - | - | - | 93.50 |
| 343 Suburban Propane-1487-LV | - | 500.00 | - | - | - | 500.00 |
| 358 Ucp Staffing | - | 45,260.42 | - | - | - | 45,260.42 |
| **Grand Total** | **-** | **152,721.90** | **-** | **-** | **-** | **152,721.90** |

**Cash Receipts and Disbursements (4604)**

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      -

2. TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      -

4. RECEIPTS DURING CURRENT PERIOD

| | |
|---|---|
| A/R Collections | 525,731.29 |
| Bank Charges | - |
| TOTAL RECEIPTS THIS PERIOD: | 525,731.29 |

6. TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| A/R Collections | - |
| Bank Charges | 390.00 |
| Inventory | 54,594.34 |
| Outside Purchases | 150.00 |
| Software | 2,850.00 |
| TOTAL DISBURSEMENTS THIS PERIOD | 57,984.34 |

8. GENERAL ACCOUNT NUMBER      4604

DEPOSITORY NAME & LOCATION      CNB

**Las Vegas Color Graphics**
**Cash Receipts and Disbursements**
**November 6, 2025 to November 30, 2025**

| Entity | Account Number | Post Date | Bank | Description | Disbursements | Receipts | Cash Receipt Category | Cash Disbursement Category |
|---|---|---|---|---|---|---|---|---|
| Las Vegas Color Graphics | 6980104604 | 11/13/2025 | CNB | Incoming Wire Fee 9182980 | $ 20.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/14/2025 | CNB | Incoming Wire Fee 9184988 | $ 20.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/21/2025 | CNB | Outgoing Wire Fee 58811 | $ 20.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/25/2025 | CNB | Incoming Wire Fee 9217513 | $ 20.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/25/2025 | CNB | Outgoing Wire Fee 58878 | $ 20.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/26/2025 | CNB | Outgoing Wire Fee 58928 | $ 20.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/26/2025 | CNB | Outgoing Wire Fee 58945 | $ 20.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/28/2025 | CNB | LOCKBOX FEE | $ 200.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/28/2025 | CNB | MERCH CAPTURE ADDTL | $ 45.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/28/2025 | CNB | PAPER STATEMENT FEE | $ 5.00 | | | Bank Charges |
| Las Vegas Color Graphics | 6980104604 | 11/25/2025 | CNB | OUTGOING WIRE 58878 U | $ 3,128.24 | | | Inventory |
| Las Vegas Color Graphics | 6980104604 | 11/26/2025 | CNB | OUTGOING WIRE 58945 In | $ 51,466.10 | | | Inventory |
| Las Vegas Color Graphics | 6980104604 | 11/26/2025 | CNB | OUTGOING WIRE 58928 E: | $ 150.00 | | | Outside Purchases |
| Las Vegas Color Graphics | 6980104604 | 11/21/2025 | CNB | OUTGOING WIRE 58811 B: | $ 2,850.00 | | | Software |
| Las Vegas Color Graphics | 6980104604 | 11/06/2025 | CNB | SMARTSTREA CAPITAL FA | | $ 1,470.09 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/07/2025 | CNB | LAS VEGAS P3 HEALTH GI | | $ 4,306.82 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/10/2025 | CNB | AMAZON.COM SERVI PAY | | $ 2,387.44 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/10/2025 | CNB | CAESARS ENT EDI WELLS | | $ 2,584.03 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/10/2025 | CNB | Ellis, Bandt, Bi EDI/ACH 253 | | $ 2,871.94 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/10/2025 | CNB | ACCT PAYBL AMERICAN ( | | $ 3,291.26 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/12/2025 | CNB | HOTSPUR RESORTS 20AC | | $ 20.59 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/13/2025 | CNB | REMOTE DEPOSIT | | $ 801.98 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/13/2025 | CNB | INCOMING WIRE 9182980 | | $ 1,498.83 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/14/2025 | CNB | Coupa Pay 1Life Healthcare | | $ 651.00 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/14/2025 | CNB | INCOMING WIRE 9184988: | | $ 2,871.12 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/14/2025 | CNB | Texas Farm Burea PY11/13 | | $ 7,216.01 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/17/2025 | CNB | CAESARS ENT EDI WELLS | | $ 901.84 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/17/2025 | CNB | AMAZON.COM SERVI PAY | | $ 1,444.00 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/18/2025 | CNB | HOTSPUR RESORTS 20AC | | $ 214.59 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/19/2025 | CNB | PSI PAYABLES 11480 | | $ 3,392.94 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/21/2025 | CNB | NBC DISTRIBUTION PAYM | | $ 56,393.00 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/24/2025 | CNB | AMAZON.COM SERVI PAY | | $ 9,458.00 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/24/2025 | CNB | CAESARS ENT EDI WELLS | | $ 39,448.38 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/25/2025 | CNB | HOTSPUR RESORTS 20AC | | $ 11,426.24 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/25/2025 | CNB | G7 MASTER BCH GAMING | | $ 18,658.54 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/25/2025 | CNB | REMOTE DEPOSIT | | $ 42,208.96 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/25/2025 | CNB | INCOMING WIRE 9217513 | | $ 310,698.06 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/28/2025 | CNB | HOTSPUR RESORTS 20AC | | $ 376.06 | A/R Collections | |
| Las Vegas Color Graphics | 6980104604 | 11/28/2025 | CNB | PAYMENT HH ASSOCIATE | | $ 1,139.57 | A/R Collections | |
| | **TOTAL** | | | **TOTAL** | **$ 57,984.34** | **$ 525,731.29** | | |



