1  Ogonna M. Brown, Esq.
   Nevada Bar No. 789
2  **WOMBLE BOND DICKINSON LLP**
   3993 Howard Hughes Pkwy., Suite 600
3  Las Vegas, NV 89169
   Telephone: (702) 949-8200
4  Email: ogonna.brown@wbd-us.com

5  Michael W. O'Donnell (admitted *pro hac vice*)
   Aimee Vidaurri (admitted *pro hac vice*)
6  **NORTON ROSE FULBRIGHT US LLP**
   111 W. Houston Street, Suite 1800
7  San Antonio, Texas 78205
   Telephone: (210) 224-5575
8  Facsimile: (210) 270-7205
   Email: mike.odonnell@nortonrosefulbright.com
9  Email: aimee.vidaurri@nortonrosefulbright.com

10 Julie Harrison (admitted *pro hac vice*)
   **NORTON ROSE FULBRIGHT US LLP**
11 1550 Lamar St., Suite 2000
   Houston, TX 77010
12 Telephone: (713) 651-5151
   Facsimile: (713) 651-5246
13 Email: julie.harrison@nortonrosefulbright.com

14 *Attorneys for Creditors AICV S Heart Fillmore, L.L.C.,*
   *AICV S Heart Workman, L.L.C., NL Ventures XII,*
15 *Zarzamora, L.L.C., NL Ventures XII, Delaware, L.L.C.*
   *and NL Ventures XII, Morton, L.L.C.*
16

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No. 25-16697-NMC |
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| ☐ AFFECTS LAS VEGAS COLOR GRAPHICS, INC. | *Jointly administered with:* |
| ☐ AFFECTS COLORART, LLC | ColorArt, LLC<br>Case No. 25-16701-NMC |
| ☒ AFFECTS BOTH DEBTORS | **STIPULATION TO FILE EXHIBIT UNDER SEAL** |
| Debtors. | |

This Stipulation is entered into by and between AICV S Heart Fillmore, L.L.C., AICV S Heart Workman, L.L.C., NL Ventures XII, Zarzamora, L.L.C., NL Ventures XII, Delaware, L.L.C. and NL Ventures XII, Morton, L.L.C. (collectively, "AIC") and Debtors, Las Vegas Color

Graphics, Inc. and ColorArt, LLC ("<u>Debtors</u>" and together with the AIC, the "<u>AIC</u>"), each by and through their undersigned counsel.

**WHEREAS** Debtors filed their Amended Omnibus Motion for Order Authorizing Debtors to Reject Non-Residential Real Property Leases, *Nunc Pro Tunc*, and Abandon Any Remaining Tangible Personal Property (the "<u>Motion</u>") on December 30, 2025 [ECF No. 235].

**WHEREAS** AIC intends to file an objection to the Motion ("<u>Objection</u>").

**WHEREAS** AIC intends to include as Exhibit "B" to its Objection a Commitment Letter regarding the "Purchase and leaseback of the American Spirit facilities located in Des Moines, IA ("<u>Exhibit B</u>"), and contends that Exhibit B should be filed under seal.

**WHEREAS** the Parties have conferred and Debtors do not object to AIC's request to file Exhibit B under seal, but reserves all rights with respect to the use of Exhibit B.

**IT IS HEREBY STIPULATED AND AGREED** that Exhibit B will be filed under seal.

**IT IS FURTHER STIPULATED AND AGREED** that this Court retains jurisdiction to hear all matters related to or arising from the entry of this Stipulation.

DATED this 13th day of January, 2026.

| **GARMAN TURNER GORDON LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| By: <u>*/s/ Teresa M. Pilatowicz (with permission)*</u><br>Gregory E. Garman, Esq.<br>Nevada Bar No. 6654<br>Teresa M. Pilatowicz, Esq.<br>Nevada Bar No. 9605<br>Mary Langsner, Ph.D.<br>7251 Amigo Street, Suite 210.<br>Las Vegas, NV 89119<br><br>*Attorneys for Debtors* | By: <u>*/s/ Ogonna M. Brown, Esq.*</u><br>Ogonna M. Brown, Esq.<br>Nevada Bar No. 789<br>8488 Rozita Lee Ave., Suite 400<br>Las Vegas, NV 89113<br>- and -<br>Michael W. O'Donnell (admitted *pro hac vice*)<br>Aimee Vidaurri (admitted *pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>111 W. Houston Street, Suite 1800<br>San Antonio, Texas 78205<br>- and -<br>Julie Harrison (admitted *pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>1550 Lamar St., Suite 2000<br>Houston, TX 77010<br><br>*Attorneys for Creditors AICV S Heart Fillmore, L.L.C., AICV S Heart Workman, L.L.C., NL Ventures XII, Zarzamora, L.L.C., NL Ventures XII, Delaware, L.L.C. and NL Ventures XII, Morton, L.L.C.* |

- 2 -

4905-3428-8264, v. 2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 13th day of January, 2026, I caused to be served a true and correct copy of the **STIPULATION TO FILE EXHIBIT UNDER SEAL** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail on May 8, 2025, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the Court's attached creditor's matrix with additions and edits, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (ELECTRONIC MAIL) That I served a true and correct copy of the above-referenced document via electronic mail, to the email address indicated below on the date above written.

/s/ Renee L. Creswell
An employee of Womble Bond Dickinson (US) LLP



4905-3428-8264, v. 2