**Fill in this information to identify the case:**

Debtor name    **Las Vegas Color Graphics, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **25-16697**

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2026**          X **/s/ Eran Salu**
                                              Signature of individual signing on behalf of debtor

                                              **Eran Salu**
                                              Printed name

                                              **Authorized Representative**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Las Vegas Color Graphics, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __**25-16697**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,778.95** | **$1,778.95** |

**Alma German**
**6170 East Sahara Avenue, Unit 1043**
**Las Vegas, NV 89142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$776.32** | **$776.32** |

**Andrew Wilkerson**
**3324 Lunar Sky St.**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor     **Las Vegas Color Graphics, Inc.**                                    Case number (if known)    **25-16697**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,828.46 | $1,828.46 |

**Araceli Alvarez**
**4037 Linley Court**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,004.19 | $2,004.19 |

**Armando Fonte**
**3629 Bella Legato Ave**
**North Las Vegas, NV 89081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,704.86 | $1,704.86 |

**Celeste Gonzales**
**2017 Los Altos Street**
**Las Vegas, NV 89102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.17 | $1,587.17 |

**Claudia Morales**
**3505 Turquoise Rd**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
_____          _____

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

Debtor    **Las Vegas Color Graphics, Inc.**                                    Case number (if known)    **25-16697**
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,325.89 | $2,325.89 |

**Claudia Santoyo Navarrete**
**113 Talmage Street**
**Las Vegas, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | | $125.65 | $125.65 |

**Claudio Miranda**
**6136 Windmill Island Ave.**
**Las Vegas, NV 89139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | | $2,371.82 | $2,371.82 |

**Cody Watkins**
**9351 Golden Timber Lane**
**Las Vegas, NV 89117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | | $2,302.99 | $2,302.99 |

**Cristina Mendoza**
**5261 Janfred Crt. #33**
**Las Vegas, NV 89103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor    **Las Vegas Color Graphics, Inc.**                                    Case number (if known)    **25-16697**
          _____
          Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,031.10 | $1,031.10 |

**Daniel Bristol**
**9168 Beautiful Flower Crt.**
**Las Vegas, NV 89149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $5,373.65 | $5,373.65 |

**Darius Lovett**
**6180 Glimmering Light Ave.**
**Las Vegas, NV 89139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $2,706.33 | $2,706.33 |

**David Torres**
**5100 East Tropicana Ave. #56B**
**Las Vegas, NV 89122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $3,937.01 | $3,937.01 |

**Deanna Candler**
**9333 Euphoria Rose Avenue**
**Las Vegas, NV 89166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Las Vegas Color Graphics, Inc.**                              Case number (if known)    **25-16697**
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,354.27** | **$3,354.27** |

Priority creditor's name and mailing address
**Debra Sweeney**
**1132 Via Navona**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | | | **$2,468.13** | **$2,468.13** |

Priority creditor's name and mailing address
**Donald Moore**
**844 Blue Rosalie Place**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | | | **$102.71** | **$102.71** |

Priority creditor's name and mailing address
**Dora Garcia**
**3712 El Jardin ave**
**Las Vegas, NV 89102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | | | **$1,682.62** | **$1,682.62** |

Priority creditor's name and mailing address
**Edgar Garcia**
**5055 E. Charleston Blvd. #B206**
**Las Vegas, NV 89104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **Las Vegas Color Graphics, Inc.**                                    Case number (if known)  **25-16697**
_____
Name

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,053.69 | $2,053.69 |

**Edgar Juarez**
**4888 Rollingwood Circle**
**Las Vegas, NV 89121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,873.82 | $1,873.82 |

**Edward Bond**
**5438 Castle Vista Ct**
**Las Vegas, NV 89118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.01 | $177.01 |

**Eliseo Porfirio**
**5125 W. Reno Ave #2083**
**Las Vegas, NV 89118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,774.04 | $1,774.04 |

**Elvie Delos Reyes**
**4224 English Walnut Ct.**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Las Vegas Color Graphics, Inc.**
_____Name_____    Case number (if known)  **25-16697**

| | | |
|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Estela Guerra**<br>**215 Earl Street**<br>**Las Vegas, NV 89101** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$2,057.48**   **$2,057.48**

Date or dates debt was incurred                          Basis for the claim:

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

| | | |
|---|---|---|
| 2.24 | Priority creditor's name and mailing address<br>**Eva Bautista**<br>**6395 Cranberry Lane**<br>**Las Vegas, NV 89156** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$1,681.20**   **$1,681.20**

Date or dates debt was incurred                          Basis for the claim:

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

| | | |
|---|---|---|
| 2.25 | Priority creditor's name and mailing address<br>**Felix Huertas-Castillo**<br>**3750 E. Bonanza Road, Apt #65**<br>**Las Vegas, NV 89110** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$165.79**   **$165.79**

Date or dates debt was incurred                          Basis for the claim:

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

| | | |
|---|---|---|
| 2.26 | Priority creditor's name and mailing address<br>**Francisco Escobedo**<br>**15022 Peoples Dr**<br>**San Antonio, TX 78253** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: **$1,964.70**   **$1,964.70**

Date or dates debt was incurred                          Basis for the claim:

Last 4 digits of account number                          Is the claim subject to offset?
Specify Code subsection of PRIORITY                      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)                  ☐ Yes

---

Debtor   **Las Vegas Color Graphics, Inc.**                          Case number (if known)   **25-16697**
_____Name_____

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,337.34 | $2,337.34 |

**Gabriel Monclova**
**304 Lakehurst Rd**
**Las Vegas, NV 89145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,504.48 | $1,504.48 |

**Giovanna Lopez**
**5637 Wheatfield Drive**
**Las Vegas, NV 89120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,376.26 | $1,376.26 |

**Grace Parker**
**4224 English Walnut Ct.**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,981.14 | $1,981.14 |

**Guillermina Leon**
**2264 East Desert Inn Road**
**Las Vegas, NV 89169**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Las Vegas Color Graphics, Inc.**                    Case number (if known)  **25-16697**
_____
Name

| | | |
|---|---|---|
| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,281.45** | **$3,281.45** |

**2.31** Priority creditor's name and mailing address
**Hector Mendoza**
**2478 Wild Ambrosia Ave.**
**Henderson, NV 89074**

As of the petition filing date, the claim is:                    **$3,281.45**    **$3,281.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.32** Priority creditor's name and mailing address
**Heidi Bridges**
**2319 Prometheus Court**
**Henderson, NV 89074**

As of the petition filing date, the claim is:                    **$3,802.02**    **$3,802.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.33** Priority creditor's name and mailing address
**Henry Erskine**
**10011 Crimson Palisades Place**
**Unit #104**
**Las Vegas, NV 89144**

As of the petition filing date, the claim is:                    **$292.36**    **$292.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.34** Priority creditor's name and mailing address
**Iris Godoy**
**3712 el jardin ave**
**Las Vegas, NV 89102**

As of the petition filing date, the claim is:                    **$2,729.21**    **$2,729.21**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,865.03** | **$1,865.03** |
|---|---|---|---|---|

**Ismael Robles Jr.**
**1627 Kingsbridge**
**San Antonio, TX 78253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,798.47** | **$2,798.47** |
|---|---|---|---|---|

**Jack Suhanyi Jr.**
**624 Mount Elbert Way**
**Boulder City, NV 89005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,290.25** | **$2,290.25** |
|---|---|---|---|---|

**Jaime Mondragon**
**113 Talmage Street**
**Las Vegas, NV 89107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,260.31** | **$3,260.31** |
|---|---|---|---|---|

**James Coleman**
**4630 Longnook Ct.**
**Las Vegas, NV 89147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Las Vegas Color Graphics, Inc.**                                 Case number (if known)   **25-16697**
         Name

| | | |
|---|---|---|

**2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,471.70** | **$2,471.70**

**James Howard Norris Buford Jr.**
**10036 Sable Point St**
**Las Vegas, NV 89178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address | | **$2,877.68** | **$2,877.68**

**John Krill**
**1964 Donnington Court**
**Las Vegas, NV 89123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address | | **$2,305.88** | **$2,305.88**

**Jonathan Deeds**
**9901 W Sahara Ave, #1200**
**Las Vegas, NV 89117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address | | **$143.37** | **$143.37**

**Jose Alfredo Rosales**
**1881 W Alexander Rd #1082**
**North Las Vegas, NV 89032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

Debtor **Las Vegas Color Graphics, Inc.**                        Case number (if known) **25-16697**
　　　　Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,612.12 | $2,612.12 |
|---|---|---|---|---|

**Jose Farias**
**3551 Gold Mist Ave.**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,173.04 | $3,173.04 |
|---|---|---|---|---|

**Juan Mendoza**
**1133 Hillside Place**
**Las Vegas, NV 89104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,639.62 | $2,639.62 |
|---|---|---|---|---|