**CNB STL BANK**
7305 MANCHESTER RD.
ST. LOUIS, MO 63143
(314) 645-0666 | WWW.CNBSTL.COM

```
006 00006 00                    PAGE:    1
ACCOUNT:            4604  11/28/2025
```



LAS VEGAS COLOR GRAPHICS INC
4265 W SUNSET RD
LAS VEGAS NV  89118-3873

```
================================================================================
*****************************GO PAPERLESS!*****************************
Get an email when your statement is ready, then login to digital banking
to view, print, and/or save your documents.
Sign up today at cnbstl.com/edocs
================================================================================
          COMMERICAL CHECKING WITH ANALYSIS ACCOUNT      4604
================================================================================
```

```
                              LAST STATEMENT 10/31/25        25,690.90
AVG AVAILABLE BALANCE       137,559.30      30 CREDITS       546,593.02
                                            14 DEBITS         57,984.34
                              THIS STATEMENT 11/28/25        514,299.58
TOTAL DAYS IN STATEMENT PERIOD 11/01/25 THROUGH 11/28/25:           28
```

```
            - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                               DATE        AMOUNT
AMAZON.COM SERVI PAYMENTS FCS003294010972                11/03      3,185.00
CAESARS ENT EDI WELLS FARG 1464990                       11/03     13,328.77
G7 MASTER BCH GAMING RENO 11042025                       11/04        425.76
HOTSPUR RESORTS 20ACHPFBEB                               11/04      2,190.20
REMOTE DEPOSIT                                           11/05      1,732.00
SMARTSTREA CAPITAL FARM CRE INV# INV# INV-LV-16281 CHK#  11/06      1,470.09
  1011783
LAS VEGAS P3 HEALTH GROUP INV-LV-16206                   11/07      4,306.82
AMAZON.COM SERVI PAYMENTS FCS003307795332                11/10      2,387.44
CAESARS ENT EDI WELLS FARG 1468348                       11/10      2,584.03
Ellis, Bandt, Bi EDI/ACH 253110048734                    11/10      2,871.94
ACCT PAYBL AMERICAN QUARTER INV-LV-16181*INV-LV-16188\   11/10      3,291.26
HOTSPUR RESORTS 20ACHPFBEB                               11/12         20.59
REMOTE DEPOSIT                                           11/13        801.98
INCOMING WIRE 91829805 HUMANA INC. EFT DISB.             11/13      1,498.83
Coupa Pay 1Life Healthcare NTE*OBI*Coupa Pay 13552-59995 11/14        651.00
  1Life Healthcare Inc T
INCOMING WIRE 91849883 PHILLIP D ALEXANDER               11/14      2,871.12
Texas Farm Burea PY11/13/25 00LASVEGA                    11/14      7,216.01
                  * * * C O N T I N U E D  * * *
```



Member FDIC

NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION

```
006 00006 00                    PAGE:    2
ACCOUNT:          4604   11/28/2025
```

LAS VEGAS COLOR GRAPHICS INC

```
============================================================
       COMMERICAL CHECKING WITH ANALYSIS ACCOUNT XXXXX04604
============================================================
```

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| CAESARS ENT EDI WELLS FARG 1471843 | 11/17 | 901.84 |
| AMAZON.COM SERVI PAYMENTS FCS003321581412 | 11/17 | 1,444.00 |
| HOTSPUR RESORTS 20ACHPFBEB | 11/18 | 214.59 |
| PSI PAYABLES 11480 | 11/19 | 3,392.94 |
| NBC DISTRIBUTION PAYMENT XXXXXX5722 | 11/21 | 56,393.00 |
| AMAZON.COM SERVI PAYMENTS FCS003353736152 | 11/24 | 9,458.00 |
| CAESARS ENT EDI WELLS FARG 1475143 | 11/24 | 39,448.38 |
| HOTSPUR RESORTS 20ACHPFBEB | 11/25 | 11,426.24 |
| G7 MASTER BCH GAMING RENO 16218 | 11/25 | 18,658.54 |
| REMOTE DEPOSIT | 11/25 | 42,208.96 |
| INCOMING WIRE 92175137 MIXTILES OPS USA INC. | 11/25 | 310,698.06 |
| HOTSPUR RESORTS 20ACHPFBEB | 11/28 | 376.06 |
| PAYMENT HH ASSOCIATES US LAS VEGAS COLOR GRAPHICS INC | 11/28 | 1,139.57 |