**Judy Cates**
**435 Leighann Rd**
**Henderson, NV 89015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,912.81 | $1,912.81 |
|---|---|---|---|---|

**Karina Perez**
**3964 Pennwood Ave. #204**
**Las Vegas, NV 89102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Las Vegas Color Graphics, Inc.**                                    Case number (if known)  **25-16697**
_____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,625.30 | $1,625.30 |
|------|---|---|---|---|

**Kasandra Flores**
**4320 N. Jadestone Avenue**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,467.33 | $2,467.33 |
|------|---|---|---|---|

**Kathy Dietzmann**
**103 Shady Rill**
**San Antonio, TX 78213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.29 | $184.29 |
|------|---|---|---|---|

**Leandro Lopez**
**808 Antonio Dr.**
**Las Vegas, NV 89107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.03 | $133.03 |
|------|---|---|---|---|

**Lenin Miranda**
**6136 Windmill Island Avenue**
**Las Vegas, NV 89139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,379.64 | $2,379.64 |
|---|---|---|---|---|

**Lester Alarcon**
**2823 Judson Ave**
**North Las Vegas, NV 89030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,725.24 | $2,725.24 |
|---|---|---|---|---|

**Leticia Dominguez**
**7101 Trading Post Ln.**
**Las Vegas, NV 89128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,811.94 | $1,811.94 |
|---|---|---|---|---|

**Librado Lizarraga**
**6272 West Foothill Boulevard**
**Las Vegas, NV 89118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,537.26 | $2,537.26 |
|---|---|---|---|---|

**Linda Scott**
**6128 Chinook Way**
**Las Vegas, NV 89108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address<br>**Lucila Cruz**<br>**3800 S. Decatur Blvd. spc #110**<br>**Las Vegas, NV 89103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,536.06** | **$1,536.06** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address<br>**Manuel Zuleiman**<br>**8941 Addison Walk Ct.**<br>**Las Vegas, NV 89149** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$184.21** | **$184.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address<br>**Mark Chomos**<br>**3017 Honeysuckle Avenue**<br>**North Las Vegas, NV 89031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$247.99** | **$247.99** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address<br>**Marlene Portillo**<br>**5125 W . Reno Ave 2083**<br>**Las Vegas, NV 89118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,167.36** | **$2,167.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor     **Las Vegas Color Graphics, Inc.**                                    Case number (if known)     **25-16697**
_____
Name

| | | |
|---|---|---|
| 2.59 | Priority creditor's name and mailing address<br>**Martha Gonzales**<br>**4663 West Sand Creek Avenue,**<br>**Unit B**<br>**Las Vegas, NV 89103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed     $1,184.24     $0.00 |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.60 | Priority creditor's name and mailing address<br>**Matthew Anderson**<br>**1626 Marathon Dr.**<br>**Las Vegas, NV 89108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed     $4,639.55     $4,639.55 |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.61 | Priority creditor's name and mailing address<br>**Melissa Velez**<br>**206 Lee Street**<br>**San Antonio, TX 78214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed     $2,551.71     $2,551.71 |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.62 | Priority creditor's name and mailing address<br>**Michael Sudol**<br>**3629 Via Messina**<br>**Henderson, NV 89052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed     $3,560.99     $3,560.99 |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,029.24** | **$2,029.24** |
|---|---|---|---|---|
| | **Naiyara Pedroso**<br>**1550 E Harmon Ave., Apt. 608**<br>**Las Vegas, NV 89119** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,531.50** | **$3,531.50** |
|---|---|---|---|---|
| | **Nelson Bello**<br>**3759 Bella Legato Ave.**<br>**North Las Vegas, NV 89081** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$539,747.08** | **$0.00** |
|---|---|---|---|---|
| | **Nevada Department of Taxation**<br>**Bankruptcy Section**<br>**555 E. Washington Ave., Ste. 1300**<br>**Las Vegas, NV 89101** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,484.24** | **$1,484.24** |
|---|---|---|---|---|
| | **Norma Ortega**<br>**7049 Hillcroft Way**<br>**Las Vegas, NV 89147** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor **Las Vegas Color Graphics, Inc.**
    Name

Case number (if known) **25-16697**

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,042.57 | $2,042.57 |
|------|-----------|------------|-----------|-----------|

**2.67**

Priority creditor's name and mailing address
**Paul Gabler**
**3504 Desert Cliff St. #104**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,042.57     $2,042.57

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.68**

Priority creditor's name and mailing address
**Perla Dominguez**
**6464 West Sapphire Street**
**Las Vegas, NV 89108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,602.67     $1,602.67

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.69**

Priority creditor's name and mailing address
**Rachel Avila-Milord**
**5419 W Tropicana Ave A-2301**
**Las Vegas, NV 89103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,057.51     $1,057.51

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.70**

Priority creditor's name and mailing address
**Richard Moore**
**4948 Novato cir.**
**Las Vegas, NV 89120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$85.24     $85.24

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Las Vegas Color Graphics, Inc.**                                         Case number (if known)    **25-16697**
_____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,525.80 | $13,525.80 |
|---|---|---|---|---|

**Robert Grinnell**
**10030 Twilight Point Ct.**
**Las Vegas, NV 89148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | | $2,008.04 | $2,008.04 |
|---|---|---|---|---|

**Roberto Borrero Milanes**
**5401 maddox Ave., Casa**
**Las Vegas, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | | $4,537.49 | $4,537.49 |
|---|---|---|---|---|

**Ronald Savidge**
**10177 Crepe Myrtle Ct.**
**Las Vegas, NV 89183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | | $1,907.21 | $1,907.21 |
|---|---|---|---|---|

**Rosa Cruz Martinez**
**1001 Dumont Blvd #A 149**
**Las Vegas, NV 89169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Las Vegas Color Graphics, Inc.**                                Case number (if known) **25-16697**
_____
Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.27 | $168.27 |
|---|---|---|---|---|

| 2.75 | Priority creditor's name and mailing address<br>**Roxana Cortez Escapini**<br>**5355 S Rainbow Blvd., Unit 222**<br>**Las Vegas, NV 89118** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $168.27 | $168.27 |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address<br>**Sandra Nieto**<br>**2401 Stewart Ave #7**<br>**Las Vegas, NV 89101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,620.93 | $1,620.93 |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address<br>**Saul Avalos**<br>**6361 Stargazer Drive**<br>**Las Vegas, NV 89156** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,991.25 | $2,991.25 |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address<br>**Shay Watkins**<br>**9351 Golden Timber Lane**<br>**Las Vegas, NV 89117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,113.91 | $2,113.91 |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

Debtor **Las Vegas Color Graphics, Inc.**                   Case number (if known) **25-16697**
_____
Name

| | | | | |
|---|---|---|---|---|

**2.79** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,706.88** | **$1,706.88**

**Shayne Watkins**
**9351 Golden Timber Lane**
**Las Vegas, NV 89117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,410.98** | **$2,410.98**

**Steven Candler**
**9333 Euphoria Rose ave**
**Las Vegas, NV 89166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,933.49** | **$1,933.49**

**Steven Obeso**
**1930 La Villa Dr**
**North Las Vegas, NV 89031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,335.62** | **$2,335.62**

**Ulises Guaresti**
**7424 GRANADA WILLOWS ST**
**Las Vegas, NV 89139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Las Vegas Color Graphics, Inc.**

Case number (if known) **25-16697**

Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,692.50 | $2,692.50 |
|---|---|---|---|---|

**Victor Nill**
**2711 West Windmill Lane**
**Las Vegas, NV 89123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.08 | $99.08 |
|---|---|---|---|---|

**Vilma Rebeca Gonzalez Rios**
**6136 Windmill Island Ave**
**Las Vegas, NV 89139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,446.35 | $1,446.35 |
|---|---|---|---|---|

**Wendy Gonzales**
**3800 South Decatur Boulevard**
**Las Vegas, NV 89103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,630.21 | $2,630.21 |
|---|---|---|---|---|

**William Shimono**
**6120 Dogwood Falls**
**North Las Vegas, NV 89031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,583.13 | $1,583.13 |
|---|---|---|---|---|

**2.87** Priority creditor's name and mailing address
**Yanisleidy Rosales Beltran**
**900 E Desert Inn Rd., Apt 419**
**Las Vegas, NV 89109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,583.13      $1,583.13

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**60 KAKI BUKIT PLACE**
**BUKIT PLACE**
**Singapore 415979**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2** Nonpriority creditor's name and mailing address
**ABCOLN FASHIONS LLC**
**PO Box 907**
**Goldenrod, FL 32733**

Date(s) debt was incurred  3/1/2025

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

**$2,650.00**

---

**3.3** Nonpriority creditor's name and mailing address
**Actega Kelstar Inc-LV**
**26537 Network Place**
**Chicago, IL 60673-1265**