- - - - - - - - - OTHER DEBITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Incoming Wire Fee 91829805 | 11/13 | 20.00 |
| Incoming Wire Fee 91849883 | 11/14 | 20.00 |
| Outgoing Wire Fee 58811 | 11/21 | 20.00 |
| OUTGOING WIRE 58811 BCC Software, LLC | 11/21 | 2,850.00 |
| Outgoing Wire Fee 58878 | 11/25 | 20.00 |
| Incoming Wire Fee 92175137 | 11/25 | 20.00 |
| OUTGOING WIRE 58878 Uline | 11/25 | 3,128.24 |
| Outgoing Wire Fee 58928 | 11/26 | 20.00 |
| Outgoing Wire Fee 58945 | 11/26 | 20.00 |
| OUTGOING WIRE 58928 Express Die Supply Inc | 11/26 | 150.00 |
| OUTGOING WIRE 58945 Indigo America Inc. | 11/26 | 51,466.10 |
| PAPER STATEMENT FEE | 11/28 | 5.00 |
| MERCH CAPTURE ADDTL SCANNER | 11/28 | 45.00 |
| LOCKBOX FEE | 11/28 | 200.00 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*********************************************************************
*                     |  TOTAL FOR   |      TOTAL          *
*                     |  THIS PERIOD |   YEAR TO DATE       *
*--------------------------------------------------------------------
* TOTAL OVERDRAFT FEES:     |     $.00     |        $.00    *
*--------------------------------------------------------------------
* TOTAL RETURNED ITEM FEES: |     $.00     |        $.00    *
*********************************************************************
```

* * * C O N T I N U E D * * *

```
006 00006 00                    PAGE:      3
ACCOUNT:          ████4604  11/28/2025
```

LAS VEGAS COLOR GRAPHICS INC

=================================================================
COMMERICAL CHECKING WITH ANALYSIS ACCOUNT XXXXX04604
=================================================================
- - - - - - - -  DAILY BALANCE  - - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 11/03    42,204.67 | 11/12    63,484.80 | 11/21    135,960.11 |
| 11/04    44,820.63 | 11/13    65,765.61 | 11/24    184,866.49 |
| 11/05    46,552.63 | 11/14    76,483.74 | 11/25    564,690.05 |
| 11/06    48,022.72 | 11/17    78,829.58 | 11/26    513,033.95 |
| 11/07    52,329.54 | 11/18    79,044.17 | 11/28    514,299.58 |
| 11/10    63,464.21 | 11/19    82,437.11 |  |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

TELEPHONE US AT: (314) 645-0666 or Write us at CNB St. Louis Bank, 7305 Manchester Rd., Saint Louis, MO 63143, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## BALANCING YOUR CHECKBOOK

| NEW BALANCE TRANSFER AMOUNT FROM OTHER SIDE | | $ |
|---|---|---|
| ADD | | |
| DEPOSITS MADE SINCE ENDING DATE ON A STATEMENT | | |
| | | |
| | | |
| **SUBTOTAL** | | |
| CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS | | |
| NUMBER | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE | **BALANCE** | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement, and add to your register any interest posted on this statement.
2. Mark (☒) your register after each check listed on front of statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form at the left.
5. The final "balance" in the form to the left should agree with your check register balance.

If your account does not balance, please check the following:

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charges(s) from your check register balance and added the current interest.

---

## FOR READY CREDIT (OVERDRAFT CHECKING) CUSTOMERS ONLY

This is the monthly statement of your Ready Credit (OVERDRAFT CHECKING). It shows all advances, payments, and other activity on your account during the statement period.

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED
DAILY BALANCE METHOD – We figure the INTEREST CHARGE on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

The interest charged to your account is determined by applying the applicable daily "Periodic Rate" to the balance described herein. Then add together the periodic interest charges for each day in the billing cycle.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL
If you think there is an error on your statement, or if you need more information about a transaction on your bill, write to us at:

CNB St. Louis Bank
7305 Manchester Rd.
Saint Louis, MO 63143

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You can call us but, if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount. While you do not have to pay the amount in question, you are responsible for the remainder of your balance. We can apply any unpaid amount against your credit limit.

After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.