Date(s) debt was incurred  11/18/2024

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Maintenance

Is the claim subject to offset? ■ No  ☐ Yes

**$1,012.99**

---

**3.4** Nonpriority creditor's name and mailing address
**Air Filter Sales & Service**
**3970 Ponderosa Way**
**Las Vegas, NV 89118**

Date(s) debt was incurred

Last 4 digits of account number  2655

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Maintenance

Is the claim subject to offset? ■ No  ☐ Yes

**$12,700.00**

---

**3.5** Nonpriority creditor's name and mailing address
**Air Now Supply Inc.**
**5362 Bolsa  Ave. Ste D**
**Huntington Beach, CA 92649**

Date(s) debt was incurred

Last 4 digits of account number  01RA

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Maintenance

Is the claim subject to offset? ■ No  ☐ Yes

**$5,675.38**

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (*if known*) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address
**Airgas Dry Ice**
PO Box 736148
**Dallas, TX 75373-6148**

Date(s) debt was incurred  **4/17/2024**

Last 4 digits of account number  **1761**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumables**

Is the claim subject to offset? ■ No  ☐ Yes

**$697.18**

---

**3.7** | Nonpriority creditor's name and mailing address
**Alg Worldwild Logistics**
PO Box 66725
**Chicago, IL 60666**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **BILL**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,034.57**

---

**3.8** | Nonpriority creditor's name and mailing address
**Alpha Embroidery**
6334 W. Sahara Ave.
**Las Vegas, NV 89146**

Date(s) debt was incurred  **5/17/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outsource Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$406.41**

---

**3.9** | Nonpriority creditor's name and mailing address
**Alphagraphics-LV**
7135 Bermuda Road
**Las Vegas, NV 89119**

Date(s) debt was incurred  **4/30/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outsource Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$90.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Altitude Color Technologies**
7175 W Post Rd
**Las Vegas, NV 89113-6611**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,387.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Amazon Business**
440 Terry Avenue N.
**Seattle, WA 98109**

Date(s) debt was incurred  **3/1/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$301.42**

---

**3.12** | Nonpriority creditor's name and mailing address
**American Coradius International LLC**
2420 Sweet Home Rd Ste 150
**Buffalo, NY 14228-2244**

Date(s) debt was incurred  _

Last 4 digits of account number  **7742**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$120.00**

---

Debtor **Las Vegas Color Graphics, Inc.**     Case number *(if known)* **25-16697**

Name

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $551.63 |

**Ameriken-LV**
**618 N. Edgewood Ave.**
**Wood dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/2024**

**Basis for the claim:** _

Last 4 digits of account number  **5787**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Analyroi, LLC dba NMBL Strategies**
**Receiver Attn: Eric Moraczewski**
**8419 Manchester Rd Suite 101**
**Saint Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,926.24 |

**Arc Paper, LLC**
**6320 S. Sandhill Rd. Ste. 2**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/31/2023**

**Basis for the claim:**  **Paper vendor**

Last 4 digits of account number  **9134**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,485.29 |

**Ascen Workforce, LLC**
**PO Box 201245**
**Dallas, TX 75320-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **HR Professional Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.22 |

**Assured Document Destruction, Inc.**
**145 E. Warm Springs Rd.**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Shredding services**

Last 4 digits of account number  **m2m**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Astro Packaging-LV**
**1300 N. Jefferson St.**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,445.00 |

**B & H Machine, Inc.**
**251 Southwoods Cente**
**PO Box 626**
**Columbia, IL 62236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/24/24**

**Basis for the claim:**  **Equipment maintenance**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,675.02 |
|---|---|---|---|

**Baldwin Graphic Systems, Inc.**
**26211 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7680**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,671.89 |
|---|---|---|---|

**Bank of America Eastman Kodak Graphic Co**
**222 Broadway**
**New York, NY 10038-2510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bcc Software, LLC- LV**
**PO Box 1174**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

**Be Transport**
**PO Box 911486**
**Commerce, CA 90091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/13/24**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $419,507.66 |
|---|---|---|---|

**Beedie NV Property LLC**
**3030 Gilmore Diversion Burnaby, BC V5G**
**3B4 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pioneer Way Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $615.00 |
|---|---|---|---|

**Bending The Rules Die Making**
**9949 Madison Walk Ave.**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2025**

Last 4 digits of account number _

Basis for the claim:  **Manufacturing Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bindery Tech, Inc.**
**35205 Center Ridge Road**
**North Ridgeville, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Las Vegas Color Graphics, Inc.**                                    Case number (if known)   **25-16697**
_____
Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

3.27 | **Nonpriority creditor's name and mailing address**
**Bindtech-Roswell**
**1232 Antioch Pike**
**Nashville, TN 37211**

Date(s) debt was incurred  10/29/2024

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.80**

---

3.28 | **Nonpriority creditor's name and mailing address**
**Block Graphics, Inc.**
**PO Box 841741**
**Dallas, TX 75284-1741**

Date(s) debt was incurred  __

Last 4 digits of account number  3206

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outsource provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,093.94**

---

3.29 | **Nonpriority creditor's name and mailing address**
**Bottcher America, Corp.**
**P.O. Box 644956**
**Pittsburg, PA 15264-4956**

Date(s) debt was incurred  __

Last 4 digits of account number  6392

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,130.02**

---

3.30 | **Nonpriority creditor's name and mailing address**
**Bureau Veritas Certification**
**PO Box 405661**
**Atlanta, GA 30384-5661**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,020.45**

---

3.31 | **Nonpriority creditor's name and mailing address**
**BW CONVERTING-LV**
**25239 Network Pl**
**Chicago, IL 60673-1252**

Date(s) debt was incurred  __

Last 4 digits of account number  8601

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repair & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,310.28**

---

3.32 | **Nonpriority creditor's name and mailing address**
**Capital Adhesives-LV**
**1260 S. Old State Rd 67**
**Mooresville, IN 46158**

Date(s) debt was incurred  4/22/2025

Last 4 digits of account number  4986

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consumables**

Is the claim subject to offset? ■ No  ☐ Yes

**$568.00**

---

3.33 | **Nonpriority creditor's name and mailing address**
**Carton Craft Supply Inc.**
**6840 Meadow Lane**
**Alpharetta, GA 30005**

Date(s) debt was incurred  3/3/2025

Last 4 digits of account number  6634

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Manufacturing supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,656.25**

---

Debtor    **Las Vegas Color Graphics, Inc.**
_____
Name

Case number (if known)    **25-16697**

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,581.52 |

**Cdw Direct, LLC**
PO Box 75723
Chicago, IL 60675-5723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  3268**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,775.95 |

**Chubb**
PO Box 382001
Pittsburgh, PA 15250-8001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/25/25**

Basis for the claim:  **Insurance**

**Last 4 digits of account number  3370**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.77 |

**City of Las Vegas - Licensing**
PO Box 748018
Los Angeles, CA 90074-8018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,508.39 |

**Clark County Water Reclamation Dist.**
PO Box 512210
Los Angeles, CA 90051-0210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities/Waste**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |

**Clean Edge Printing, Inc.**
300 Sunpac Court
Henderson, NV 89011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/31/2024**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Clearbags-LV**
PO Box 931118
Atlanta, GA 31193-1118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,721.83 |

**Coast To Coast Label**
18401 Bandilier Circle
Fountain Valley, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Manufacturing Supplies**

**Last 4 digits of account number  400**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Las Vegas Color Graphics, Inc.**                                    Case number *(if known)*   **25-16697**
_____
Name

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Color Reflections**
**3560 S Valley View Blvd**
**Las Vegas, NV 89103-1899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Comtech Business Systems**
**PO Box 621112**
**Las Vegas, NV 89162**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Continental Binder & Specialty**
**407 W. Compton Blvd.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cox Communications, Inc.**
**PO Box 53262**
**Phoenix, AZ 85072-3262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,002.06** |
|---|---|---|---|

**Creative Coatings**
**4553 Mission Gorge Place**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,961.46** |
|---|---|---|---|

**Crown Lift Trucks-LV**
**PO Box 641173**
**Cincinnati, OH 45264-1173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6307**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cushman & Wakefield**
**10845 Griffith Peak Drive, Ste. 160**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Custom Fleet Service Inc.**
PO Box 90095
Henderson, NV 89009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Detrack Systems PTE LTD**
60 Kaki Bukit Place, #05-16 Eunos Techpark
Singapore 415979

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,461.00 |
|---|---|---|---|

**Direct Logistics, Inc**
6363 N State Highway 161 Ste 510
Irving, TX 75038-2272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dmt Solutions Global Corp.**
PO Box 74007412
Chicago, IL 60674-7412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,182.00 |
|---|---|---|---|

**Dmv&Ps**
PO Box 6900
Carson City, NV 89702-6900

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,040.00 |
|---|---|---|---|

**Dpi Direct**
13257 Kirkham Way
Poway, CA 92064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/21/2025**

Basis for the claim:  **Manufacturing Supplies**

Last 4 digits of account number  **7973**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,444.02 |
|---|---|---|---|

**Eastman Kodak Graphic Communcation Co.**
222 Broadway
New York, NY 10038-2510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Inventory**

Last 4 digits of account number  **9110**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$660,334.93** |
|---|---|---|---|
| | **Employer Solutions Services, Inc.**<br>**Po Box 789087**<br>**Philadelphia, PA 19178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,249.00** |
|---|---|---|---|
| | **ENRU Logistics**<br>**LSC Communications**<br>**PO Box 932987**<br>**Cleveland, OH 44193-0029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **EPIC PERSONNEL PARTNERS, LLC**<br>**7031 Koll Center Parkway, Suite 250**<br>**Pleasanton, CA 94566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,935.75** |
|---|---|---|---|
| | **Ernest Packaging Solutions**<br>**3930 W. Windmill Ln Ste 110**<br>**Las Vegas, NV 89139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Packaging supplies _ | |
| | Last 4 digits of account number  **8916** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Express Die Supply, Inc.**<br>**10020 Freeman Ave.**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,814.45** |
|---|---|---|---|
| | **Fedex Freight-LV**<br>**PO Box 21415**<br>**Pasadena, CA 91185-1415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,684.36** |
|---|---|---|---|
| | **FedEx-CA**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Las Vegas Color Graphics, Inc.**                              Case number (if known)    **25-16697**
         Name

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

3.62   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Fellers**                                                         ☐ Contingent
**350 E. Devon Ave.**                                              ☐ Unliquidated
**Itasca, IL 60143-1249**                                         ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** _

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

3.63   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,250.94**
**Flow Cleanrooms & Supply**                                       ☐ Contingent
**3706 Mill Creek Dr NE**                                          ☐ Unliquidated
**Comstock Park, MI 49321-9043**                                  ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Office Supplies**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

3.64   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Fortified Pest Management LLC**                                  ☐ Contingent
**6165 Harrison Dr. Ste 4**                                       ☐ Unliquidated
**Las Vegas, NV 89120**                                           ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** _

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

3.65   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$20,632.81**
**Fujifilm North America Corporation-LV**                          ☐ Contingent
**Dept La 22221**                                                 ☐ Unliquidated
**Pasadena, CA 91185-2221**                                       ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Inventory**

Last 4 digits of account number  **7116**                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.66   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$74,094.83**
**Fuze HR Solutions Inc.**                                        ☐ Contingent
**8500 Blvd Decarie, Ste 400**                                    ☐ Unliquidated
**Mont-Royal QC H4P 2N2 Canada**                                  ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:** _

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

3.67   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$13,795.86**
**Grainger-LV**                                                   ☐ Contingent
**PO Box 419267 Dept. 816516207**                                 ☐ Unliquidated
**Kansas City, MI 64141-6297**                                    ☐ Disputed

Date(s) debt was incurred _                                        **Basis for the claim:**  **Supplies & Repairs**

Last 4 digits of account number  **6207**                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.68   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$1,469.21**
**Graphic Arts Alliance, LLC**                                    ☐ Contingent
**33 W. King St. Unit 317**                                       ☐ Unliquidated
**Malvern, PA 19355**                                             ☐ Disputed

Date(s) debt was incurred  **4/1/24, 8/12/24**                    **Basis for the claim:** _

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Las Vegas Color Graphics, Inc.**                                    Case number *(if known)*    **25-16697**
_____
Name

| | |
|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** |

**Greg Matiya Desert Diecutting**
**16 Starbrook Dr**
**Henderson, NV 89052-6628**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,365.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Outsource provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** |

**Heidelberg Usa, Inc.-LV**
**PO Box 5160**
**Carol Stream, IL 60197**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **8057**

As of the petition filing date, the claim is: *Check all that apply.*    **$20,048.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** |

**Heritage-Crystal Clean Llc**
**13621 Collections Center Dr.**
**Chicago, IL 60693-0136**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **438**

As of the petition filing date, the claim is: *Check all that apply.*    **$4,793.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** |

**Hewlett-Packard Financial Services Co**
**Po Box 402582**
**Atlanta, GA 30384-2582**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3450**

As of the petition filing date, the claim is: *Check all that apply.*    **$503,774.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Leased Equipment__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** |

**Icp Industrial Inc**
**PO Box 71937**
**Chicago, IL 60694-1937**

**Date(s) debt was incurred** **7/8/25,7/11/25**

**Last 4 digits of account number** **2961**

As of the petition filing date, the claim is: *Check all that apply.*    **$1,047.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** |

**Idea Express Group Inc.**
**1400 Colorado St. Unit C**
**Boulder City, NV 89005**

**Date(s) debt was incurred** **7/15/2024**

**Last 4 digits of account number** **2603**

As of the petition filing date, the claim is: *Check all that apply.*    **$16,495.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** |

**Idealliance-LV**
**1800 Diagonal Rd, Ste 320**
**Alexandria, VA 22314-2862**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | | Case number (if known) | **25-16697** |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$223,995.79** |
|---|---|---|---|
| | **Indigo America, Inc.-LV**<br>**Po Box 415573**<br>**Boston, MA 02241-5573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,415.00** |
|---|---|---|---|
| | **Ink Systems, Inc.-LV**<br>**2311 S Eastern Ave**<br>**Commerce, CA 90040-1430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Inventory_ | |
| | **Last 4 digits of account number** _1060_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Inland Supply Company**<br>**PO Box 10048**<br>**Reno, NV 89510-0048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,727.52** |
|---|---|---|---|
| | **INX International Ink Co.**<br>**97141 Eagle Way**<br>**Chicago, IL 60678-9710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _3/25/2025_ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _3153_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,397.50** |
|---|---|---|---|
| | **Jeffrey Claus.**<br>**7893 Barntucket Ave.**<br>**Las Vegas, NV 89147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Consultant_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Jenco Productions, Inc.**<br>**401 South "J" Street**<br>**San Bernardino, CA 92410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,500.00** |
|---|---|---|---|
| | **K. International Press Inc.**<br>**4481 Sandburg Way**<br>**Irvine, CA 92612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _12/4/24_ | **Basis for the claim:** _Equipment maintenance_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kdc Bindery Services Llc**
**406 S. Rockford Drive**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,873.08 |
|---|---|---|---|

**Kelly Spicers Inc.**
**File 749316**
**Los Angeles, CA 90074-9316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0179**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129,734.47 |
|---|---|---|---|

**Knudsen LVCG, LLC**
**PO Box 160**
**Koloa, HI 96756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Building Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,635.36 |
|---|---|---|---|

**Laird Plastics-LV**
**75 Remittance Drive SUITE 2720**
**Chicago, IL 60675-2720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,249.00 |
|---|---|---|---|

**LSC Communications LLC ENRU Logistics**
**PO Box 932987**
**Cleveland, OH 44193-0029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5321**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,638.97 |
|---|---|---|---|

**Lvvwd**
**PO Box 2921**
**Phoenix, AZ 85062-2921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/25**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **2962**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Andy Inc.**
**7312 Solutions Center**
**Chicago, IL 60677-7003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | | Case number (if known) | **25-16697** |
|---|---|---|---|---|

Name

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Martin Garage Doors Of NV**
**6667 Schuster St.**
**Las Vegas, NV 89118**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Master Craft Labels, Inc.**
**7478 Washington Ave. S.**
**Eden Prairie, MN 55344-3704**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Mcmaster-Carr Supply Co.-LV**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _
Last 4 digits of account number  **8000**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Repair & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

$4,409.48

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Mericle Mechanical, Inc.**
**1664 Sierra Madre Cir.**
**Placentia, CA 92870**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Building Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

$11,063.38

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Metal Magic**
**5801 S. 25Th St.**
**Phoenix, AZ 85040**

Date(s) debt was incurred _
Last 4 digits of account number  **VC10**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Manufacturing Supplies**

Is the claim subject to offset? ■ No ☐ Yes

$5,246.00

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Michelli Measurement Group, Inc**
**130 Brookhollow Esplanade**
**Harahan, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Montroy Supply Co.**
**PO Box 93000**
**Long Beach, CA 90809**

Date(s) debt was incurred _
Last 4 digits of account number  **3921**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Manufacturing Supplies**

Is the claim subject to offset? ■ No ☐ Yes

$10,445.22

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Muller Martini Corp-LV**
**PO Box #787196**
**Philadelphia, PA 19178-7196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Naumann Hobbs Material Handling.Llc**
**PO Box 31001-3356**
**Pasadena, CA 91110-3356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Neway Lockbox**
**PO Box 848754**
**Los Angeles, CA 90084-8754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nextgen**
**PO Box 30102, Dept. 718**
**Salt Lake City, UT 84130-0102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Novatech Packaging Systems, Inc.**
**19665 Descartes**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,584.21 |
|---|---|---|---|

**Nvenergy**
**P.O. Box 30150**
**Reno, NV 89520-3150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Mult. accts__

Last 4 digits of account number  **8259**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oc Lamination**
**528 Cedar Ave., #3N**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Las Vegas Color Graphics, Inc.**                        Case number (if known) **25-16697**
Name

| | |
|---|---|
| **3.104** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$64,814.45** |
| **On Trac International Mail** | ☐ Contingent |
| **3665 Nw 32Nd Ave., Ste 100** | ☐ Unliquidated |
| **Vancouver, WA 98660** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Mailing services_ |
| **Last 4 digits of account number** _9732_ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.105** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$47,716.71** |
| **One Nevada Credit Union** | ☐ Contingent |
| **C/O President/CEO** | ☐ Unliquidated |
| **2645 S. Mojave** | ☐ Disputed |
| **Las Vegas, NV 89121** | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.106** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$39,126.00** |
| **Onyx Specialty Papers Inc.** | ☐ Contingent |
| **PO Box 95000-4190** | ☐ Unliquidated |
| **Philadelpha, PA 19195-0001** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.107** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **Ortan's Lawn Maintenance LLC** | ☐ Contingent |
| **8165 W Lone Mountain Rd** | ☐ Unliquidated |
| **Las Vegas, NV 89129-4803** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.108** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,027.25** |
| **Pacific Graphic Supply** | ☐ Contingent |
| **PO Box 4605** | ☐ Unliquidated |
| **Ontario, CA 91761** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.109** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **Pamarco Global Graphics-LV** | ☐ Contingent |
| **PO Box 674848** | ☐ Unliquidated |
| **Detroit, MI 48267-4848** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.110** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **Pavlik Laminating, Inc.** | ☐ Contingent |
| **4631 S. 35th Place** | ☐ Unliquidated |
| **Phoenix, AZ 85040-4000** | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peterman Lumber**
**10330 Elm Ave.**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pitney Bowes Presort Services Llc**
**PO Box 6808, Dept. 8**
**Carol Stream, IL 60197-6808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Platinum Forklift Service Llc**
**5216 Sand Dollar Ave.**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159,916.64 |
|---|---|---|---|

**Precise Personnel**
**2781 W. Macarthur Blvd B176**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,867.40 |
|---|---|---|---|

**Progress Software Corporation**
**PO Box 84-5828**
**Boston, MA 02284-5828**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/2024, 5/2025**

**Basis for the claim:  Software**

**Last 4 digits of account number  4481**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Purvis Industries**
**PO Box540757**
**Dallas, TX 75354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quadient Finance Usa Inc.**
**PO Box 6813**
**Carol Stream, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Quadient Leasing USA Inc-LV**
**PO Box 123682, Dept. 3682**
**Dallas, TX 75312-3682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69,461.00 |
|---|---|---|---|

**RA Logistics, Inc.-LV**
**6363 N State Highway 161 Ste 510**
**Irving, TX 75038-2272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Freight, Postage & Shipping**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,885.75 |
|---|---|---|---|

**Regents Capital Corp.**
**PO Box 3892**
**Seattle, WA 98124-3892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment lease**

Last 4 digits of account number  **4801**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46,019.52 |
|---|---|---|---|

**Republic Services #620**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **5912,5678**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RM Machinery Inc.-LV**
**212 N. Virginia Ave.**
**Carneys Point, NJ 08069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ross Bindery, Inc.**
**15310 Spring Ave.**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,776.92 |
|---|---|---|---|

**Schindler Elevator Corp.**
**PO Box 93050**
**Chicago, IL 60673-3050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Building Repairs**

Last 4 digits of account number  **3399**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,498.08** |
|---|---|---|---|

**Sign Centers  Las Vegas**
**3700 Pecos McLeod Ste 100**
**Las Vegas, NV 89121-4259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/25/24**

Basis for the claim:  **Advertising and Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,452.45** |
|---|---|---|---|

**Silver Springs Water**
**480 Mirror Court, Ste 109**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,684.24** |
|---|---|---|---|

**SkyTop Vending, LLC**
**1509 Western Ave**
**Las Vegas, NV 89102-2601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number  **2806**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Southwest Gas**
**PO Box 24531**
**Oakland, CA 94623-1531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Spiral Binding Llc-LV**
**PO Box 527823**
**Miami, FL 33152-7823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Suburban Propane-1487**
**PO Box 12068**
**Fresno, CA 93776-2068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,871.08** |
|---|---|---|---|

**Ted Wiens Tire & Auto Las Vegas**
**5720 Arville St. Ste #115**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment maintenance**

Last 4 digits of account number  **4515**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,955.65** |
|---|---|---|---|
| | **Time Logistics, Inc.-LV**<br>**2014 Elmer Pogue Drive**<br>**Columbia, TN 38401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,162.22** |
|---|---|---|---|
| | **Tire Works**<br>**PO Box 208942**<br>**Dallas, TX 75320-8942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0270** | Basis for the claim: **Vehicle maintenance** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Tk Elevator**<br>**PO Box 3796**<br>**Carol Stream, IL 60132-3796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Truly Nolen Branch 050**<br>**440 S Williams Blvd**<br>**Tucson, AZ 85711-4488** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TSYS -Trust Commerce**<br>**1 Heartland Way**<br>**Jeffersonville, IN 47130-5870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221,178.15** |
|---|---|---|---|
| | **Ucp Staffing**<br>**387 W. Tabernacle Street**<br>**Saint George, UT 84770** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,089.08** |
|---|---|---|---|
| | **Uline-LV**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number (if known) | **25-16697** |
|---|---|---|---|
| | Name | | |

---

**3.139**

**Nonpriority creditor's name and mailing address**
**Unique Services Group**
**13215 Louvre Street**
**Pacoima, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Outsource Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,073.87**

---

**3.140**

**Nonpriority creditor's name and mailing address**
**United Rentals Inc.**
**PO Box 51122**
**Los Angeles, CA 90074-1122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,232.74**

---

**3.141**

**Nonpriority creditor's name and mailing address**
**Ups Supply Chain Solutions, Inc.-LV**
**28013 Network Place**
**Chicago, IL 60673-1280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.142**

**Nonpriority creditor's name and mailing address**
**Ups-LV**
**PO Box 650116**
**Dallas, TX 75265-0116**

Date(s) debt was incurred _

Last 4 digits of account number  **54Y9**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,643.77**

---

**3.143**

**Nonpriority creditor's name and mailing address**
**Vegas Graphic Equipment Services Llc**
**PO Box 91955**
**Henderson, NV 89009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.144**

**Nonpriority creditor's name and mailing address**
**Veritiv Operating Company-LV**
**PO Box 57006**
**Los Angeles, CA 90074-7006**

Date(s) debt was incurred _

Last 4 digits of account number  **3111**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paper vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,942.74**

---

**3.145**

**Nonpriority creditor's name and mailing address**
**Verizon Wireless-LV**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number  **0006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,825.69**

---

| Debtor | **Las Vegas Color Graphics, Inc.** | Case number *(if known)* | **25-16697** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,162.61** |
|---|---|---|---|

**Vestis**
PO Box 101179
Pasadena, CA 91189-1179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Uniforms__

Last 4 digits of account number __0154,5041__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.41** |
|---|---|---|---|

**Virgen Advertising**
c/o Gabriela Cannon
1889 Fairfield Terrance
Henderson, NV 89074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Western Converting Specialties Inc.**
15601 Cypress Ave
Baldwin Park, CA 91706-2120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wex Bank-LV**
PO Box 4337
Carol Stream, IL 60197-4337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Whittier Mailing Products, Inc.-LV**
13019 Park St.
Santa Fe Springs, CA 90670-4005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wise Staffing Services, Inc.**
432 Magazines Street
Tupelo, MS 38804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133,616.52** |
|---|---|---|---|

**Worldwide Express-LV**
PO Box 733360
Dallas, TX 75373-3360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Las Vegas Color Graphics, Inc.**
_____
Name

Case number (if known) **25-16697**

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**WP Engine, Inc**
**504 Lavaca St Ste 1000**
**Austin, TX 78701-2857**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.154   **Nonpriority creditor's name and mailing address**
**Xerox Corporation-LV**
**PO Box 7405**
**Pasadena, CA 91109-7405**

Date(s) debt was incurred _

Last 4 digits of account number **1774**

As of the petition filing date, the claim is: Check all that apply.                    **$13,774.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Maintenance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.155   **Nonpriority creditor's name and mailing address**
**Xpo Logistics Inc**
**29559 Network Place**
**Chicago, IL 60673-1559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$15,480.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freight, Postage & Shipping**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.156   **Nonpriority creditor's name and mailing address**
**YGCH, LLC**
**2360 Corporate Circle Suite 330**
**Henderson, NV 89074**

Date(s) debt was incurred _

Last 4 digits of account number **4280**

As of the petition filing date, the claim is: Check all that apply.                    **$68,953.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Building Rent for Wagon Trail**

Is the claim subject to offset? ☒ No  ☐ Yes

---

3.157   **Nonpriority creditor's name and mailing address**
**Zeller+Gmelin Corp**
**PO Box 100434**
**Atlanta, GA 30384-0434**

Date(s) debt was incurred _

Last 4 digits of account number **C001**

As of the petition filing date, the claim is: Check all that apply.                    **$1,390.93**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consumables**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 722,091.72 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,965,889.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,687,981.23 |

**Fill in this information to identify the case:**

Debtor name    **Las Vegas Color Graphics, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **25-16697**

■ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Staffing Services (annual automatic renewel)** | |
|      State the term remaining    **10/10/2026** | **Ascen Workforce, LLC**<br>**501 Boylston St., Floor 10**<br>**Boston, MA 02116** |
|      List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Property at 6340 S. Pioneer Way--Units 114-123 Bldg # 2, Las Vegas NV 89113. Rent-$140,989.56** | |
|      State the term remaining | **Beedie (Pioneer Way) NV Property, LLC.**<br>**4755 Dean Martin Drive**<br>**Las Vegas, NV 89103** |
|      List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **To secured sublease tenant for Pioneer property.** | |
|      State the term remaining    **11/17/2026** | **Cushman & Wakefield**<br>**10845 Griffith Peak Drive, Ste. 160**<br>**Las Vegas, NV 89135** |
|      List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Staffing Services (annual automatic renewel)** | |
|      State the term remaining    **4/4/2026** | **EPIC PERSONNEL PARTNERS, LLC**<br>**7031 Koll Center Parkway, Suite 250**<br>**Pleasanton, CA 94566** |
|      List the contract number of any government contract | |

| Debtor 1 | **Las Vegas Color Graphics, Inc.** | | Case number *(if known)* | **25-16697** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Services** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | **Fuze HR Solutions, Inc.**<br>**6671 S. Las Vegas Blvd, Bldg D, Ste 210**<br>**Las Vegas, NV 89119** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Provision of consumable materials for printer.** | |
|---|---|---|---|
| | State the term remaining | **4/30/2027** | **Heidelberg USA, Inc.**<br>**1000 Gutenberg Drive**<br>**Kennesaw, GA 30144** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1 of 2 Leases. HP Printing Press (Lease Financing, not equipment), total cost $67,500.00** | |
|---|---|---|---|
| | State the term remaining | **10/31/28** | **Hewlett-Packard Financial Services Co.**<br>**200 Connell Drive, Suite 5000**<br>**Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2 of 2 leases. Lease is for actual HP Printing Press machine (HP-15K, press 2) related to financing lease. Total cost: $1,237,730.00** | |
|---|---|---|---|
| | State the term remaining | **10/31/28** | **Hewlett-Packard Financial Services Co.**<br>**200 Connell Drive, Suite 5000**<br>**Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |

Debtor 1  **Las Vegas Color Graphics, Inc.**                                    Case number *(if known)*  **25-16697**
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Lease on Press Printing Press Machine (12K model). Payment plan in place with NJ Courts, no payments were made for a year in excess of $500k.** <br><br> State the term remaining — **10/31/28** <br><br> List the contract number of any government contract | **Hewlett-Packard Financial Services Co.** <br> **200 Connell Drive, Suite 5000** <br> **Berkeley Heights, NJ 07922** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Property at 4265 W. Sunset Road, Las Vegas, NV . Rent-$130,459.86/mo.** <br><br> State the term remaining — **2/18/2040** <br><br> List the contract number of any government contract | **Knudsen LVCG, LLC** <br> **PO Box 160** <br> **Koloa, HI 96756** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Property at 4270 Wagon Trail Avenue, Las Vegas NV 89118 (attached to 4265 W. Sunset lease)** <br><br> State the term remaining — **2/18/2040** <br><br> List the contract number of any government contract | **Knudsen LVCG, LLC** <br> **PO Box 160** <br> **Koloa, HI 96756** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Safety Services (annual automatic renewal)** <br><br> State the term remaining — **9/12/2026** <br><br> List the contract number of any government contract | **Next Gen** <br> **7165 Bermuda Road** <br> **Las Vegas, NV 89119** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Safety Services (annual automatic renewal)** <br><br> State the term remaining — **1/30/2028** <br><br> List the contract number of any government contract | **Next Gen** <br> **7165 Bermuda Road** <br> **Las Vegas, NV 89119** |

| Debtor 1 | **Las Vegas Color Graphics, Inc.** | | | Case number *(if known)* | **25-16697** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Insterter Printing Equipment, ID # 155906, Flowmaster RS20+ Six Station with Falcon Mini and Stealth 207 Transport. $25,721.48 paid quarterly for 20 quarters + 1% Documentation Fee (Base Lease Amount)** | |
|---|---|---|---|
| | State the term remaining | **05/22/28** | |
| | List the contract number of any government contract | | **Regents Capital Corporation<br>3200 Bristol Street, Suite 400<br>Costa Mesa, CA 92626** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Pest Control Services (automatic renewal)** | |
|---|---|---|---|
| | State the term remaining | **6/18/2026** | |
| | List the contract number of any government contract | | **Truly Nolen<br>6000 S. Eastern Avenue 2E<br>Las Vegas, NV 89119** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Services** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | |
| | List the contract number of any government contract | | **UCP Temp Staffing LLC<br>4815 W Russell Road, Suite 9i<br>Las Vegas, NV 89118** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Services** | |
|---|---|---|---|
| | State the term remaining | **Evergreen** | |
| | List the contract number of any government contract | | **Wise Staffing Services, Inc.<br>432 Magazines Street<br>Tupelo, MS 38804** |

Debtor 1  **Las Vegas Color Graphics, Inc.**

| First Name | Middle Name | Last Name |

Case number *(if known)*  **25-16697**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Property at 4280 Wagon Trail, Suite A Las Vegas NV 89118. Rent $18,229.52** | |
| | State the term remaining | | **YGCH** |
| | | | **2360 Corporate Circle, STE 330** |
| | List the contract number of any government contract | | **Henderson, NV 89074** |

**Fill in this information to identify the case:**

Debtor name   **Las Vegas Color Graphics, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **25-16697**

☑ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$10,511,283.00** |
   | **For prior year:** From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$12,644,502.00** |
   | **For year before that:** From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$29,501,501.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.   See attached schedule

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    **Las Vegas Color Graphics, Inc.**      Case number *(if known)* **25-16697**

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Javier Padilla v. Romans Transport et al. A-25-917410-C | Negligence-Premises liability | Eighth Judicial District Court Regional Justice Center 200 Lewis Avenue Las Vegas, NV 89101 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Hewlett-Packard Financial Services Company v. Las Vegas Color Graphics, Inc. UNN-L-4147-2025 | Contractual claim by equipment lessor | Superior Court of the State of New Jerse 2 Broad Street Elizabeth, NJ 07207 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Employer Solution Services, Inc. v. Las Vegas Color Graphics, Inc., et al A-25-917995-C | Contractual claim by a vendor | District Court, Clark County, Nevada 200 Lewis Avenue Las Vegas, NV 89101 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Thnk Ink, Inc. v Las Vegas Color Graphics, Inc. C-15-CV-24-006307 | Contractual claim by a vendor | Circuit Court for Montgomery County, MD 50 Maryland Avenue Rockville, MD 20850 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.5. | Precise Personnel LLC v. Las Vegas Color Graphics, Inc., et al A24905500C | Contractual claim by a vendor | District Court, Clark County, Nevada 200 Lewis Avenue Las Vegas, NV 89101 | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor    **Las Vegas Color Graphics, Inc.**                    Case number (if known)  **25-16697**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **ARC Paper, LLC v Las Vegas Color Graphics, Inc., et al.**<br>**A-24-908720-C** | **Contractual claim by a vendor** | **District Court, Clark County, Nevada**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **NMBL Strategies, solely in its capacity**<br>**as court-appointed receiver**<br>**8419 Manchester Rd, Suite 101**<br>**Saint Louis, MO 63144** | **CNB Bank Accounts** | **$1,800,000.00** |
| | **Case title**<br>**Aequum Capital Financial II v. ColorArt**<br>**Case number**<br>**25Sl-CC11027**<br>**Date of order or assignment**<br>**10/29/2025** | **Court name and address**<br>**Circuit Court of St. Louis County**<br>**State of Missouri**<br>**105 South Central Avenue**<br>**Clayton, MO 63105** |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Las Vegas Color Graphics, Inc.**                                    Case number *(if known)*  **25-16697**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Garman Turner Gordon LLP** **7251 Amigo Street** **Ste. 210** **Las Vegas, NV 89119** | | **11/5/2025 (Collective payment for LVCG and ColorArt LLC)** | **$350,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **JAL Equity** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.    See attached notes regarding SOFA Parts 2 and 6

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

Debtor    **Las Vegas Color Graphics, Inc.**                                   Case number *(if known)*  **25-16697**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**From customers: Names (individual or business contacts), Job titles, Email addresses, Ph. numbers, billing & shipping addresses, account or CRM history. For direct-Mail & Marketing: Idv names, mailing addresses, demographic data (age, gender, household info). Healthcare/Insurance: member ID, Plan enrollment, EOB, Codes, Date of Birth, Policy #S. Fulfillment: names, addresses. Website: login IDs, passwords (hashed), IP addresses, browsing behavior, metadata, artwork.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **TransAmerica** | EIN:  **65-0919583** |

   Has the plan been terminated?
   ☑ No
   ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

| Debtor | Las Vegas Color Graphics, Inc. | Case number (if known) | 25-16697 |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **MixTiles**<br>**313 N. Market St, Ste 5100**<br>**Wilmington, DE 19801-6111** | **6340 S. Pioneer Way**<br>**Units 114-123 Bldg # 2**<br>**Las Vegas, NV 89113** | **50K sqft of frames & paper**<br>**Zund M-800 S300M080850**<br>**Zund M-800 S300M080927**<br>**Zund M-800 S300M080926**<br>**LXS 450XL F-E123001-13**<br>**LXS 450XL G010801-10**<br>**LXS 450XL G010801-02**<br>**LXS 450XL H-G042201-12**<br>**Laminators, Plastic**<br>**Pressures, Printers, PC,**<br>**Barcode Scanners, MDF**<br>**Stapling Rulers (Jigs), Zebra**<br>**Label Printer, Tables** | **Unknown** |

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Debtor   **Las Vegas Color Graphics, Inc.**                            Case number *(if known)*   **25-16697**

Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Trina Miller**<br>**101 Workman Ct.**<br>**Eureka, MO 63025** | **2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Armanino LLP**<br>**6 CityPlace Dr #900**<br>**Saint Louis, MO 63141** | **2022 and 2023 Audit** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Trina Miller**<br>**101 Workman Ct.**<br>**Eureka, MO 63025** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Aequum Capital Financial II, LLC**<br>**10 S Wacker Dr Suite 1115**<br>**Chicago, IL 60606** |
| 26d.2.   **New Mexico Bank & Trust (UMB)**<br>**1010 Grand Blvd.**<br>**Kansas City, MO 64106** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

Debtor    **Las Vegas Color Graphics, Inc.**          Case number *(if known)*   **25-16697**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Trina Miller** | **12/31/2023** | **$1,254,503.24 - Cost** |
| | Name and address of the person who has possession of inventory records<br>**Las Vegas Color Graphics, Inc.**<br>**4265 W. Sunset Road**<br>**Las Vegas, NV 89118** | | |
| 27.2. | **Trina Miller** | **12/31/2024** | **$692,834.12 - Cost** |
| | Name and address of the person who has possession of inventory records<br>**Las Vegas Color Graphics, Inc.**<br>**4265 W. Sunset Road**<br>**Las Vegas, NV 89118** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eran Salu** | **101 Workman Ct.**<br>**Eureka, MO 63025** | **President, Treasurer and Secretary** | **100% indirect ownership** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **JAL Equity** | **EIN:   46-4358531** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

Debtor    **Las Vegas Color Graphics, Inc.**                                        Case number *(if known)*  **25-16697**

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2026**

**/s/ Eran Salu**                                                    **Eran Salu**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**SOFA – Parts 2 and 6 – Certain Payments and Transfers.** Debtors Las Vegas Color Graphics, Inc. and ColorArt, LLC ("Debtors") used a centralized approach to cash management and financing of their operations, including through the Shared Services Agreement, with Debtors and non-debtor affiliates. As a result, (i) one entity may have paid obligations of another entity, (ii) funds deposited by one entity may have been swept to or disbursed from an account maintained in the name of another entity, and (iii) intercompany "due to/ due from" balances may arise or fluctuate based on ordinary-course settlement activity. The activity between the entities, however, is reflected on master ledger.

Consistent therewith, in the one year prior to the Petition Date, Debtors' books and records reflect a total transfer out of, into, or on behalf of Debtors to affiliates as follows, including for amounts due to and from entities for services provided:

| Summary--Transfers from Debtor To Affiliates | |
|---|---|
| Action | 46,756.57 |
| Anchor | 6,868,087.66 |
| CA (From LVCG) | 119,233.24 |
| Capital | 413,048.57 |
| Envelopes | 9,126.45 |
| JAL | 72,959,668.74 |
| LVCG | 348,757.22 |
| M.com | 8,334,622.14 |
| Money Mailer | 798,726.77 |
| Mossberg | 573.00 |
| NPC | 69,602.00 |
| SAH | 440,335.00 |
| Tshirts | 5,671,741.70 |
| **Total Transfers Out** | **96,080,279.06** |

| Summary--Transfers From Affiliates to Debtors | |
|---|---|
| JAL | 86,672,125.85 |
| LVCG | 2,477.50 |
| M.com | 19,075,449.05 |
| Money Mailer | 1,677,959.41 |
| NPC | 10,000.00 |
| Tshirts.com | 459,225.23 |
| **Total Transfers In** | **107,897,237.04** |
| **Net Activity 11.5.24--11.5.25** | **(11,816,957.98)** |

As of the Petition Date, Debtors owe a net total of $935,257.69 to their affiliate.

While Debtors do not believe these transfers technically fit within any of the categories requesting detailed transfers in Parts 2 or 6 of the SOFA, they are being disclosed in herein in the interest of full transparency.

For the avoidance of doubt, to the extent a debt was paid to a creditor on Debtors' behalf through an affiliate, those are also identified in the attachment for Part 2, Question 3 as payments to creditors made within 90 days, with a clarification as to whether such payment was made through and affiliated entity.

Intercompany amounts (including those involving non-debtor affiliates) are subject to ongoing review and reconciliation, including review of transaction history, documentation, accounting treatment, and potential setoff, recoupment, recharacterization, subordination, avoidance, or other rights and defenses. Debtors reserve all rights with respect to intercompany claims, obligations, and transfers, including the right to amend or supplement these Schedules to reflect additional information, corrected amounts, or revised allocations.

**Las Vegas Color Graphics, Inc.- Attached for Statement of Financial Affairs**
Question 3. Payments to creditors within 90 days before filing

| Date | Directly Paid | Indirectly Paid | Vendor/Payee | Reason for Transfer | Indirect Payment Entity |
|---|---|---|---|---|---|
| 09/15/2025 | 2,200.00 | | American Express | Suppliers/Vendors | |
| 08/29/2025 | 2.49 | | AppFolio, Inc. | Suppliers/Vendors | |
| 08/06/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/15/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/29/2025 | 45.00 | | CNB Bank | Suppliers/Vendors | |
| 09/15/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/29/2025 | 147,197.72 | | Gatski Commercial | Suppliers/Vendors | |
| 8/28/2025 | 28,770.20 | | NV Energy South | Suppliers/Vendors | |
| 8/28/2025 | 12,498.92 | | NV Energy South | Suppliers/Vendors | |
| 9/15/2025 | | 29,335.80 | ALG Direct | Suppliers/Vendors | Mcom |
| 10/20/2025 | | 5,346.00 | ALG Direct | Suppliers/Vendors | Mcom |
| 8/8/2025 | | 30,000.00 | American Express | Suppliers/Vendors | JAL Equity |
| 10/20/2025 | 1,359.68 | | ALG Direct | Suppliers/Vendors | |
| 10/29/2025 | 5,034.57 | | ALG Direct | Suppliers/Vendors | |
| 10/20/2025 | 29,297.15 | | Ambrose Solutions | Suppliers/Vendors | |
| 10/24/2025 | 31,265.00 | | Ambrose Solutions | Suppliers/Vendors | |
| 10/29/2025 | 2,260.85 | | BCC Software | Suppliers/Vendors | |
| 10/24/2025 | 28,480.46 | | Butler Merchandising | Suppliers/Vendors | |
| 10/17/2025 | 16,222.33 | | Clark County | Suppliers/Vendors | |
| 10/17/2025 | 2,713.74 | | Clark County | Suppliers/Vendors | |
| 10/29/2025 | 270.00 | | Clark County | Suppliers/Vendors | |
| 10/29/2025 | 232.50 | | Clark County | Suppliers/Vendors | |
| 10/24/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/24/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/24/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/24/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/24/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/27/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/28/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/29/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/29/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/31/2025 | 200.00 | | CNB Bank | Suppliers/Vendors | |
| 10/31/2025 | 45.00 | | CNB Bank | Suppliers/Vendors | |
| 10/31/2025 | 5.00 | | CNB Bank | Suppliers/Vendors | |
| 10/16/2025 | 28,265.39 | | Eric A Knudsen Trust | Suppliers/Vendors | |
| 10/29/2025 | 24,976.25 | | Kelly Spicers | Suppliers/Vendors | |
| 10/29/2025 | 1,814.09 | | Kodak | Suppliers/Vendors | |
| 10/29/2025 | 360.49 | | LA Grinding | Suppliers/Vendors | |
| 10/27/2025 | 25,819.00 | | NV Energy South | Suppliers/Vendors | |
| 10/29/2025 | 2,536.88 | | Platinum Forklift | Suppliers/Vendors | |
| 10/17/2025 | 6,138.43 | | Republic Services | Suppliers/Vendors | |
| 10/29/2025 | 641.22 | | Southwest Gas | Suppliers/Vendors | |
| 10/29/2025 | 133.21 | | Southwest Gas | Suppliers/Vendors | |

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2025 | 118.40 | | Southwest Gas | Suppliers/Vendors | |
| 10/27/2025 | 25,000.00 | | UCP Staffing | Suppliers/Vendors | |
| 10/28/2025 | 21,294.59 | | UCP Staffing | Suppliers/Vendors | |
| 10/24/2025 | 6,112.69 | | Worldwide Logistics | Suppliers/Vendors | |
| 8/8/2025 | | 15,000.00 | American Express | Suppliers/Vendors | JAL Equity |
| 8/29/2025 | | 33,575.20 | American Express | Suppliers/Vendors | JAL Equity |
| 8/29/2025 | | 30,000.00 | American Express | Suppliers/Vendors | JAL Equity |
| 10/16/2025 | 4,765.45 | | Ambrose Solutions | Suppliers/Vendors | |
| 10/01/2025 | 2.49 | | AppFolio, Inc. | Suppliers/Vendors | |
| 10/14/2025 | 636.54 | | BCC Software | Suppliers/Vendors | |
| 10/16/2025 | 2,477.30 | | BCC Software | Suppliers/Vendors | |
| 10/01/2025 | 9,713.88 | | CDW Direct | Suppliers/Vendors | |
| 09/25/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/29/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/29/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/30/2025 | 45.00 | | CNB Bank | Suppliers/Vendors | |
| 09/30/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/30/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/30/2025 | 5.00 | | CNB Bank | Suppliers/Vendors | |
| 10/01/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/01/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/08/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/10/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/14/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/15/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/15/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/15/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/16/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/24/2025 | 7,999.46 | | Cox Communications | Suppliers/Vendors | |
| 09/24/2025 | 1,765.00 | | Cox Communications | Suppliers/Vendors | |
| 10/02/2025 | 814.00 | | Eco Electric | Suppliers/Vendors | |
| 10/01/2025 | 3,452.26 | | Express Die Supply | Suppliers/Vendors | |
| 10/01/2025 | 162,639.95 | | Gatski Commercial | Suppliers/Vendors | |
| 09/30/2025 | 69,696.00 | | Indigo America Inc. | Suppliers/Vendors | |
| 10/15/2025 | 582.36 | | Justin Pierce | Suppliers/Vendors | |
| 09/30/2025 | 64,797.42 | | Kelly Spicers | Suppliers/Vendors | |
| 10/15/2025 | 495.00 | | LA Grinding | Suppliers/Vendors | |
| 10/01/2025 | 2,594.87 | | LA Gringing | Suppliers/Vendors | |
| 09/30/2025 | 5,342.15 | | Las Vegas Valley Water District | Suppliers/Vendors | |
| 10/15/2025 | 1,622.84 | | Morgan Fleming | Suppliers/Vendors | |
| 10/01/2025 | 940.00 | | Novatech Pkg | Suppliers/Vendors | |
| 09/25/2025 | 28,005.41 | | NV Energy South | Suppliers/Vendors | |
| 09/25/2025 | 12,189.41 | | NV Energy South | Suppliers/Vendors | |
| 09/25/2025 | 1,284.51 | | NV Energy South | Suppliers/Vendors | |
| 09/25/2025 | 818.84 | | NV Energy South | Suppliers/Vendors | |
| 09/25/2025 | 752.02 | | NV Energy South | Suppliers/Vendors | |

| | | | |
|---|---|---|---|
| 09/25/2025 | 716.24 | NV Energy South | Suppliers/Vendors |
| 09/25/2025 | 684.07 | NV Energy South | Suppliers/Vendors |
| 09/25/2025 | 655.52 | NV Energy South | Suppliers/Vendors |
| 09/29/2025 | 12,050.54 | Republic Services | Suppliers/Vendors |
| 10/15/2025 | 6,138.43 | Republic Services | Suppliers/Vendors |
| 09/30/2025 | 5,349.93 | Suburban Propane | Suppliers/Vendors |
| 10/01/2025 | 500.00 | Truly Nolen | Suppliers/Vendors |
| 10/01/2025 | 24,310.06 | UCP Staffing | Suppliers/Vendors |
| 09/29/2025 | 15,000.00 | US Postal Service | Suppliers/Vendors |
| 10/10/2025 | 5,205.79 | US Postal Service | Suppliers/Vendors |
| 10/15/2025 | 7,000.00 | US Postal Service | Suppliers/Vendors |
| 09/16/2025 | 2,540.85 | ALG Direct | Suppliers/Vendors |
| 09/17/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 09/17/2025 | 18,359.71 | Kodak | Suppliers/Vendors |
| 09/19/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 09/19/2025 | 7,428.37 | Kodak | Suppliers/Vendors |
| 09/18/2025 | 2,326.75 | Mericle Mechanical | Suppliers/Vendors |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| LAS VEGAS COLOR GRAPHICS, INC. *et al.*, | Case No. 25-16697-NMC |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES TO THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Las Vegas Color Graphics, Inc. and ColorArt, LLC (each, a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") have filed their respective Schedules of Assets and Liabilities (the "<u>Schedules</u>") and Statements of Financial Affairs (the "<u>Statements</u>," and together with the Schedules, the "<u>Schedules and Statements</u>") in the above captioned chapter 11 cases contemporaneously herewith. These Global Notes to the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "<u>Global Notes</u>") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements of Financial Affairs. The Global Notes should be referred to and reviewed in connection with the Schedules and Statements.[1]

**"As of" Information Date**. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these notes is provided as of November 5, 2025 (the "<u>Petition Date</u>") or as close thereto as reasonably practicable under the circumstances.

**Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

    a. **<u>Valuation</u>**. Except as otherwise indicated, asset values represent net book value, not market value. Obtaining current market values would be cost-prohibitive and unduly burdensome.

    b. **<u>Cash Management</u>**. Debtors use a centralized approach to cash management and financing of its operations, including through the Shared Services Agreement, between JAL Equity Corp. ("<u>JAL</u>"), Debtors, and other affiliated entities, dated January 1, 2024 (the "<u>Shared Services Agreement</u>"). Pursuant to the cash management arrangement, amounts are swept between accounts as necessary and payments are made by or on

---

[1] These notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

behalf of Debtors by other entities, or vice versa, with all amounts being paid to, by, for, from, or on behalf of, Debtors reflected on a ledger.

c. **Payables, Credits, and Adjustments**. Claims of creditors are listed in the amounts recorded on the Debtors' books and records, based on invoices received and other relevant documentation. These amounts may not reflect certain credits, setoffs, allowances, or other adjustments due from such creditors. Certain creditors are listed with a $0.00 balance, because they are identified as having been a creditor of Debtors at some point, though no current balance is reflected.  In an abundance of caution, they are being listed so that notice is provided.

d. **Executory Contracts and Unexpired Leases**. Executory contracts and unexpired leases have been set forth on Schedule G but are incorporated into Schedule A/B as applicable. The Schedules and Statements do not reflect any claims or estimates for contract rejection damages.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired).

e. **Causes of Action**. Despite efforts to identify all known assets, the Debtors may not have listed all their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law it may have, and neither these notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

f. **Insiders**. The listing of a party as an insider or affiliate for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect

to the individuals whom the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," the response is not intended to reflect upon the materiality of the amount, but that Debtors have not been able to determine the necessary about to include.

**Methodology and Limitations.** The Debtors have made reasonable efforts to ensure the accuracy of the Schedules and Statements, however, inadvertent errors, omissions, or inaccuracies may exist and will be correct or addressed through supplements and amendments, as necessary.

**Reservation of Rights**. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim description or designation; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including without limitation issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by the Bankruptcy Code or otherwise ordered by the Court.