**Fill in this information to identify the case:**

Debtor name    **ColorArt, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **25-16701**

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2026**        X **/s/ Eran Salu**
                                    Signature of individual signing on behalf of debtor

                                    **Eran Salu**
                                    Printed name

                                    **Authorized Representative**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **ColorArt, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **25-16701**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $1,687.07 | $1,687.07 |

| | |
|---|---|
| **Adam Vrouvas**<br>**30 Cedar Hill Estates**<br>**Cedar Hill, MO 63016** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $2,457.28 | $2,457.28 |

| | |
|---|---|
| **Angie Meyer**<br>**97 Hickory Circle**<br>**Union, MO 63084** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

50329

Debtor  **ColorArt, LLC**
_____
Name

Case number (if known)  **25-16701**
_____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,094.84 | $1,094.84 |

**Arkansas Dept. of Fin & Admin**
**Sales & Use Tax Section**
**PO Box 3566**
**Little Rock, AR 72203**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,151.79 | $2,151.79 |

**Brandi Hinsen**
**200 Sunset View Dr. Apt. D**
**Fenton, MO 63026**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,959.60 | $1,959.60 |

**Brian Tidwell**
**3832 Randy Ave**
**Catawissa, MO 63015**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,683.76 | $1,683.76 |

**Christopher Castello**
**4037 Tower View Dr**
**Pacific, MO 63069**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **ColorArt, LLC**                                   Case number (if known)   **25-16701**

Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,305.34 | $2,305.34 |
|---|---|---|---|---|

**Dana Perrigo**
**1006 Valley Rd**
**De Soto, MO 63020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,050.04 | $2,050.04 |
|---|---|---|---|---|

**Daniel Canady**
**4525 Eli Dr unit D**
**Saint Louis, MO 63128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,106.24 | $0.00 |
|---|---|---|---|---|

**David Eccardt**
**P. O. Box 115**
**Eureka, MO 63025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,193.79 | $3,193.79 |
|---|---|---|---|---|

**David Ruether**
**685 Country Club Hills Rd.**
**Washington, MO 63090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **ColorArt, LLC**
_____
Name

Case number (if known)  **25-16701**

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,378.74 | $4,378.74 |

**David Stuckey**
**605 Monroe Street #10**
**Pacific, MO 63069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,120.79 | $3,120.79 |

**Dora Voyles**
**3307 Linda**
**Amarillo, TX 79109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,195.29 | $3,195.29 |

**Eric Cotton**
**57 Concord Drive**
**Fairview Heights, IL 62208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,658.00 | $3,658.00 |

**Fred Villmer**
**77 Hickory Circle**
**Union, MO 63084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **ColorArt, LLC**                                             Case number (if known) **25-16701**
_____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,355.85 | $2,355.85 |

**2.15** Priority creditor's name and mailing address

**Gary Slaughter**
**12710 Parktrail Lane**
**Florissant, MO 63033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,355.85    $2,355.85

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Gregory Vrouvas**
**88 Grand Central Drive**
**Union, MO 63084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$129.81    $129.81

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**Hiram Hines**
**2537 Wellesley Drive**
**High Ridge, MO 63049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,347.50    $2,347.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

**Illinois Department of Revenue**
**Sales Tax**
**PO Box 3566, Little Rock**
**Little Rock, AR 72203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$198.67    $198.67

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **ColorArt, LLC**       Case number (if known)    **25-16701**
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,656.74 | $1,656.74 |

**Jonathan Stock**
**62 Cedar Drive**
**Pacific, MO 63069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,442.88 | $1,442.88 |

**Jordan Barcus**
**1919 S Grand Blvd**
**Saint Louis, MO 63104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,136.69 | $3,136.69 |

**Karen Hosna**
**9625 Clyde Avenue**
**Saint Louis, MO 63125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,434.87 | $1,434.87 |

**Katie Meadors**
**2615 Lisa Lane Apt. 106**
**Pacific, MO 63069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **ColorArt, LLC**                                                          Case number (if known)    **25-16701**

        Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,286.10 | $2,286.10 |
|---|---|---|---|---|

**2.23** Priority creditor's name and mailing address

**Keith Johnson**
**2063 Del Rio Drive**
**Arnold, MO 63010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,286.10     $2,286.10

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address

**Kelly Reeder**
**1642 Sherwood Forest Drive**
**Florissant, MO 63031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,039.45     $3,039.45

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address

**Kevin Schmelzle**
**31 Winter Pond Dr**
**Fenton, MO 63026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,493.85     $3,493.85

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address

**Kimberly Hoehne**
**2596 Hwy 100**
**Gray Summit, MO 63039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,554.18     $1,554.18

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **ColorArt, LLC**                                                    Case number (if known)    **25-16701**
　　　　　 Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,601.88 | $2,601.88 |
|---|---|---|---|---|

**Kimberly Lagermann**
**3310 Amber Heights Lane**
**Imperial, MO 63052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,441.95 | $2,441.95 |
|---|---|---|---|---|

**Kristin Drake**
**10269 Fairway Drive**
**Foristell, MO 63348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,987.88 | $2,987.88 |
|---|---|---|---|---|

**Lori Contarini**
**118 Cedar Ridge Dr**
**Pacific, MO 63069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,574.72 | $1,574.72 |
|---|---|---|---|---|

**Lyn Perrigo**
**1006 Valley Rd.**
**De Soto, MO 63020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **ColorArt, LLC**                                    Case number (if known)    **25-16701**
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,463.50 | $1,463.50 |
|---|---|---|---|---|

**Mark Kuenker**
**832 Sundance Ct.**
**Fenton, MO 63026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | | $3,389.45 | $3,389.45 |
|---|---|---|---|---|

**Michael Fiedler**
**2761 State Highway P**
**Festus, MO 63028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | | $3,103.46 | $3,103.46 |
|---|---|---|---|---|

**Michael Robinson**
**4342 Northwest Point Dr.**
**House Springs, MO 63051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | | $3,071.11 | $3,071.11 |
|---|---|---|---|---|

**Mildred Hines**
**2537 Wellesley Drive**
**High Ridge, MO 63049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,455,307.31** | **$2,455,307.31** |
|---|---|---|---|---|

**Missouri Dept of Revenue Sales & Use Tax**
**PO Box 840**
**Jefferson City, MO 65105-0840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$454.42** | **$454.42** |
|---|---|---|---|---|

**Nacole Koch**
**101 Sunset Lane #10**
**New Haven, MO 63068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,618.92** | **$2,618.92** |
|---|---|---|---|---|

**Neal McRaven**
**6650 South Drive**
**House Springs, MO 63051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,220.79** | **$3,116.30** |
|---|---|---|---|---|

**Ohio Department of Taxation**
**P.O. Box 182131**
**Columbus, OH 43218-2131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **ColorArt, LLC**
     Name

Case number (if known)    **25-16701**

| | | |
|---|---|---|
| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Ronald Hoskins**
**1221 S Bonham**
**Amarillo, TX 79102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,358.16    $3,358.16

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address |

**Ronnie Bishop**
**2 Edgewood Ln**
**Canyon, TX 79015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,569.18    $2,569.18

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address |

**Ryan McRaven**
**6650 South Drive**
**House Springs, MO 63051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,106.59    $3,106.59

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address |

**Sandra Robertson**
**3217 Pearl Court**
**High Ridge, MO 63049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,880.77    $1,880.77

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **ColorArt, LLC**                                            Case number (if known)    **25-16701**
_____
Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,573.15 | $3,573.15 |

Priority creditor's name and mailing address

**Scott Adams**
**6463 Glenstone**
**Imperial, MO 63052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,573.15        $3,573.15

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.44    Priority creditor's name and mailing address

**Spencer Torwegge**
**2615 Lisa Lane, Apt 106**
**Pacific, MO 63069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,628.64        $2,628.64

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.45    Priority creditor's name and mailing address

**Stacy Martin**
**2333 Highway K**
**Saint Clair, MO 63077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,013.05        $3,013.05

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.46    Priority creditor's name and mailing address

**Texas Comptroller of Public**
**Accounts**
**P.O. Box 13528**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$45,414.92        $45,414.92

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **ColorArt, LLC**                                                              Case number (if known)    **25-16701**
      Name

| | | |
|---|---|---|
| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Thomas Franklin** **2032 Mel Drive** **Arnold, MO 63010** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

    $3,418.05    $3,418.05

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)      ■ No    ☐ Yes

---

| | | |
|---|---|---|
| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Tiffany Rowland** **200 Timber Trail** **Anna, OH 45302** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

    $3,321.75    $3,321.75

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)      ■ No    ☐ Yes

---

| | | |
|---|---|---|
| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Timothy Brown** **102 Davis Drive** **West Columbia, SC 29172** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

    $3,203.14    $3,203.14

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)      ■ No    ☐ Yes

---

| | | |
|---|---|---|
| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Trina Penny** **6747 Eagles View Drive** **Pacific, MO 63069** | ☐ Contingent ☐ Unliquidated ☐ Disputed |

    $366.98    $366.98

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)      ■ No    ☐ Yes

Debtor **ColorArt, LLC**
_____
Name

Case number (if known) **25-16701**
_____

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,673.97 | $1,673.97 |

**Wade Baxter**
**7208 Ridge Drive**
**Barnhart, MO 63012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,004.08 | $3,004.08 |

**William Loving**
**7026 Tuckahoe Court**
**Barnhart, MO 63012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.00 |

**1st Source Digital**
**4390 E FM 1518**
**Selma, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,726,675.25 |

**4 Over**
**16111 NW 13th Ave**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4268**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,186.50 |

**A Kick in the Grass**
**66 Oak Hill Dr**
**Ellisville, MO 63021-4706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **1/15/2025**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.21 |
|---|---|---|---|

**ABC Blueprints**
906 S Tyler St
Amarillo, TX 79101-3430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,124,674.00 |
|---|---|---|---|

**Accent Group Solutions**
1154 Reco Ave
St Louis, MO 63126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.13 |
|---|---|---|---|

**Ace Fire Protection**
706 Navco Dr
Lafayette, IN 47909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,698.43 |
|---|---|---|---|

**Actega Falserth America Inc**
26537 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  2024

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.80 |
|---|---|---|---|

**Aculaser Toner Supply**
555 McFarland 400 Drive
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adhesive Compounders**
326 SW 5th St
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Admart Products**
380 Thor Pl
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **ColorArt, LLC**                                    Case number (if known)    **25-16701**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,027.36 |
|------|------|------|------|

**ADP Screening & Selection Services-CA**
**Po Box 645177**
**Cincinnati, OH 45264-5177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2872**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------|------|------|

**AEC**
**3003 Stanton St**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,766.49 |
|------|------|------|------|

**AGFA- Cockrell**
**580 Gotham Parkway**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------|------|------|

**AIC**
**2600 Via Fortuna, Suite 260**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------|------|------|

**Air-Mach Inc.**
**2345 Delaware Ave**
**Des Moines, IA 50317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,859.56 |
|------|------|------|------|

**Airquip/Fluid-Aire Dynamics**
**5522 Rittiman Rd**
**San Antonio, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $698.29 |
|------|------|------|------|

**Alamo City Plumbing Heating & A/C**
**7322 Moss Brook Dr**
**San Antonio, TX 78255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **3/12/2024, 7/1/2024, 9/1/2024**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALG Worldwide Logistics / Print & Mailin**
**Po Box 66244**
**Chicago, IL 60666-0244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $299.60 |
|---|---|---|---|

**Allen Lawn Care LLC**
**3618 Vandalia Road**
**Des Moines, IA 50317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2024

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen's Tri State Mechanical**
**404 S Hayden**
**Amarillo, TX 79101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,308.74 |
|---|---|---|---|

**Allstate Security Industries**
**3433 Plains Blvd**
**Amarillo, TX 79102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,406.80 |
|---|---|---|---|

**AMA TechTel**
**PO Box 1981**
**Amarillo, TX 79105-1981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amarillo Advertising Federation (AAF)**
**5501 I-40 Frontage Rd**
**Amarillo, TX 79106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $973.17 |
|---|---|---|---|

**Amarillo Air Conditioning LLC**
**PO Box 3370**
**Amarillo, TX 79116-3370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ColorArt, LLC**
_____
Name

Case number (if known)  **25-16701**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Amarillo Chamber of Commerce**
**1000 S Polk Po Box 9480**
**Amarillo, TX 79105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/28/2025**

Last 4 digits of account number  **1406**

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Amarillo Little Theater**
**2019 Civic Cir**
**Amarillo, TX 79109-1813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Amazon Business**
**440 Terry Ave N**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,345.66** |
|---|---|---|---|

**Amazon Web Svcs Online**
**410 Terry Avenue North**
**Seattle, WA 98109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  **4441**

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Amazon.com**
**444 Terry Ave N**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,428.26** |
|---|---|---|---|

**Ameren Missouri**
**Po Box 88068**
**Chicago, IL 60680-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  **Utilities/Waste**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Americall**
**447 N Walnut St**
**Springfield, IL IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **ColorArt, LLC**                                                    Case number (if known)   **25-16701**

| | Name | | |
|---|---|---|---|

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,260.98**

**American Dream Flag & Banner MFG**
**4200 East Hwy 199**
**Springtown, TX 76082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$477,925.19**

**American Express Centurion Bank, Inc.**
**c/o C T Corporation**
**5661 Telegraph Road Ste 4B**
**Saint Louis, MO 63129-4275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**American Pen**
**4410 12th Ave**
**Brooklyn, NY 35592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,786.94**

**American Water Treatment Inc**
**6324 Bartmer Industrial Dr.**
**St. Louis, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2024, 11/1/2025

Basis for the claim:  Utilities/Water

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$980.00**

**AMS Company / Automation Group**
**1100 E Jackson St**
**Macomb, IL 61455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/2024

Basis for the claim: _

Last 4 digits of account number  5233

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AMSIVE SC LLC (Formerly Sourclink)**
**1224 Poinsett Hwy**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Analyroi, LLC dba NMBL Strategies**
**Receiver Attn: Eric Moraczewski**
**8419 Manchester Rd Suite 101**
**Saint Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.38**

**Anchor Software LLC**
**400 Chisholm Pl #300**
**Plano, TX 75075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$986.04**

**Anguil Environmental**
**8855 N. 55Th St**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,239.36**

**Anja Realty**
**21527 Oakbridge Park Ln**
**Katy, TX 77450-5106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Announcement Converters**
**13200 NW 45th Ave**
**Opa-locka, Fl 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,597.10**

**Applied Adhesives - Formerly In Line Fin**
**Po Box 778967**
**Chicago, IL 60677-8967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$741.89**

**Applied Industrial Technologies, Inc.**
**1 Applied Plz**
**Cleveland, OH 44115-2511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00**

**APQC - American Productivity & Quality C**
**123 N Post Oak Ln**
**Houston, TX 77024-7715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **ColorArt, LLC**
_____        Case number (if known)    25-16701
      Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aptum TechFalselogies**
**2300 Nw 89Th Place**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,163.28 |
|---|---|---|---|

**Aramark Uniform Services - STL**
**Po Box 731676**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arden Label, Inc.**
**1175 Rifle Range Road**
**Wetumpka, AL 36093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,583.26 |
|---|---|---|---|

**Ariba, Inc.**
**3420 Hillvieew Ave Building 3**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,696.50 |
|---|---|---|---|

**Armanino**
**PO Box 206700**
**Dallas, TX 75320-6700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2140**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arnies Ace Hardware**
**56 S Broadway**
**Peru, IN 46970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,032.65 |
|---|---|---|---|

**ASCO**
**2318 Mill Road Suite 800**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **ColorArt, LLC**                                          Case number (if known)    25-16701
      Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $830.73 |
|---|---|---|---|

**Aspen Waste Systems - ASG**
Po Box 3050
Des Moines, IA 50316

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,116.87 |
|---|---|---|---|

**AT&T**
PO Box 5019
Carol Stream, IL 60197-5019

    Date(s) debt was incurred _

    Last 4 digits of account number  **3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Telecom_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Atlas Graphics, Inc.**
567 Main Street
Westbury, NY 11590

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.57 |
|---|---|---|---|

**Atmos Energy**
1700 Gentry Dr
Amarillo, TX 79106

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Avery Dennison-CA**
Po Box 96989
Chicago, IL 60693

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,688.00 |
|---|---|---|---|

**BADE ROOFING**
3806 Lemay Ferry Rd
St. Louis, MO 63125-4534

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bag Makers**
6606 South Union Road
Union, IL 60180

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|--------|-------------------|------------------------|--------------|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|------|------|------|
| | **Baker Group - ASG** | ☐ Contingent | |
| | **1600 Se Corporate Woods Drive** | ☐ Unliquidated | |
| | **Ankeny, IA 50021-7501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,510.09 |
|------|------|------|------|
| | **BALDWIN AMERICAS CORPORATION** | ☐ Contingent | |
| | **10820 Strang Line Rd** | ☐ Unliquidated | |
| | **Lenexa, KS 66215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Equipment Maintenance_ | |
| | Last 4 digits of account number  2987 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|------|------|------|
| | **Baldwin Supply Company** | ☐ Contingent | |
| | **5261 Ashton Ave NE** | ☐ Unliquidated | |
| | **Minneapolis, MN 55421-1000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8.10 |
|------|------|------|------|
| | **BallPro** | ☐ Contingent | |
| | **651 Douglas Dr N Ste 300 Suite 300** | ☐ Unliquidated | |
| | **Minneapolis, MN 55422-2918** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|------|------|------|
| | **Barton Solvents Inc.** | ☐ Contingent | |
| | **1920 NE Broadway Ave** | ☐ Unliquidated | |
| | **Des Moines, IA 50306** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $850.00 |
|------|------|------|------|
| | **Bee-Line Delivery** | ☐ Contingent | |
| | **8805 Fairbanks N Houston Rd** | ☐ Unliquidated | |
| | **Houston, TX 77064** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|------|------|------|------|
| | **Beetz Plumbing** | ☐ Contingent | |
| | **9511 Watson Industrial Park** | ☐ Unliquidated | |
| | **St. Louis, MO 63126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **ColorArt, LLC**

Name

Case number (if known)   **25-16701**

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,633.02** |
|---|---|---|---|

**BELL & HOWELL**
**Po Box 743679**
**Atlanta, GA 30374-3679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benco Industrial Equipment**
**1140 Mid Rivers Industrial Dr**
**St Peters, MO 63376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Best Promotions USA**
**1730 W.  Bruton Road**
**Balch Springs, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,865.90** |
|---|---|---|---|

**Blanks/Usa**
**7700 68Th Avenue**
**Minneapolis, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,448.81** |
|---|---|---|---|

**Boxes, Inc.**
**111 Boulder Industrial Dr.**
**Bridgeton, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318,672.52** |
|---|---|---|---|

**Bradley Graphic Solutions**
**941 Mill Rd**
**Bensalem, PA 19020-6342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/22/2024, 9/7/2024

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brinks Inc**
**PO Box 619031**
**Dallas, TX 75261-9031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ColorArt, LLC**
_____
          Name                                    Case number (if known)   **25-16701**

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------|--------|------|

**Brown & Brown/Bunkie Insurance**
**7984 Cooper Creek Blvd #101**
**University Park, FL 34201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,944.32 |

**Burdiss Lettershop Services Co**
**9940 Widmer**
**Lenexa, KS 66215-1242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261,609.78 |

**Butler Merchandising Solutions**
**2233 Delmar Blvd**
**St. Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**C & W Graphic Finishing**
**6300 Brookville Rd - Bldg B**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189,375.72 |

**Canon Fin. - Contract 765914**
**158 Gaither Drive**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carlson Craft**
**1750 Tower Blvd**
**Mankato, MN 56003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,697.56 |

**Carrier Corporation**
**13995 Pasteur Boulevard**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ColorArt, LLC**
_____    Case number (if known)    25-16701
Name

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**3.81**

Nonpriority creditor's name and mailing address
**Case Paper Co Inc.**
**900 W. 45Th St. Chicago IL 60609**
**Chicago, IL 60609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82**

Nonpriority creditor's name and mailing address
**Cee Kay Supply Inc.**
**5835 Manchester Ave.**
**St. Louis, MO 63110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83**

Nonpriority creditor's name and mailing address
**Centene Corporation**
**Centene Plaza**
**7700 Forsyth Blvd.**
**Saint Louis, MO 63105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,041,223.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84**

Nonpriority creditor's name and mailing address
**CenterPoint Energy - Lafayette**
**Po Box 1423**
**Houston, TX 77251-1423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85**

Nonpriority creditor's name and mailing address
**Central Asphalt Paving**
**540 NE 46th Pl**
**Des Moines, IA 50313-2411**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$7,538.70**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86**

Nonpriority creditor's name and mailing address
**Central Iowa Mechanical**
**1720 Fuller Road**
**West Des Moines, IA 50265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$14,163.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ASG**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87**

Nonpriority creditor's name and mailing address
**Central States Wire Products**
**871 Edgerton**
**St Paul, MN 55130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ColorArt, LLC**                                    Case number (if known)    **25-16701**

Name

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.89 |
|------|---|---|---|

**Century Link (ASG)**
**Po Box 2956**
**Phoenix, AZ 85062-2956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Cenveo - Chicago**
**3001 N Rockwell St**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,681.80 |
|------|---|---|---|

**CH Robinson**
**20860 N Tatum Blvd Ste 350 STE 350**
**Phoenix, AZ 85050-4285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,361.75 |
|------|---|---|---|

**CHLI Publish Inc Wework National Buildin**
**235 S Clark Street**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Cintas Corp. - STL**
**12407 Lackland Rd**
**St. Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,013.60 |
|------|---|---|---|

**Cintas Fire Protection**
**Attn: Accounts Receivable**
**Po Box 636525**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7922**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**City Laundering Co.**
**PO Box 622**
**Oelwein, IA 50662-0622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ColorArt, LLC**
_____
Name

Case number (if known)    25-16701
_____

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.64 |
|---|---|---|---|

**City of Amarillo**
623 S Johnson St
Amarillo, TX 79101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Antonio**
100 Military Plaza
San Antonio, TX 78205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Water Light and Power**
300 S 7th St
Springfield, IL 62701-1613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,175.60 |
|---|---|---|---|

**Clickup**
350 Tenth Ave, Suite 500
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ColorSciences LLC - STL**
PO Box 170369
Austin, TX 78717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.97 |
|---|---|---|---|

**Comcast Business - DP**
9602 S 300 W. STE B
Sandy, UT 84070-3302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast Business-FWP**
Po Box 70219
Philadelphia, PA 19176-0219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **ColorArt, LLC**                                    Case number (if known)    **25-16701**
_____
Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,395.18 |
|---|---|---|---|

**Concentra -  STL**
**PO Box 369**
**Lombard, IL 60148-0369**

Date(s) debt was incurred _

Last 4 digits of account number  **4491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Control Case**
**Fifty West Corporate Center**
**3975 Fair Ridge Drive, Suite T25S**
**Fairfax, VA 22033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Service Company CSC**
**251 Little Falls Dr**
**Wilmington, DE 19808-1674**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,786.97 |
|---|---|---|---|

**CPS ENERGY**
**Po Box 2678**
**San Antonio, TX 8289-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CPSCARDS**
**80 Internationale Blvd Unit C**
**Glendale Heights, IL 60139-2000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,462.81 |
|---|---|---|---|

**Crawford Trucking Inc. - ASG**
**5201 Park Avenue**
**Des Moines, IN 50321**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cross TechFalselogy dba Cross Precision**
**P.O. Box 746284**
**Atlanta, GA 30374-6284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ColorArt, LLC**        Case number (if known)    **25-16701**
Name

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,844.15 |
|---|---|---|---|

**CRST Specialized Solutions, Inc.**
PO Box 71279
Chicago, IL 60694-1279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,069.20 |
|---|---|---|---|

**Culligan Water Conditioning Co.**
1034 Austin Street
San Antonio, TX 78208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,546.15 |
|---|---|---|---|

**Custom Midwest Corp.**
4501 Gustine Ave
St. Louis, MO 63116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CyberFOX LLC**
4925 Independence Pkwy Suite 400
Tampa, FL 33634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.08 |
|---|---|---|---|

**D & D Trash Service**
Po Box 877
Crawfordsville, IN 47933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,440.83 |
|---|---|---|---|

**D & J PRINTING INC -  Sheridan**
3323 Oak Street
Brainerd, MN 56401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dallas Bindery**
7600 Sovereign Row
Dallas, TX 75247-4816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ColorArt, LLC**                                              Case number (if known)    25-16701
_____
Name

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.96 |
|---|---|---|---|

**Dallas Knife Works**
**3605 Asset St**
**Garland, TX 75042-7640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan's Overhead Doors**
**1810 Dans Drive Nw Falserth**
**Liberty, IA 52317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DENNY STEELMAN**
**20 Sooy Ln**
**Absecon, NJ 08201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,709.43 |
|---|---|---|---|

**Des Moines Water Works**
**2201 George Flagg Pkwy**
**Des Moines, IA 50321-1190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.20 |
|---|---|---|---|

**DFW Envelopes**
**2420 Innovation Dr**
**DFW Airport, TX 72561-4601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.20 |
|---|---|---|---|

**DFW International Airport**
**2400 Aviation Dr**
**DFW Airport, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Digital 66**
**41100 Plymouth Rd**
**Plymouth, MI 48170-3799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ColorArt, LLC**
     Name

Case number (if known)    25-16701

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.16 |
|---|---|---|---|

**Direct Logistics Inc.**
8200 Springwood Dr Ste.250
Irving, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diversified Printing Services**
1927 W Commerce St
San Antonio, TX 78207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,478.62 |
|---|---|---|---|

**DMC Urethane**
8041 Ranchers Road NE
Minneapolis, MN 55432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,793.60 |
|---|---|---|---|

**Docusign**
221 Main Street, Suite 1550
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duke Energy**
Po Box 1326
Charlotte, NC 28201-1326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  cial

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,565.50 |
|---|---|---|---|

**Dun & Bradstreet-CA**
5335 Gate Parkway
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DURR SYSTEMS INC**
26801 Northwestern Hwy
Southfield, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ColorArt, LLC**

Case number (if known) **25-16701**

Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DWC - The 401 (K) Experts**<br>**PO Box 241267**<br>**St. Paul, MN 55124-1267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.20 |
|---|---|---|---|
| | **Dynam Communications**<br>**Po Box 701321**<br>**Dallas, TX 75370** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,563.44 |
|---|---|---|---|
| | **Eastman Kodak Company**<br>**343 State Street**<br>**Rochester, NY 14650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.73 |
|---|---|---|---|
| | **Echo Electric Supply**<br>**Po Box 336**<br>**Council Bluffs, IA 51502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,397.56 |
|---|---|---|---|
| | **EDF Energy Services**<br>**540 W Madison 4th Floor**<br>**Chicago, IL 60661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **eLocal**<br>**1010 Spring Mill Ave, Suite 200**<br>**Conshohocken, PA 19428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,646.30 |
|---|---|---|---|
| | **Elwood Staffing Service, Inc.**<br>**PO Box 1024**<br>**Columbus, IN 47202-1024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **ColorArt, LLC**

Name

Case number (if known)  **25-16701**

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Empire Graphics LLC**<br>**17450 Indian Head Hwy**<br>**Accokeek, MD 20607-2505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Engineered Thermal Insul**<br>**76 Jefferson Ave**<br>**Des Moines, IA 50314-3625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,030.54 |
|---|---|---|---|
| | **Ennis Inc.-CA**<br>**Po Box 841741**<br>**Dallas, TX 75284-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **EnviroServe**<br>**Po Box 208238**<br>**Dallas, TX 75320-8238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ESSEF Distributors / Lincoln Line**<br>**264 Herricks Rd**<br>**Mineola, NY 11501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,940.89 |
|---|---|---|---|
| | **FASTSIGNS - RJW Graphics**<br>**3420 Grand Avenue**<br>**Waukegan, IL 60085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $436.28 |
|---|---|---|---|
| | **Federal Express Canada Ltd**<br>**P.O. Box 4626, Station A**<br>**Toronto ON M5W 5B**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ColorArt, LLC** | | Case number (if known) | 25-16701 |
|---|---|---|---|---|
| | Name | | | |

---

**3.144**

**Nonpriority creditor's name and mailing address**
**FedEx-CA**
**Po Box 94515**
**Palatine, IL 60094-4515**

Date(s) debt was incurred _

Last 4 digits of account number  **0295**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Freight/Postage/Shipping**

Is the claim subject to offset? ■ No ☐ Yes

**$334,634.07**

---

**3.145**

**Nonpriority creditor's name and mailing address**
**Ferrellgas**
**Po Box 173940**
**Denver, CO 80217-3940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$972.57**

---

**3.146**

**Nonpriority creditor's name and mailing address**
**Finishbinders**
**1900 Delaware Ave**
**Des Moines, IA 50317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,801.70**

---

**3.147**

**Nonpriority creditor's name and mailing address**
**Finzer Roller Inc**
**880 West Thorndale Ave**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148**

**Nonpriority creditor's name and mailing address**
**First Financial Equipment Leasing**
**750 The City Dr S, Suite 300**
**Orange, CA 92868-6905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,075.16**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Five Day Business Forms**
**Po Box 6269**
**Anaheim, CA 92816-0269**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150**

**Nonpriority creditor's name and mailing address**
**Funeral Register Books**
**499 Rachel Road**
**Girard, IL 62640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ColorArt, LLC**
_____
       Name

Case number (if known)    **25-16701**

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GADGE USA**
**3000 Marcus Ave Suite 3E03**
**North New Hyde Park, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,274.19 |
|---|---|---|---|

**Genesis Logistics**
**Attn: Officer or Managing Member**
**800 Thomas Drive, Unit A**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Georg Jensen**
**147 W 26th Street, 6th Floor**
**New York, NY 10001-6817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,700.38 |
|---|---|---|---|

**George W. Dauberman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gilmore Service**
**2043 E 72nd Pl**
**Chicago, IL 60649-6079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,737.01 |
|---|---|---|---|

**Ginger Ross Pridgen**
  **5101 S. Zarzamore Street San Antonio TX**
**San Antonio, TX 78211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glantz**
**2501 Constant Comment Place**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ColorArt, LLC**

Name

Case number (if known)   **25-16701**

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.84 |
|---|---|---|---|

**Goodwill - Logansport**
Po Box 3846
South Bend, IN 46619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GoPermit**
9061 Woodlark Terrace
Boynton Beach, FL 33472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,681.88 |
|---|---|---|---|

**Graphic Communications National Pension**
PO Box 674401
Detroit, MI 48267-4401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grayhair Software LLC**
1 Se Ocean Blvd.
Stuart, FL 34994

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ground Effects of Springfield, LLC**
3920 Brandonshire
Springfield, Il 62704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Halawa View Apartments**
2906 SE Loop 820m Suite G
Fort Worth, TX 76140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.06 |
|---|---|---|---|

**Harris and Bruno**
8555 Washington Blvd
Roseville, CA 95678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ColorArt, LLC**
_____
Name

Case number (if known)    **25-16701**

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Harte Hanks**
**P.O. Box 679164**
**Dallas, TX 75267-9164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,830.10 |

**Health Equity**
**15 W Scenic Pointe Drive, Suite 100**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Benefits**

Last 4 digits of account number  **8869**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Heidelberg USA - Modern**
**Po Box 5160**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,422.01 |

**HEIDELBERG USA - SAT**
**P.O.Box 5160**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Herc-u-lift**
**Po Box 69**
**Maple Plain, MN 55359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,115.81 |

**HERITAGE ENVIRONMENTAL - STL**
**Po Box 933024**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,286.16 |

**Heritage-Crystal Clean, LLC**
**2000 Center Dr Ste C300**
**Hoffman Estates, IL 60192-5005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **ColorArt, LLC**
_____
        Name

Case number (if known)  **25-16701**

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,135.51 |
|---|---|---|---|

**Heubel Material Handling**
**6311 Ne Equitable Rd**
**Kansas City, MO 64120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**High Caliber - Logos**
**5501 I-40 Frontage Rd**
**St. Louis, MN 79106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hirsch Solutions Inc. - Logos-CA**
**Po Box 18004**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,373.26 |
|---|---|---|---|

**HP INC**
**10300 Energy Drive**
**Spring, TX 77389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HS Boyd Co Inc**
**6915 E 14Th St**
**Tulsa, OK 74112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,050.00 |
|---|---|---|---|

**Hughes Marino**
**1450 Front Street San Diego**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Id Line**
**7145 Boone Avenue North Suite 100**
**Brooklyn Park, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ColorArt, LLC**
_____
Name                                                        Case number (if known)    **25-16701**

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280.19** |

**Imperial Roller Company Inc.**
**1301 Charlestown Industrial Drive**
**St Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,388.80** |

**Indigo America- CA**
**1501 Page Mill Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**INFOSEAL**
**1825 Blue Hills Cir NE**
**Roanoke, VA 24012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270,304.43** |

**Instawork-CA**
**548 Market St. Pmb 63152**
**San Francisco, CA 94104-5401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Temp Agency**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Integrated - Web Finishing**
**175 Bodwell Street**
**Avon, MA 02322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**International Mail Service**
**Inc 3777 Sky King Road**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Interstate All Battery Center**
**1090 73rd Street**
**Windsor Heights, IA 50324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ColorArt, LLC** | | Case number (if known) | **25-16701** |
|--------|------------------|--|------------------------|--------------|
| | Name | | | |

| | | | |
|--|--|--|--|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,961.42** |
| | **INX International Ink Co - STL** | ☐ Contingent | |
| | **97141 Eagle Way** | ☐ Unliquidated | |
| | **Chicago, IL 60678-9710** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|--|--|--|--|
| | **Iowa Tax and Tags - Treasurer Polk Co** | ☐ Contingent | |
| | **111 Court Ave** | ☐ Unliquidated | |
| | **Des Moines, IA 50309** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,808.93** |
|--|--|--|--|
| | **Ironsides Technology, LLC** | ☐ Contingent | |
| | **238 Littleton Road Ste 201B** | ☐ Unliquidated | |
| | **Westford, MA 01886** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|--|--|--|--|
| | **J&J Delivery** | ☐ Contingent | |
| | **PO Box 65996** | ☐ Unliquidated | |
| | **West Des Moines, IA 50265-0996** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,259.85** |
|--|--|--|--|
| | **Jack's Electric** | ☐ Contingent | |
| | **656 Claregood Ln** | ☐ Unliquidated | |
| | **St. Louis, MO 63129-2739** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|--|--|--|--|
| | **Jacob Gomez Lawn Service** | ☐ Contingent | |
| | **PO Box 65996** | ☐ Unliquidated | |
| | **West Des Moines, IA 50265-0996** | ☐ Disputed | |
| | Date(s) debt was incurred  5/25/2025 | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,347.29** |
|--|--|--|--|
| | **JAG PROFESSIONAL SERVICES LLC** | ☐ Contingent | |
| | **639 Rhapsody Drive** | ☐ Unliquidated | |
| | **San Antonio, TX 07821** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$935,257.69**

**JAL Equity Corp.**
**3600 Torrey Pines Blvd.**
**Sarasota, FL 34238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,158.86**

**Jaytech**
**1290 Osborne Rd Ne Suite E**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,582.54**

**Joan Busick**
**1741 Fox Tree Lane**
**San Antonio, TX 78248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2025**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,935.58**

**John Henry Foster - ASG**
**3103 Mike Collins Dr**
**Saint Paul, MN 55121-2220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Henry Foster Company of St. Louis**
**4700 Le Bourget Drive**
**St. Louis, MO 63134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284,963.40**

**Johnson Controls Security Solutions**
**11364 Lackland Rd**
**St. Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Outsource Provider**

Last 4 digits of account number  **928**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jorson & Carlson-CA**
**Po Box 796**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,597.51 |
|---|---|---|---|

**Just Staffing**
**699 Walnut Street Suite 464**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.30 |
|---|---|---|---|

**Kamps Inc.**
**665 Seward Ave Nw, Suite 301**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KB Litho Supply Co.**
**1441 N Topping Ave.**
**PO Box 33473**
**Kansas City, MO 64120-1219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187,172.28 |
|---|---|---|---|

**Kempf Paper Corporation**
**3145 NE Columbia Ave**
**Minneapolis, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paper vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,208.69 |
|---|---|---|---|

**Kern Inc.**
**3940 Gantz Rd Suite A**
**Grove City, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment maintenance**

Last 4 digits of account number  **1219**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kinter**
**3333 N Oak Grove Ave**
**Waukegan, IL 60087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,645.00 |
|---|---|---|---|

**Knowbe4, Inc.**
**Po Box 734977**
**Dallas, TX 75373-4977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Services**

Last 4 digits of account number  **4857**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **ColorArt, LLC**
_____    Case number (if known)    **25-16701**
          Name

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$274,963.40** |
|---|---|---|---|

**KnowledgeWorks Global Ltd. | KGL**
**PO Box 74007142**
**Chicago, IL 60674-7142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5823**

Basis for the claim:  **Outsource Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kofile - Endurobinders**
**Po Box 676184**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Komori America Corporation-CA**
**5520 Meadowbrook Industrial Court**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Korrect Plumbing Heat & Air - Logos**
**7967 W 3rd Street**
**Dayton, OH 45417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Kress Properties**
**1500 Laplace Point Ct**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,005.79** |
|---|---|---|---|

**Kurent Safety**
**3650 E William St Road**
**Decatur, IL 62521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Lake Area Disposal Service Inc.**
**2106 E Cornell**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ColorArt, LLC**
_____
                Name

Case number (if known)    **25-16701**
_____

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LEVI, Ray & Shoup**
**2401 W Monroe St**
**Springfield IL 62704, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,749.26 |

**Liberty Capital Group C/O Insurance Cent**
**Po Box 3547**
**Bellevue, WA 98009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/1/2024

Basis for the claim:  Insurance

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,060.77 |

**Lindenmeyr Munroeo**
**Attn: Officer or Managing Member**
**3 Manhattanville Road**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**LinkedIn - ColorArt**
**1325 N Warson Rd**
**St. Louis, MI 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Links Unlimited**
**1101 Regina Graeter Way**
**Cincinnati, OH 45216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lithronix**
**P.O. Box 200**
**Alexandria, KY 41001-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Loomis**
**Dept Ch 10500**
**Palatine, IL 60055-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **ColorArt, LLC**                                      Case number (if known) **25-16701**
_____
Name

| | | |
|---|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address**<br>**Lumen**<br>**100 Centurylink Drive**<br>**Monroe, LA 71203** | **$859.50** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address**<br>**M3 Packaging Solutions**<br>**726 Homestead Ridge**<br>**New Braunfels, TX 78132** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address**<br>**Manpower**<br>**Attn: Officer or Managing Member**<br>**5301 North Ironwood Road**<br>**Milwaukee, WI** | **$11,491.12** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Eureka acct  DO270948

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address**<br>**Manpower Group, US**<br>**C/o Gustorp Law Firm**<br>**9666 Olive Blvd., Suite 211**<br>**Saint Louis, MO 63132** | **$51,462.82** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address**<br>**MANROLAND GOSS WEB SYSTEMS**<br>**22 Industrial Drive**<br>**Exeter, NH 03833** | **$126,052.12** |

Date(s) debt was incurred _

Last 4 digits of account number  **7925**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address**<br>**MAR GRAPHICS**<br>**523 South Meyer Ave**<br>**Valmeyer IL 62295, IL 62295** | **$0.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address**<br>**Marblilite of St. Louis/ Enduracrete**<br>**510 E Pearce Blvd**<br>**Wentzville MO 63385, MO 63385** | **$27,416.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | 25-16701 |
|---|---|---|---|
| | Name | | |

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.75 |
|---|---|---|---|

**Maren Engineering Corporation**
**111 West Taft Drive**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Andy - Express**
**7561 Solutions Center**
**Chicago IL 60677, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marlon Inc. (PVC Spiral Supply)**
**Attn: Officer or Managing Member**
**123 E. 45th Street**
**Garden City, ID 83714-4836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $608.69 |
|---|---|---|---|

**Matrix Label-CA**
**4692 S County Rd 600 E.**
**Plainfield IN 46168, IN 46168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maxcess International**
**1211 W 22Nd Street Suite 804**
**Oak Brook IL 60523, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,017.92 |
|---|---|---|---|

**MCC Telephony of Iowa LLC**
**1 Mediacom Way**
**Mediacom Park, NY 10918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McMaster-Carr Supply Co**
**Po Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ColorArt, LLC**
_____
Name

Case number (if known)    **25-16701**
_____

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00 |
|---|---|---|---|

**MD Machine**
**Po Box 1502**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEI Rigging & Crating, LLC**
**PO Box 1630**
**Albany, OR 97321-0477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.50 |
|---|---|---|---|

**Metro Mailer**
**5719 E Rosedale St., Ste. 809**
**Fort Worth, TX 97321-0477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Metronet**
**Po Box 630546**
**Cincinnati, OH 45263-0546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,355.00 |
|---|---|---|---|

**METROPAK INC**
**1001 Commerce Dr # 100**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,380.56 |
|---|---|---|---|

**Micro Computer Solutions**
**8101 Cessna Ave.**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,123.68 |
|---|---|---|---|

**MidAmerican Energy Company - ASG Po**
**Box**
**Po Box 8020**
**Davenport, IA 52808-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities/Waste__

Last 4 digits of account number  **7014**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **ColorArt, LLC**
_____
Name

Case number (if known)    **25-16701**

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,471.21 |
|---|---|---|---|

**Midwest Alarm Services**
**2525 Delaware Avenue**
**Des Moines, IA 50317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2025**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MINER INC.**
**Attn: Officer or Managing Member**
**11827 Tech Com Rd Ste.115**
**San Antonio, TX 78233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Missouri American Water**
**Po Box 6029**
**Carol Stream, IL 60197-6029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Motion Industries**
**1325 SW Ordnance Rd**
**Ankeny, IA 50023-2744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mr. Trophy**
**3514 East Nettleton**
**Jonesboro, AR 72401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $869.31 |
|---|---|---|---|

**Muller Martini Corp.**
**456 Wheeler Rd**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Multicopy Printing Co.**
**516 New Laredo Hwy**
**San Antonio, TX 78211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ColorArt, LLC | Case number (if known) | 25-16701 |
|---|---|---|---|
| | Name | | |

---

**3.249**

**Nonpriority creditor's name and mailing address**
Mybinding.com
9620 NE Tanasbourne Dr
Hillsboro, OR 97124-7843

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250**

**Nonpriority creditor's name and mailing address**
Napa Auto Parts - Peru Store
65 W Canal
Peru, IN 46970

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$21.46**

---

**3.251**

**Nonpriority creditor's name and mailing address**
Nate's Pest Control
43 Cottonwood Lane
Canyon, TX 79015

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$238.14**

---

**3.252**

**Nonpriority creditor's name and mailing address**
National Offset Warehouse dba National F
23011 Moulton Parkway  Ste I-4
Laguna Hills, CA 92653

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**

**Nonpriority creditor's name and mailing address**
New Mexico Gas Company
Po Box 27885
Albuquerque, NM 87125-7885

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254**

**Nonpriority creditor's name and mailing address**
New York State Dept. of Taxation
Building 8/8A W.A. Harriman State Office
Albany, NY 12227

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,217.06**

---

**3.255**

**Nonpriority creditor's name and mailing address**
New York Workers' Comp Attn Finance Offi
328 State Street, Room 331
Schenectady, NY 12305

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ColorArt, LLC**
_____          Case number (if known)    25-16701
              Name

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.96 |
|---|---|---|---|

**Newton Oil Company**
**Po Box 7048 - Group 18**
**Indianapolis, IN 46207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nielsen Scarborough**
**7351 Coca Cola Drive**
**Hanover, MD 21076-1802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NL Ventures XII Zarzamora, LLC**
**c/o Norton Rose Fulbright US LLP**
**111 W. Houston Street, Suite 1800**
**San Antonio, TX 78205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,868.20 |
|---|---|---|---|

**Norkol, Inc**
**900 Knell Rd Suite A**
**Montgomery, IL 60538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,259.06 |
|---|---|---|---|

**OBSA Operating Company**
**13300 Pioneer Trail**
**Eden Prairie, MN 55347**

Date(s) debt was incurred  11/19/2023

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OnTrac**
**8401 Greensboro Dr., Suite 700**
**Mc Lean, VA 22102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Optimal Imaging Supplies LLC**
**21213 Hawthorne Blvd Ste B #5319**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ColorArt, LLC** | | Case number (if known) | **25-16701** |
|---|---|---|---|---|
| | Name | | | |

---

**3.263** | Nonpriority creditor's name and mailing address

**Oracle America Inc. (Netsuite)**
**500 Oracle Pkwy**
**Redwood City, CA 94065-1677**

Date(s) debt was incurred _

Last 4 digits of account number **3000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software**

Is the claim subject to offset? ■ No  ☐ Yes

**$317,317.81**

---

**3.264** | Nonpriority creditor's name and mailing address

**Our Sunday Visitor**
**200 Noll Plz**
**Hungtington, IN 46750-4310**

Date(s) debt was incurred **1766**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Outsource provider**

Is the claim subject to offset? ■ No  ☐ Yes

**$82,935.77**

---

**3.265** | Nonpriority creditor's name and mailing address

**Packaging Distribution Services - ASG**
**Po Box 1284**
**Des Moines, IN 50305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.266** | Nonpriority creditor's name and mailing address

**Packaging Systems**
**Po Box 3975**
**Chesterfield, MO 63006-3975**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.267** | Nonpriority creditor's name and mailing address

**Panhandle Baseball Club**
**Po Box 9880**
**Amarillo, TX 79105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268** | Nonpriority creditor's name and mailing address

**Parks Coffee**
**Attn: Managing Member or Officer**
**1421 MacArthur Drive**
**Carrollton, TX 75007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,174.98**

---

**3.269** | Nonpriority creditor's name and mailing address

**PC Mailing Services - Creative Services**
**10711 Hillpoint Suite 100**
**San Antonio, TX 78217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor     **ColorArt, LLC**                                              Case number (if known)     **25-16701**
_____
Name

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,784.27 |
|---|---|---|---|

**Peel And Stick Adhesive INC**
**10720 Beaudin Blvd Unit B**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Penske Truck Leasing Co. L.P.**
**2675 Morgantown Road**
**Reading, PA 19607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Perez Maintenance Services**
**1107 Main Street**
**Terrell, TX 75160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,794.68 |
|---|---|---|---|

**Phoenix Services**
**5800 Monroe St, Suite D5**
**Sylvania, OH 43560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIA Mid America**
**5720 Lbj Fwy, Suite 655**
**Dallas, TX Fwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,228.34 |
|---|---|---|---|

**Pitney Bowes**
**P.O Box 371896**
**Pittsburgh, PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Freight postage_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes (Reprocomm/Indiana)**
**Po Box 981022**
**Boston, MA 02298-1022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ColorArt, LLC**
_____    Case number (if known)    25-16701
Name

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
PO Box 981022
Boston, MA 02298-1022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,064.90 |
|---|---|---|---|

**Pitney Bowes Presort Services Inc**
P.O. Box 6808, Dept 008
Carol Stream, IL 60197-6808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Freight, postage and shipping_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes Purchase Power Easypermit P**
P.O. Box 371874
Pittsburgh, PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Plauti**
Nieuwe Oeverstraat 31-9
6811 JB Arnhem
The Netherlands
Gelderland

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,549.21 |
|---|---|---|---|

**Post Press Specialties - Humble Enterpri**
151 W. Geospace Drive
Independence, MO 64056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Outsource Provider_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Potter County Tax Assessor/Collector**
5501 I-40 Frontage Rd
Amarillo, TX 79106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $966.00 |
|---|---|---|---|

**Potter-Randall Co. Medical Soc**
1721 Hagy Blvd
Amarillo, TX 79106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ColorArt, LLC**

Case number (if known)    **25-16701**

Name

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prairie State Plumbing & Heating, Inc.**
PO Box 289
Athens, IL 62613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,420.00 |
|---|---|---|---|

**Preferred CFO Solutions, LLC**
478 S 100 E
Salem, UT 84653-9437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.84 |
|---|---|---|---|

**Premiere Carbide Saw & Tool, Inc.**
122 E Rocksylvania Ave
Iowa Falls, IA 50126-2411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Press Parts, Inc.**
4700 US Hwy 377 Building 5A
Krugerville, TX 76227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.06 |
|---|---|---|---|

**Print & Finishing Solutions**
1632 Sierra Madre Cir
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Print Finishing System Inc**
7116 NW 79th St
Oklahoma City, OK 73132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,788.43 |
|---|---|---|---|

**PRINT PROMOTIONS INC**
633 Orchard Lane
Franklin Lakes, NJ 07417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ColorArt, LLC | Case number (if known) | 25-16701 |
|---|---|---|---|
| | Name | | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Printers Service - Prisco**<br>**5501 I-40 Frontage Rd**<br>**Fort Worth, TX 79106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,830.76 |
|---|---|---|---|
| | **Printers Software Inc - DocketManager**<br>**2201 Cantu Court Suite 116A**<br>**Sarasota, FL 34232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Printware**<br>**2935 Waters Road, Suite 160**<br>**St. Paul, MN 55121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,836.02 |
|---|---|---|---|
| | **Priority-1, Inc.**<br>**401 W Capitol Ave., Ste 600**<br>**Little Rock, AR 72201-3434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|
| | **PureLinq**<br>**Po Box 213547**<br>**Royal Palm Beach, FL 33421** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Purity Plus Water Systems**<br>**Po Box 936777**<br>**Atlanta, GA 31193-6777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,778.11 |
|---|---|---|---|
| | **R+L Carriers - ASG**<br>**600 Gilliam Road**<br>**PO Box 271**<br>**Wilmington, OH 45177-9089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **ColorArt, LLC**
_____
Name

Case number (if known)    **25-16701**
_____

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,318.58** |
|---|---|---|---|

**R+L Truckload Services**
**BOFA Lockbox 74008195**
**Chicago, IL 60674-8195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,370.24** |
|---|---|---|---|

**Reinhold Electric  Inc.**
**2511 Lemay Ferry Rd**
**St Louis, MO 63125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,793.08** |
|---|---|---|---|

**Renhill Staffing Services Inc**
**102 Rilla Vista Dr**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**REPUBLIC SERVICES-CA**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$194,624.20** |
|---|---|---|---|

**Ricoh USA**
**300 Eagleview Boulevard**
**Exton, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Pre/Printer Equipment (mult. accts)

Last 4 digits of account number  **2302**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RION Equipment**
**10808 S 156Th St**
**Omaha, NE 68136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Riverdale Packaging Corp.**
**7301 Hazelwood Ave**
**Hazelwood, MO 63042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ColorArt, LLC | Case number (if known) | 25-16701 |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RMH Systems - ASG Po Box**
**Po Box 3251**
**Omaha, NE 68103-0251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosmini Graphic Supply-CA**
**1375 Bangor Street**
**Copiague, NY 11726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RR DONNELLEY**
**7810 Solution Center**
**Chicago, IL 60677-7008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Safety-Kleen Systems Inc-CA**
**Po Box 975201**
**Dallas, TX 75397-5201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAIA MOTOR FREIGHT LINE LLC-CA**
**Po Box 730532**
**Dallas, TX 75373-0532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.39 |
|---|---|---|---|

**Salesforce**
**415 Mission Street, 3Rd Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAN ANTONIO WATER SYSTEM**
**P.O. Box 2990**
**San Antonio, TX 78299-2990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,298.33** |
|---|---|---|---|

**SBPI INC**
**13825 Parks Steed Dr**
**Earth City, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Outsource provider__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Servpro**
**2118 59th St**
**St. Louis, MO 63110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,358.31** |
|---|---|---|---|

**Shi International Corp.**
**290 Davidson Avenue**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  __8317__

Basis for the claim:  __IT services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,307.95** |
|---|---|---|---|

**Shorr Packaging Corp.**
**4900 NE 29th Street, Ste 2**
**Des Moines, IA 50317-4883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,178.01** |
|---|---|---|---|

**Siegwerk Enviromental Inks**
**Po Box 759273**
**Baltimore, MD 21275-9273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Signarama, Inc.**
**2121 Vista Parkway**
**West Palm Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,840.40** |
|---|---|---|---|

**Simpson Thacher & Bartlett Law Firm, LLC**
**425 Lexington Ave**
**New York, NY 10017-3903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Professional services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | ColorArt, LLC | | Case number (if known) | 25-16701 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smartsheet Inc.**
**500 108th Ave NE, Suite 200**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,674.00 |
|---|---|---|---|

**Solis Concrete Services LLC**
**1418 19th St**
**Des Moines, IA 50314-1329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.93 |
|---|---|---|---|

**SouthernCarlson, Inc.**
**Po Box 744372**
**Atlanta, GA 30374-4372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SPEEDFLO**
**499 Conway Ct**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Splash Graphics**
**7001 South Adams Street**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Square One Business Machines**
**800 W Airport Freeway Suite 110**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stacey Baker**
**5300 Memorial Dr Ste 270**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ColorArt, LLC**
_____
Name

Case number (if known)    25-16701

| | | |
|---|---|---|
| 3.326 | **Nonpriority creditor's name and mailing address**<br>**Standard Insurance Company-CA**<br>**1100 Sw Sixth Avenue**<br>**Portland, OR 97204** | As of the petition filing date, the claim is: *Check all that apply.*     **$34,863.39**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.327 | **Nonpriority creditor's name and mailing address**<br>**Standard Printing Company, Inc.**<br>**3540 West Lincoln Street**<br>**Phoenix, AZ 85009** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address**<br>**Stouse LLC**<br>**300 New Century Parkway**<br>**New Century, KS 66031** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.329 | **Nonpriority creditor's name and mailing address**<br>**STUEBING Automatic Machine Co.**<br>**Attn: Managing Member or Officer**<br>**2518 Leslie Avenue**<br>**Cincinnati, OH 45212** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address**<br>**Stylex**<br>**PO Box 5038**<br>**Delanco, NJ 08075-0438** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address**<br>**SUMMERS COMPTON WELLS LLC**<br>**903 S Lindbergh Blvd Ste 200**<br>**Saint Louis, MO 63131-2934** | As of the petition filing date, the claim is: *Check all that apply.*     **$3,026.32**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address**<br>**Summit Fire & Security**<br>**Po Box 6783**<br>**Carol Stream, IL 60197-6783** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor   **ColorArt, LLC**
Name

Case number (if known)   **25-16701**

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,148.59 |

**Sun Chemical**
**PO BOX 2209**
**Carol Stream, IL 60132-2209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,500.00 |

**SundaySky, Inc.**
**8 W. 40th Street FL 2**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/28/2025

Basis for the claim:  Software

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312,591.02 |

**Sunset Transportation**
**10877 Watson Rd**
**Saint Louis, MO 63127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  4993

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TACONIC WIRE**
**250 Totoket Rd**
**North Branford, CT 06471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.69 |

**Tascosa**
**5501 I-40 Frontage Rd**
**Amarillo, TX 79106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tech Electronics - STL**
**P.O. Box 790379**
**St Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.18 |

**Techkon USA-CA**
**185 Centre Street Suite 101**
**Danvers, MA 01923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ColorArt, LLC** | | Case number (if known) | **25-16701** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Technifold USA-CA**
4 Wisteria Rd
Lafayette, NJ 07848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TENNTEX**
9304 Converse Business Lane
Converse, TX 78109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,287.68 |
|---|---|---|---|

**TeqSupply**
4405 S 19th St
Council Bluffs, IA 51501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Texas Cattle Feeders Asso.**
5501 I-40 Frontage Rd
Amarillo, TX 79106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,933.81 |
|---|---|---|---|

**Texas Chiller Systems, LLC**
P.O. Box 792248
San Antonio, TX 78279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Texas Envelope Co**
16055 Shady Trail
Dallas, TX 75220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Magnet Group**
555 McFarland 400 Drive
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ColorArt, LLC**
_____
Name

Case number (if known)    **25-16701**

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193.98 |

**The Smead Manufacturing Company**
**600 Smead Blvd**
**Hastings, MN 55033-2200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Think Ink**
**8101 Cessna Ave**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,000.00 |

**Thrive Company**
**6526 Old Brick Rd # 120-421**
**Windermere, FL 34786-5839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Thryv - DAS**
**DFW Airport**
**Po Box 6192287**
**Dallas, TX 75261-2287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Top Level Printing Ink, Inc.**
**1343 Round Table Dr.**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Triple8 Network, Inc.**
**214 Main St., Suite 391**
**El Segundo, CA 90245-3803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,245.10 |

**Uline Inc - Cockrell**
**Po Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ColorArt, LLC** | Case number (if known) | **25-16701** |
|---|---|---|---|
| | Name | | |

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119,975.78 |
|---|---|---|---|

**United Healthcare Services**
**Po Box 88106**
**Chicago, IL 60680-1106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Bookbindery Inc**
**Po Box 7849**
**San Antonio, TX 07849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Engraving, Inc.**
**P.O. Box 15090**
**Lenexa, KS 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Mercantile Exchange, Inc.**
**21128 Commerce Point Dr**
**Walnut, CA 91789-3053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $368.00 |
|---|---|---|---|

**University Sports Publ.**
**303 Merrick Road Suite 200**
**Lynbrook, NY 11563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Update Limited-CA**
**134 Peavey Circle**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Update LTD - ASG**
**134 Peavey Cir**
**Chaska, MN 55318-2347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ColorArt, LLC**
_____
Name

Case number (if known)    **25-16701**

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**UPS - Modern**
**Po Box 809488**
**Chicago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,412.79 |

**UPS Supply Chain Solutions Inc (MI)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1779

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**US Postmaster**
**Attn: Officer or Managing Member**
**5501 I-40 Frontage Rd**
**Amarillo, TX 79106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.92 |

**US Standard Products**
**PO Box 5509**
**Englewood, NJ 07631-5509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Vecoplan LLC - ASG**
**501 Gallimore Dairy Road**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,148.22 |

**VECP**
**1401 S Brentwood Blvd**
**Saint Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2025

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291,433.28 |

**Veritiv - STL, SAT, AMA**
**7472 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ColorArt, LLC**                                    Case number (if known)    **25-16701**
_____
Name

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,249.94 |
|---|---|---|---|

**Veterans Print Management**
**10430 Argonne Woods Dr**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Vincent Kiczales**
**4300 Southaven Rd**
**Richmond, VA 23235-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VISIONS INC**
**8801 Wyoming Avenue**
**Brooklyn Park, MN 55445-1883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**W&D Falserth America Inc.**
**11300 West 80th St**
**Lenexa, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,890.39 |
|---|---|---|---|

**Walt Powley Inline Inc**
**Po Box 960**
**Plainfield, IL 60544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.52 |
|---|---|---|---|

**WD Industrial Sharpening & Supply**
**801 Feltz Street**
**Perryville, MO 63775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Web Graphics**
**2305 Centralyard Court**
**Fort Wayne, IN 46818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ColorArt, LLC**
_____
Name

Case number (if known)    **25-16701**
_____

| | | |
|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Webgurus Tech SA**
**353 S. 7th Street**
**Newark, NJ 07106**

Date(s) debt was incurred __

Last 4 digits of account number __1402__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __IT__

Is the claim subject to offset? ■ No ☐ Yes

**$94,006.00**

---

| 3.376 | **Nonpriority creditor's name and mailing address** |

**Wellnow Urgent Care**
**3800 W Genesee St**
**Syracuse, NY 13219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.377 | **Nonpriority creditor's name and mailing address** |

**Wiese USA Inc**
**Po Box 60106**
**St. Louis, MO 63160**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.378 | **Nonpriority creditor's name and mailing address** |

**Worldwide Express**
**Po Box 733360**
**Dallas, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$334,608.94**

---

| 3.379 | **Nonpriority creditor's name and mailing address** |

**WorldWide Logistics, Inc.**
**12400 Meredith Drive**
**Urbandale, IN 50323-1504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,531.87**

---

| 3.380 | **Nonpriority creditor's name and mailing address** |

**Wowline - CA**
**555 McFarland 400 Drive**
**Alpharetta, GA 30004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.381 | **Nonpriority creditor's name and mailing address** |

**WS Displays**
**5960 Pascal Ct**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$72.22**

---

Debtor    **ColorArt, LLC**                                                   Case number (if known)    **25-16701**
　　　　　　Name

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WTS Media**
**2841 Hickory Valley Road**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Xante Store**
**2800 Dauphin St**
**Mobile, AL 36606-2477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,908.69 |
|---|---|---|---|

**Yeck Brother Company**
**Po Box 225**
**Dayton, OH 45401-0225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,700.00 |
|---|---|---|---|

**Yext, Inc.**
**Po Box 9509**
**New York, NY 10087-9509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Outsource Provider**

Last 4 digits of account number  **4059**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Young's Security Systems Inc**
**440 N 1st St**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,064.17 |
|---|---|---|---|

**ZoomInfo TechFalseologies**
**805 Broadway Suite 900**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software**

Last 4 digits of account number  **0424**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ZUND AMERICA, Inc.**
**Po Box 88943**
**Milwaukee, WI 53288-8943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**　**List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **ColorArt, LLC**                                        Case number (if known)  **25-16701**
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AMERICAN EXPRESS**<br>**Attn: Managing Agent**<br>**200 VESEY STREET**<br>**New York, NY 10285** | Line **3.33**<br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Johnson Controls Security Solutions**<br>**PO Box 730068**<br>**Dallas, TX 75373** | Line **3.198**<br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  2,623,886.98 |
| **5b. Total claims from Part 2** | 5b.  + | $  17,242,703.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  19,866,590.56 |

---

**Fill in this information to identify the case:**

Debtor name **ColorArt, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **25-16701**

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Property at 101, 105, 109-117 S. Fillmore Amarillo TX 79101. Monthly Rent $18,994.80 12/31/42** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AICV Heart Fillmore, L.L.C. 2600 Via Fortuna, Suite 260 Austin, TX 78746** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Property at 530 Workman Road, Eureka MO 63025. Rent- $25,800.30 (Vacant)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AICV S Heart Workman, L.L.C. 2600 Via Fortuno, Suite 260 Austin, TX 78746** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **401k Plan (terminate with 30 day notice)** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Armanino, LLP PO Box 206700 Dallas, TX 75320-6700** |

Debtor 1   **ColorArt, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **25-16701**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Cannon Printing Machine Equipment (Prostream 1800), Lease #881936-1, Lease payment: $27,766.11.** | |
|---|---|---|---|
| | State the term remaining | **3/31/2030** | **Canon Financial Services, Inc. 14904 Collections Center Dr. Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Canon Printing Machine Equipment (C910), Lease #881936-2, Lease payment $2309.00.** | |
|---|---|---|---|
| | State the term remaining | **6/30/2026** | **Canon Financial Services, Inc. 14904 Collections Center Dr. Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Leases for Canon Printing Machine Equipment (V700, V900, V900, V1350, V1350, VP 6270 Titan, C7165, C7165 C7165, IR4945), lease #MA29590, Lease payment: $16,220.00.** | |
|---|---|---|---|
| | State the term remaining | **6/30/2030** | **Canon Financial Services, Inc. 14904 Collections Center Dr. Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Canon Printing Machine Equipment (two V900), Lease #881936-3, Lease payment: $4,766.22** | |
|---|---|---|---|
| | State the term remaining | **1/31/2027** | **Canon Financial Services, Inc. 14904 Collections Center Dr. Chicago, IL 60693** |
| | List the contract number of any government contract | | |

Debtor 1  **ColorArt, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **25-16701**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Canon Printing Machine Equipment (V1350), Lease #0274125-644, Lease Payment: $5,135.00.** | |
|---|---|---|---|
| | State the term remaining | **9/30/2030** | |
| | List the contract number of any government contract | | **Canon Financial Services, Inc.**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Canon Printing Machine Equipment (Prostream 1800), Canon#8-ProStreamT1/T2.** | |
|---|---|---|---|
| | State the term remaining | **03/31/30** | |
| | List the contract number of any government contract | | **Canon Financial Services, Inc.**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | **3/21/2026** | |
| | List the contract number of any government contract | | **Canon Solutions America, Inc.**<br>**One Canon Park**<br>**Melville, NY 11747** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Compliance services (terminate with 30 day notice)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Control Case**<br>**12015 Lee Jackson Memorial Hwy, Ste 250**<br>**Fairfax, VA 22033** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Listing agreement for sublease of 530 Workman Rd., Eureka, MO 63025.** | |
|---|---|---|---|
| | State the term remaining | **10/21/2026** | |
| | List the contract number of any government contract | | **Cushman & Wakefield U.S, Inc.** |

Debtor 1   **ColorArt, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **25-16701**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Listing agreement for sublease of 5101 S Zarzamora St, San Antonio, Texas 78211.** |
| State the term remaining | **10/23/2026** |
| List the contract number of any government contract | **Cushman & Wakefield, Inc.** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Consumables contract (auto renews until 30 day written notice)** |
| State the term remaining | |
| List the contract number of any government contract | **Eastman Kodak Company 343 State Street Rochester, NY 14650** |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Staffing agreement (terminate with 30 day notice)** |
| State the term remaining | |
| List the contract number of any government contract | **Employer Solutions Staffing Group, LLC 7201 Metro Blvd., Suite 900 Minneapolis, MN 55439** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **Real estate listing agreement for 101, 105, 109, 115 and 117 S. Fillmore St Amarillo, TX.** |
| State the term remaining | **5/2/2026** |
| List the contract number of any government contract | **Gaut Whittenburg Emerson Commerical Real Estate, LLC 600 S. Tyler, Suite 101 Amarillo, TX 79101** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **Property at 1001 NE Loop 820 Suite 125, Fort Worth, TX 76131. Rent: $28,000 per month.** |
| State the term remaining | **4/30/32** |
| List the contract number of any government contract | **Halawa View Apartments 2906 SE Loop 820, Suite G Fort Worth, TX 76140** |

Debtor 1  **ColorArt, LLC**

First Name      Middle Name      Last Name

Case number (*if known*)  **25-16701**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **External assessor for information security systems (contract terminates with written notice)** | |
|---|---|---|---|
| | State the term remaining | | **HITRUST Services Corp** |
| | List the contract number of any government contract | | **6175 Main Street, Suite 400** |
| | | | **Frisco, TX 75034** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Listing agreement for sublease of 2701 Delaware Ave, Des Moines, IA 50317.** | |
|---|---|---|---|
| | State the term remaining | **11/6/2026** | **Iowa Commercial Advisors, LLC** |
| | List the contract number of any government contract | | **Cushman & Wakefield** |
| | | | **3737 Woodland Avenue, Suite 100** |
| | | | **West Des Moines, IA 50266** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance agreement (on auto renew until 90 day written notice)** | |
|---|---|---|---|
| | State the term remaining | | **Kern USA, LLC** |
| | List the contract number of any government contract | | **3940 Gantz Road, Suite A** |
| | | | **Grove City, OH 43123** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **112 S. Pierce Street, Amarillo TX 79101. Debtors have vacated.** | |
|---|---|---|---|
| | State the term remaining | **10/31/2026** | **Kress Properties** |
| | List the contract number of any government contract | | **PO Box 9441** |
| | | | **Amarillo, TX 79105** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **License/digital services contract.** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Lead Forensics, Ltd.** |
| | List the contract number of any government contract | | **3000 Lakeside** |
| | | | **North Harbour, Western Road** |
| | | | **Portsmouth** |
| | | | **PO6 3EN, UK** |

Debtor 1   **ColorArt, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **25-16701**
_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Security software.** | |
|---|---|---|---|
| | State the term remaining | **8/20/2028** | **Mimecast North America, Inc.** |
| | List the contract number of any government contract | | **191 Spring Street**<br>**Lexington, MA 02421** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Printware Ijetcolor 1175 Pro Press digital.** | |
|---|---|---|---|
| | State the term remaining | **4/17/2029** | **Mitsubishi HC Capital America, Inc** |
| | List the contract number of any government contract | | **One Pierce Place, Suite 1100**<br>**Itasca, IL 60143** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Property- 2525 Delaware Ave., Des Moines, IA. Rent: $39,960.63 per month** | |
|---|---|---|---|
| | State the term remaining | **5/31/45** | **NL Ventures XII Delaware, L.L.C.** |
| | List the contract number of any government contract | | **c/o AIC Ventures**<br>**2600 Via Fortuna, Suite 260**<br>**Austin, TX 78746** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Property- 2701 Delaware Ave, Des Moines, IA. Rent: $21,369.58 per month** | |
|---|---|---|---|
| | State the term remaining | **5/31/2045** | **NL Ventures XII Morton, L.L.C.** |
| | List the contract number of any government contract | | **c/o AIC Ventures**<br>**2600 Via Fortuna, Suite 260**<br>**Austin, TX 78746** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Property- 5101 S. Zarzamora, San Antonio TX 78211. Monthly Rent 43,537.74** | |
|---|---|---|---|
| | State the term remaining | **12/31/42** | **NL Ventures XII Zarzamora, L.L.C.** |
| | List the contract number of any government contract | | **c/o AIC Ventures**<br>**2600 Via Fortuna, Suite 260**<br>**Austin, TX 78746** |

Debtor 1  **ColorArt, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **25-16701**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for an Isuzu NPR EFI Truck. $7,000 security deposit** | |
|---|---|---|---|
| | State the term remaining | 11/10/27 | **Penske Truck Leasing Co. L.P.** |
| | List the contract number of any government contract | | **2675 Morgantown Road** |
| | | | **Reading, PA 19607** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Hiring contract (auto renews until 30 day written notice)** | |
|---|---|---|---|
| | State the term remaining | | **Randstad North America, Inc** |
| | List the contract number of any government contract | | **3625 Cumberland Blvd, Suite 600** |
| | | | **Atlanta, GA 30339** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and services contract (auto renews until 30 day written notice)** | |
|---|---|---|---|
| | State the term remaining | | **Ricoh USA Inc.** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Salesforce digital software.** | |
|---|---|---|---|
| | State the term remaining | 10/30/2025 | **Salesforce, Inc.** |
| | List the contract number of any government contract | | **Salesforce Tower** |
| | | | **415 Mission Street, 3rd floor** |
| | | | **San Francisco, CA 94105** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Sale and services contract (auto renews until 30 day written notice for material breech, termination of all order, or bankruptcy)** | |
|---|---|---|---|
| | State the term remaining | | **SundaySky, Inc.** |
| | List the contract number of any government contract | | **111 Broadway, 19th Floor** |
| | | | **New York, NY 10006** |

Debtor 1    **ColorArt, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*    **25-16701**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

**Property at 101 Workman Court.**

State the term remaining    **12/31/2042**

List the contract number of any government contract

**VECP, LLC**
**c/o GAMET LLC, Manager**
**James O. Buehrig, Jr., Manager**
**153 Chesterfield Industrial Blvd.**
**Chesterfield, MO 63005**

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

**Property at N MacArthur Blvd Springfield, IL 62702. Rent: $14,852.60 per month**

State the term remaining    **2/28/43**

List the contract number of any government contract

**YOFI H2OR3 HOLDINGS LLC**
**Attn: Yoram Finkelstein**
**740 Dekalb Ave, Suite 101**
**Brooklyn, NY 11216**

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest

**Agreement for Zoominfo software.**

State the term remaining    **6/6/2026**

List the contract number of any government contract

**ZoomInfo Technologies**
**805 Broadway Street, Suite 900**
**Vancouver, WA 98660**

---

**Fill in this information to identify the case:**

Debtor name __**ColorArt, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __**25-16701**__

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $80,882,273.00 |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | $119,466,494.00 |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | $129,440,155.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.    See attached schedule

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    **ColorArt, LLC**                                                  Case number *(if known)*  **25-16701**

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **VECP**<br>**1401 S Brentwood Blvd**<br>**Saint Louis, MO 63144**<br>**Landlord-owned approx. 33% by Eran Salu** | **9/15/25,<br>6/10/25,<br>5/9/25,<br>4/11/25,<br>3/6/25,<br>2/10/25,<br>1/3/25,<br>12/9/24,<br>11/5/24** | **$1,532,749.62** | **Lease payments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Grimco Inc. v ColorArt LLC**<br>**24SL-CC02565** | **Contractual claim by a vendor** | **Circuit Court of St. Louis County, MO**<br>**105 South Central Ave**<br>**Saint Louis, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Signarama Advertising Fund, Inc. v ColorArt LLC**<br>**25SL-CC11445** | **Contractual claim by a vendor** | **Circuit Court of St. Louis County, MO**<br>**105 South Central Ave.**<br>**Saint Louis, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Genesis Group, Inc. v ColorArt LLC, et al**<br>**20253009191** | **Contractual claim by a vendor** | **Circuit Court of Cook County, IL**<br>**2121 Euclid Avenue**<br>**Rolling Meadows, IL 60008** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **ColorArt, LLC**                                                          Case number *(if known)*    **25-16701**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Aequum Capital Financial II, LLC v. ColorArt LLC, et al**<br>**25SL-CC11027** | **Claim by secured lender** | **Circuit Court of St. Louis County, MO**<br>**105 South Central Ave.**<br>**Saint Louis, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Acuity Finishing, LLC v ColorArt LLC and Knepper Press Corp.**<br>**25-591** | **Contractual claim by a vendor** | **Court of Common Pleas of Allegheny, PA**<br>**436 Grant Street, Room 114**<br>**Pittsburgh, PA 15219** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **R&L Carriers, Inc. v ColorArt LLC**<br>**LACL 162434** | **Contractual claim by a vendor** | **Iowa District Court for Polk County**<br>**500 Mulberry Street Room 212**<br>**Des Moines, IA 50309** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Solution Design Group, Inc v ColorArt LLC**<br>**27-CV-24-15314** | | **Hennepin County, 4th Judicial District**<br>**300 South 6th Street**<br>**Minneapolis, MN 55487** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Manpower Group US, Inc. v ColorArt LLC**<br>**24SL-CC03473** | **Contractual claim by a vendor** | **Circuit Court of St. Louis County, MO**<br>**105 South Central Ave.**<br>**Clayton, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **N. Glantz & Son, LLC v ColorArt LLC**<br>**24AC-CC10050** | **Contractual claim by a vendor** | **Circuit Court of St. Louis County, MO**<br>**105 South Central Ave.**<br>**Clayton, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Reybold Venture Group II-A, LLC v. Stratis Visuals, LLC, et al**<br>**N25C-06** | **Claim by a landlord of an entity other than ColorArt** | **Superior Court of the State of Delaware**<br>**500 North King Street,**<br>**Wilmington, DE 19**<br>**Wilmington, DE 19801** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Waste Management of Texas, Inc v ColorArt, LLC**<br>**1250773** | **Contractual claim by a vendor** | **County Civil Court at Law No. 4, Harris**<br>**201 Caroline, Suite 300**<br>**Houston, TX 77002** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Aerotek, Inc. v ColorArt LLC and American Spirit Graphics Corporation**<br>**LACL 160318** | **Contractual claim by a vendor** | **Iowa District Court for Polk County**<br>**500 Mulberry Street Room 212**<br>**Des Moines, IA 50309** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.13. | **Progressive Converting, Inc. v ColorArt**<br>**LACL 160049** | | **Iowa District Court for Polk County**<br>**501 Mulberry Street Room 212**<br>**Des Moines, IA 50309** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor    **ColorArt, LLC**                                                    Case number *(if known)*    **25-16701**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | **Worldwide Integrated Suppply Chain Solutions, Inc. d/b/a Worldwide Logistics, Inc. v ColorArt LLC**<br>**LACL 161731** | | **Iowa District Court for Polk County**<br>**502 Mulberry Street Room 212**<br>**Des Moines, IA 50309** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.15. | **Burdiss Lettershop Services Co. v ColorArt LLC**<br>**JO-2025-LM-002274** | Contractual claim by a vendor | **District Court of Johnson County, Kansas**<br>**100 E. 10th Street**<br>**Olathe, KS 66061** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.16. | **Green Clean Cleaning Service, LLC v ColorArt LLC**<br>**2411-AC09441** | | **11th Judicial Circuit, St. Charles Count**<br>**300 North Second Street**<br>**Saint Charles, MO 63301** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.17. | **City of Fort Worth, et al v ColorArt LLC**<br>**236-D47875-25** | Claim by taxing authority | **District Court, Tarrant County, Texas**<br>**100 N Calhoun Street**<br>**Fort Worth, TX 76196** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.18. | **Norkol, Inc. v Marketing.com, LLC, et al.**<br>**24-L-12345** | Contractual claim by a vendor | **Circuit Court of Cook County, Illinois,**<br>**2121 Euclid Avenue**<br>**Rolling Meadows, IL 60008** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.19. | **CH Robinson Worldwide, Inc. v. Marketing.com LLC, et al** | Contractual claim by a vendor | **District Court of the State of Minnesota** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.20. | **Midland Paper Company v ColorArt LLC**<br>**4:24-cv-00942** | Contractual claim by a vendor | **United States District Court for the Eas** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.21. | **The Clean Up Team, LLC d/b/a Servpro of South Chesterfield v. Marketing.com, LLC et al**<br>**25SL-AC13954** | Contractual claim by a vendor | **Circuit Court of St. Louis City, Missour** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.22. | **Benco Industrial Equipment, LLC v. ColorArt, LLC**<br>**25SL-AC-28043** | Judgment | **21st Judicial Circuit, St. Louis County** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.23. | **NL Ventures XII Zarzamora, et al. v. ColorArt, LLC at al.**<br>**25-BC03A-0013** | Lease obligations | **Business Court of Texas, 3rd Division** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **ColorArt, LLC**                                                                    Case number *(if known)*  **25-16701**

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **NMBL Strategies, solely in its capacity as court-appointed receiver 8419 Manchester Rd Suite 101 Saint Louis, MO 63144** | **CNB Bank Accounts** | **$1,800,000.00** |

| | Case title | Court name and address |
|---|---|---|
| | **Aequm Capital Financial II v. ColorArt** | **Circuit Court of St. Louis County State of Missouri 105 South Central Avenue Clayton, MO 63105** |
| | Case number | |
| | **25SL-CC11027** | |
| | Date of order or assignment | |
| | **10/29/2025** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Garman Turner Gordon LLP 7251 Amigo Street Ste. 210 Las Vegas, NV 89119** | | **(Paid collectivley with LVCG)** | **$350,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **JAL Equity** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **ColorArt, LLC**                                      Case number *(if known)*    **25-16701**

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.    See attached notes regarding SOFA parts 2 and 6

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**From customers: Names (individual or business contacts), Job titles, Email addresses, Ph. numbers, billing & shipping addresses, account or CRM history. For direct-Mail & Marketing: Idv names, mailing addresses, demographic data (age, gender, household info). Healthcare/Insurance: member ID, Plan enrollment, EOB, Codes, Date of Birth, Policy #S. Fulfillment: names, addresses. Website: login IDs, passwords (hashed), IP addresses, browsing behavior, metadata, artwork.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

Debtor    **ColorArt, LLC**                                      Case number *(if known)*   **25-16701**

☑ Yes. Fill in below:
Name of plan                                              Employer identification number of the plan
**Graphic Communications National Pension Fund**          EIN:  **522045099**

Has the plan been terminated?
☑ No
☐ Yes

☐ No Go to Part 10.
☑ Yes. Fill in below:
Name of plan                                              Employer identification number of the plan
**OneAmerica Financial Partners, LLC**                    EIN:  **87-1134422**

Has the plan been terminated?
☑ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **American Express**<br>**200 Vesey Street**<br>**New York, NY 10281** | **101 Workman Court**<br>**Eureka, MO 63025** | **Inventory** | **$106,556.23** |

**Part 12:    Details About Environment Information**

Debtor    **ColorArt, LLC**                                              Case number *(if known)*  **25-16701**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Desert Paper and Envelope Company, Inc.**<br>**2700 Girard Blvd. NE**<br>**Albuquerque, NM 87107** | **No operations.  Formerly in commercial printing. Incorporated 6/26/1978, Aquired date below.** | EIN:    **85-0261968**<br><br>From-To    **11/30/2021-12/27/2022** |
| 25.2. | **Frye-Williamson Press, Inc.**<br>**901 MacArthur Blvd.**<br>**Springfield, IL 62702** | **No operations.  Formerly in commercial printing. Incorporated 7/3/1980, aquired date below.** | EIN:    **37-0908087**<br><br>From-To    **11/1/2021-3/1/2023** |
| 25.3. | **Reprocomm, Inc.**<br>**1401 Teal Rd**<br>**Lafayette, IN 47905** | **No operations.  Formerly in commercial printing. Incorporated 3/16/1987, acquired date below.** | EIN:    **35-1706013**<br><br>From-To    **7/20/2020-12/27/2022** |

Debtor    **ColorArt, LLC**                                      Case number *(if known)*  **25-16701**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.4. **Las Vegas Color Graphics, Inc.**<br>**4265 W. Sunset Road**<br>**Las Vegas, NV 89118** | **Commerical printing** | EIN:    **65-0919583**<br><br>From-To    **- Present** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Steve Paley**<br>**101 Workman Ct.**<br>**Eureka, MO 63025** | **2021-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Armanino LLP**<br>**6 CityPlace Dr #900**<br>**Saint Louis, MO 63141** | **2022, 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Steve Paley**<br>**101 Workman Ct.**<br>**Eureka, MO 63025** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Aequm Capital Financial II, LLC**<br>**10 S Wacker Dr Suite 1115**<br>**Chicago, IL 60606** |
| 26d.2.    **New Mexico Bank & Trust (UMB)**<br>**1010 Grand Boulevard**<br>**Kansas City, MO 64106** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **ColorArt, LLC**                                            Case number *(if known)*    **25-16701**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Joseph Creamer** | **12/31/2023** | **$6,552,228.77 - Cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **ColorArt, LLC**<br>**101 Workman Court**<br>**Eureka, MO 63025** |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | **Joseph Creamer** | **12/31/2024** | **$2,942,986.08 - Cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **ColorArt, LLC**<br>**101 Workman Court**<br>**Eureka, MO 63025** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eran Salu** | **101 Workman Ct.**<br>**Eureka, MO 63025** | **President, Treasurer and Secretary** | **100% indirect ownership** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **JAL Equity** | **EIN:    46-4358531** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | ColorArt, LLC | Case number *(if known)* | 25-16701 |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Graphic Communications National Pension Fund | EIN:    522045099 |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 13, 2026__

__/s/ Eran Salu__
Signature of individual signing on behalf of the debtor

__Eran Salu__
Printed name

Position or relationship to debtor    __Authorized Representative__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

**SOFA – Parts 2 and 6 – Certain Payments and Transfers.** Debtors Las Vegas Color Graphics, Inc. and ColorArt, LLC ("Debtors") used a centralized approach to cash management and financing of their operations, including through the Shared Services Agreement, with Debtors and non-debtor affiliates. As a result, (i) one entity may have paid obligations of another entity, (ii) funds deposited by one entity may have been swept to or disbursed from an account maintained in the name of another entity, and (iii) intercompany "due to/ due from" balances may arise or fluctuate based on ordinary-course settlement activity. The activity between the entities, however, is reflected on master ledger.

Consistent therewith, in the one year prior to the Petition Date, Debtors' books and records reflect a total transfer out of, into, or on behalf of Debtors to affiliates as follows, including for amounts due to and from entities for services provided:

| Summary--Transfers from Debtor To Affiliates | |
|---|---|
| Action | 46,756.57 |
| Anchor | 6,868,087.66 |
| CA (From LVCG) | 119,233.24 |
| Capital | 413,048.57 |
| Envelopes | 9,126.45 |
| JAL | 72,959,668.74 |
| LVCG | 348,757.22 |
| M.com | 8,334,622.14 |
| Money Mailer | 798,726.77 |
| Mossberg | 573.00 |
| NPC | 69,602.00 |
| SAH | 440,335.00 |
| Tshirts | 5,671,741.70 |
| **Total Transfers Out** | **96,080,279.06** |

| Summary--Transfers From Affiliates to Debtors | |
|---|---|
| JAL | 86,672,125.85 |
| LVCG | 2,477.50 |
| M.com | 19,075,449.05 |
| Money Mailer | 1,677,959.41 |
| NPC | 10,000.00 |
| Tshirts.com | 459,225.23 |
| **Total Transfers In** | **107,897,237.04** |
| | |
| **Net Activity 11.5.24--11.5.25** | **(11,816,957.98)** |

As of the Petition Date, Debtors owe a net total of $935,257.69 to their affiliate.

While Debtors do not believe these transfers technically fit within any of the categories requesting detailed transfers in Parts 2 or 6 of the SOFA, they are being disclosed in herein in the interest of full transparency.

For the avoidance of doubt, to the extent a debt was paid to a creditor on Debtors' behalf through an affiliate, those are also identified in the attachment for Part 2, Question 3 as payments to creditors made within 90 days, with a clarification as to whether such payment was made through and affiliated entity.

Intercompany amounts (including those involving non-debtor affiliates) are subject to ongoing review and reconciliation, including review of transaction history, documentation, accounting treatment, and potential setoff, recoupment, recharacterization, subordination, avoidance, or other rights and defenses. Debtors reserve all rights with respect to intercompany claims, obligations, and transfers, including the right to amend or supplement these Schedules to reflect additional information, corrected amounts, or revised allocations.

**ColorArt, LLC- Attached for Statement of Financial Affairs**
Question 3. Payments to creditors within 90 days before filing.

| Date | Directly Paid | Indirectly Paid | Vendor/Payee | Reason for Transfer | Indirect Payment Entity |
|------|--------------|-----------------|--------------|---------------------|-------------------------|
| 8/21/2025 | | 15,134.82 | Accent Group Solutions | Suppliers/Vendors | M.com |
| 8/14/2025 | | 12,746.50 | Allied Lithographic | Suppliers/Vendors | M.com |
| 8/19/2025 | | 22,891.41 | American Express | Suppliers/Vendors | M.com |
| 8/11/2025 | | 20,736.06 | Centene | Suppliers/Vendors | M.com |
| 8/14/2025 | | 7,987.72 | Centene | Suppliers/Vendors | M.com |
| 8/22/2025 | | 59,597.62 | Phoenix-Veterans | Suppliers/Vendors | Mcom |
| 9/5/2025 | | 21,774.70 | SBPI | Suppliers/Vendors | Mcom |
| 8/11/2025 | | 177,473.55 | Vegas Rent | Suppliers/Vendors | Mcom |
| 8/8/2025 | 20,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 8/15/2025 | 25,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 9/12/2025 | 36,500.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 8/11/2025 | 783.00 | | ADP | Suppliers/Vendors | |
| 8/15/2025 | 29,643.76 | | ADP | Suppliers/Vendors | |
| 9/8/2025 | 782.46 | | ADP | Suppliers/Vendors | |
| 9/2/2025 | 312,939.14 | | Aequum Capital | Secured Debt | |
| 8/15/2025 | 20,000.00 | | ANJA Realty | Suppliers/Vendors | |
| 8/21/2025 | 6.00 | | Arkansas Dept. of Revenue | Suppliers/Vendors | |
| 08/07/2025 | 2,457.50 | | Broder Brothers | Suppliers/Vendors | |
| 8/11/2025 | 10,323.58 | | City Public Services | Suppliers/Vendors | |
| 9/12/2025 | 14,726.19 | | City Public Services | Suppliers/Vendors | |
| 08/18/2025 | 27,561.90 | | Clampitt Paper | Suppliers/Vendors | |
| 08/07/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/07/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/18/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/18/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/20/2025 | 76,803.69 | | CNB Bank | Suppliers/Vendors | |
| 08/21/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/22/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 08/25/2025 | 33.00 | | CNB Bank | Suppliers/Vendors | |
| 08/29/2025 | 270.59 | | CNB Bank | Suppliers/Vendors | |
| 08/29/2025 | 24.21 | | CNB Bank | Suppliers/Vendors | |
| 08/29/2025 | 1.50 | | CNB bank | Suppliers/Vendors | |
| 8/8/2025 | 4,526.88 | | DAS Contractors | Suppliers/Vendors | |
| 8/18/2025 | 2,931.50 | | Datatech | Suppliers/Vendors | |
| 8/12/2025 | 8,956.93 | | Ecomm Commissions (no one greater 2.5K) | Suppliers/Vendors | |
| 9/5/2025 | 9,075.16 | | First Financial | Secured Debt | |
| 9/5/2025 | 10,150.89 | | Graphic Factory | Suppliers/Vendors | |
| 8/15/2025 | 223,390.00 | | Grimco | Suppliers/Vendors | |
| 8/21/2025 | 7.00 | | Illinois Department of Revenue | Suppliers/Vendors | |
| 8/12/2025 | 4,148.49 | | IM National Pension | Suppliers/Vendors | |
| 9/2/2025 | 275.00 | | Intuit | Suppliers/Vendors | |
| 08/07/2025 | 30,000.00 | | KnowledgeWorks Global | Suppliers/Vendors | |
| 8/18/2025 | 5,500.00 | | Kress Properties | Suppliers/Vendors | |

| Date | Amount | Payee | Category |
|---|---|---|---|
| 08/22/2025 | 16,371.82 | M2 Equipment Leasing | Secured Debt |
| 8/20/2025 | 5,067.00 | Mark Gibson | Suppliers/Vendors |
| 8/12/2025 | 3,190.10 | Matrix Trust | Suppliers/Vendors |
| 8/12/2025 | 1,282.22 | Melissa Howard | Suppliers/Vendors |
| 8/18/2025 | 1,206.76 | Michael Isles | Suppliers/Vendors |
| 8/26/2025 | 2,115.38 | Nidhi Kumari | Suppliers/Vendors |
| 8/21/2025 | 25,000.00 | Ricoh USA | Suppliers/Vendors |
| 8/15/2025 | 30,000.00 | Semper/Exeter-Cellmark | Suppliers/Vendors |
| 9/2/2025 | 95,466.99 | Speedpay Ameren | Suppliers/Vendors |
| 8/27/2025 | 766.40 | TXU Energy | Suppliers/Vendors |
| 9/3/2025 | 22,859.47 | TXU Energy | Suppliers/Vendors |
| 8/11/2025 | 39,934.32 | United Healthcare | Suppliers/Vendors |
| 8/15/2025 | 33,292.96 | US Postal Service | Suppliers/Vendors |
| 08/18/2025 | 3,350.03 | US Postal Service | Suppliers/Vendors |
| 8/20/2025 | 9,109.20 | US Postal Service | Suppliers/Vendors |
| 08/21/2025 | 10,721.30 | US Postal Service | Suppliers/Vendors |
| 08/22/2025 | 14,232.27 | US Postal Service | Suppliers/Vendors |
| 8/5/2025 | 1,772.85 | Valley Machine | Suppliers/Vendors |
| 8/12/2025 | 7,609.02 | Wells Fargo | Suppliers/Vendors |
| 8/12/2025 | 671.50 | Wells Fargo | Suppliers/Vendors |
| 8/12/2025 | 204.55 | Wells Fargo | Suppliers/Vendors |
| 8/12/2025 | 61.26 | Wells Fargo | Suppliers/Vendors |
| 8/12/2025 | 60.00 | Wells Fargo | Suppliers/Vendors |
| 8/20/2025 | 35.00 | Wells Fargo | Suppliers/Vendors |
| 8/28/2025 | 35.00 | Wells Fargo | Suppliers/Vendors |
| 9/11/2025 | 4,212.61 | Wells Fargo | Suppliers/Vendors |
| 9/11/2025 | 401.94 | Wells Fargo | Suppliers/Vendors |
| 9/11/2025 | 149.37 | Wells Fargo | Suppliers/Vendors |
| 9/11/2025 | 60.07 | Wells Fargo | Suppliers/Vendors |
| 9/11/2025 | 60.00 | Wells Fargo | Suppliers/Vendors |
| 9/11/2025 | 41.15 | Wells Fargo | Suppliers/Vendors |
| 9/11/2025 | 3.25 | Wells Fargo | Suppliers/Vendors |
| 8/5/2025 | 7,367.79 | Worldwide Express | Suppliers/Vendors |
| 8/5/2025 | 5,131.00 | Worldwide Express | Suppliers/Vendors |
| 8/8/2025 | 250.00 | Worldwide Express | Suppliers/Vendors |
| 8/11/2025 | 15,653.00 | Worldwide Express | Suppliers/Vendors |
| 8/12/2025 | 9,091.26 | Worldwide Express | Suppliers/Vendors |
| 8/12/2025 | 4,431.00 | Worldwide Express | Suppliers/Vendors |
| 8/15/2025 | 3,912.00 | Worldwide Express | Suppliers/Vendors |
| 8/18/2025 | 18,786.00 | Worldwide Express | Suppliers/Vendors |
| 8/19/2025 | 9,816.50 | Worldwide Express | Suppliers/Vendors |
| 8/19/2025 | 974.00 | Worldwide Express | Suppliers/Vendors |
| 8/22/2025 | 3,184.00 | Worldwide Express | Suppliers/Vendors |
| 8/25/2025 | 1,546.00 | Worldwide Express | Suppliers/Vendors |
| 8/26/2025 | 3,000.00 | Worldwide Express | Suppliers/Vendors |
| 8/26/2025 | 1,500.00 | Worldwide Express | Suppliers/Vendors |

| Date | Amount | Payee | Category | |
|---|---|---|---|---|
| 8/29/2025 | 5,606.13 | Worldwide Express | Suppliers/Vendors | |
| 9/11/2025 | 9,193.71 | Xcel Energy | Suppliers/Vendors | |
| 8/7/2025 | 183.30 | Zachierie Elisha Kittle | Suppliers/Vendors | |
| 8/26/2025 | 61.29 | DPL Utility | Suppliers/Vendors | Tshirts.com |
| 8/27/2025 | 2,936.44 | American Water | Suppliers/Vendors | M.com |
| 10/8/2025 | 1,729.07 | Xfinity | Suppliers/Vendors | M.com |
| 9/30/2025 | 1,865.16 | Fed Ex | Suppliers/Vendors | M.com |
| 10/8/2025 | 20,028.77 | Fed Ex | Suppliers/Vendors | M.com |
| 8/5/2025 | 23,882.46 | UCP Staffing | Suppliers/Vendors | Mcom |
| 8/8/2025 | 64,823.50 | Quality Air Forwarding | Suppliers/Vendors | Mcom |
| 8/8/2025 | 23,628.00 | Reynolds Company | Suppliers/Vendors | Mcom |
| 8/8/2025 | 22,948.28 | Press Color, inc | Suppliers/Vendors | Mcom |
| 8/8/2025 | 39,650.00 | Midland Paper Company | Suppliers/Vendors | Mcom |
| 8/13/2025 | 25,884.27 | Fujifilm North AMerica Corp | Suppliers/Vendors | Mcom |
| 8/22/2025 | 7,444.52 | Packsize | Suppliers/Vendors | Mcom |
| 8/27/2025 | 20,191.63 | Fujifilm North AMerica Corp | Suppliers/Vendors | Mcom |
| 8/28/2025 | 36,137.00 | Butler Merchandising | Suppliers/Vendors | Mcom |
| 9/2/2025 | 19,688.40 | Visual Magnetics | Suppliers/Vendors | Mcom |
| 9/3/2025 | 8,045.33 | Nicole Williams | Suppliers/Vendors | Mcom |
| 9/3/2025 | 4,966.39 | US Postal Service | Suppliers/Vendors | Mcom |
| 9/17/2025 | 10,069.42 | Mark Andy | Suppliers/Vendors | Mcom |
| 9/18/2025 | 50,000.00 | US Postal Service | Suppliers/Vendors | Mcom |
| 9/19/2025 | 36,500.00 | Accent Group Solutions | Suppliers/Vendors | Mcom |
| 9/23/2025 | 189,281.74 | SHI International Corp | Suppliers/Vendors | Mcom |
| 10/16/2025 | 3,865.54 | Sheela Iyer | Suppliers/Vendors | Mcom |
| 10/20/2025 | 10,000.00 | Roosevelt Paper Company | Suppliers/Vendors | Mcom |
| 10/23/2025 | 45,000.00 | Humble Enterprises Inc | Suppliers/Vendors | Mcom |
| 10/28/2025 | 3,865.54 | Sheela Iyer | Suppliers/Vendors | Mcom |
| 9/26/2025 | 2,115.38 | Mary Ruggiero | Suppliers/Vendors | Mcom |
| 9/30/2025 | 1,091.89 | Melissa Velez | Suppliers/Vendors | Mcom |
| 10/1/2025 | 2,904.00 | Electronics for Imaging | Suppliers/Vendors | Mcom |
| 10/1/2025 | 11,850.00 | Laird Plastics | Suppliers/Vendors | Mcom |
| 10/1/2025 | 17,986.00 | Butler Merchandising | Suppliers/Vendors | Mcom |
| 10/1/2025 | 25,000.00 | Quality Air Forwarding | Suppliers/Vendors | Mcom |
| 10/1/2025 | 20,000.00 | Accent Group Solutions | Suppliers/Vendors | Mcom |
| 10/2/2025 | 545.00 | Apple Steel Rule Die | Suppliers/Vendors | Mcom |
| 10/3/2025 | 8,288.74 | Nicole Williams | Suppliers/Vendors | Mcom |
| 10/8/2025 | 20,000.00 | Accent Group Solutions | Suppliers/Vendors | Mcom |
| 10/8/2025 | 4,950.87 | HSS Dayton | Suppliers/Vendors | Mcom |
| 10/10/2025 | 25,000.00 | Allied Lithographic | Suppliers/Vendors | Mcom |
| 10/10/2025 | 50,000.00 | Phoenix-Veterans | Suppliers/Vendors | Mcom |
| 10/14/2025 | 14,852.60 | H2OR3 Holdings | Suppliers/Vendors | Mcom |
| 10/14/2025 | 9,410.68 | Central ink | Suppliers/Vendors | Mcom |
| 10/1/2025 | 2,896.08 | GCIU Employee Retirement Fund | Suppliers/Vendors | JAL Equity |
| 11/3/2025 | 2,896.08 | GCIU Employee Retirement Fund | Suppliers/Vendors | JAL Equity |
| 9/11/2025 | 4,985.38 | DAS 1099 Contractors | Suppliers/Vendors | JAL Equity |

| Date | Amount | Name | Type | |
|------|--------|------|------|---|
| 8/11/2025 | 5,376.00 | Nidhi Kumari | Suppliers/Vendors | JAL Equity |
| 9/16/2025 | 3,584.00 | Nidhi Kumari | Suppliers/Vendors | JAL Equity |
| 10/20/2025 | 350,000.00 | 4Over | Suppliers/Vendors | JAL Equity |
| 9/2/2025 | 33,266.86 | ATT | Suppliers/Vendors | JAL Equity |
| 9/12/2025 | 64,057.28 | ATT | Suppliers/Vendors | JAL Equity |
| 8/11/2025 | 167.79 | Canon | Secured Debt | JAL Equity |
| 8/13/2025 | 160.49 | Canon | Secured Debt | JAL Equity |
| 8/14/2025 | 55.53 | Canon | Secured Debt | JAL Equity |
| 8/25/2025 | 3,031.08 | Canon | Secured Debt | JAL Equity |
| 8/26/2025 | 146.99 | Canon | Secured Debt | JAL Equity |
| 8/26/2025 | 19,083.03 | Canon | Secured Debt | JAL Equity |
| 8/28/2025 | 264.13 | Canon | Secured Debt | JAL Equity |
| 9/2/2025 | 32.13 | Canon | Secured Debt | JAL Equity |
| 9/2/2025 | 131.59 | Canon | Secured Debt | JAL Equity |
| 9/2/2025 | 3,688.97 | Canon | Secured Debt | JAL Equity |
| 9/2/2025 | 3,652.63 | Canon | Secured Debt | JAL Equity |
| 9/2/2025 | 561.66 | Canon | Secured Debt | JAL Equity |
| 9/2/2025 | 2,278.22 | Canon | Secured Debt | JAL Equity |
| 9/2/2025 | 822.02 | Canon | Secured Debt | JAL Equity |
| 9/9/2025 | 167.79 | Canon | Secured Debt | JAL Equity |
| 9/12/2025 | 7,129.66 | Canon | Secured Debt | JAL Equity |
| 9/12/2025 | 18,358.50 | Canon | Secured Debt | JAL Equity |
| 8/13/2025 | 19,940.40 | Uline | Suppliers/Vendors | JAL Equity |
| 9/12/2025 | 11,613.03 | Uline | Suppliers/Vendors | JAL Equity |
| 8/8/2025 | 51.00 | State of Texas | Suppliers/Vendors | JAL Equity |
| 8/8/2025 | 51.00 | State of Texas | Suppliers/Vendors | JAL Equity |
| 8/27/2025 | 3,605.00 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 863.15 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 3,752.85 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 5,062.28 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 33,891.62 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 3,526.67 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 14,987.50 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 5,349.15 | Canon | Secured Debt | JAL Equity |
| 9/8/2025 | 2,882.76 | Canon | Secured Debt | JAL Equity |
| 8/7/2025 | 6,000.00 | KnowledgeWorks Global | Suppliers/Vendors | JAL Equity |
| 8/18/2025 | 12,746.50 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 8/21/2025 | 8,010.31 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 8/22/2025 | 10,719.89 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 9/17/2025 | 364.06 | Humble Enterprises (Post Press) | Suppliers/Vendors | JAL Equity |
| 9/17/2025 | 17,000.00 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 10/15/2025 | 19,975.00 | Humble Enterprises (Post Press) | Suppliers/Vendors | JAL Equity |
| 10/15/2025 | 6,864.81 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 10/17/2025 | 10,640.31 | Just Staffing | Suppliers/Vendors | JAL Equity |
| 10/17/2025 | 1,007.50 | Butler Merhcandising | Suppliers/Vendors | JAL Equity |
| 10/17/2025 | 30,796.23 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |

| Date | Amount | Amount | Payee | Category | Account |
|---|---|---|---|---|---|
| 10/20/2025 | | 24,313.85 | Phoenix-Veterans | Suppliers/Vendors | JAL Equity |
| 10/21/2025 | | 26,914.81 | Butler Merchandising | Suppliers/Vendors | JAL Equity |
| 10/23/2025 | | 17,894.68 | Butler Merchandising | Suppliers/Vendors | JAL Equity |
| 8/14/2025 | | 261,642.85 | Allied Lithographic | Suppliers/Vendors | JAL Equity |
| 8/27/2025 | | 14,217.03 | SBPI | Suppliers/Vendors | JAL Equity |
| 9/5/2025 | | 471.22 | SBPI | Suppliers/Vendors | JAL Equity |
| 9/9/2025 | | 18,224.70 | Maginnis Law | Suppliers/Vendors | JAL Equity |
| 9/25/2025 | | 36,429.48 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 9/29/2025 | | 7,218.86 | Butler Merchandising | Suppliers/Vendors | JAL Equity |
| 9/29/2025 | | 15,389.15 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 10/14/2025 | | 2,138.89 | Just Staffing | Suppliers/Vendors | JAL Equity |
| 8/13/2025 | | 406.58 | Ameren MO | Suppliers/Vendors | JAL Equity |
| 8/22/2025 | | 59.16 | Spire | Suppliers/Vendors | JAL Equity |
| 10/15/2025 | | 10,000.00 | Phoenix-Veterans | Suppliers/Vendors | NPC |
| 10/20/2025 | 350,000.00 | | 4Over | Suppliers/Vendors | |
| 10/17/2025 | 20,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 10/24/2025 | 20,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 10/28/2025 | 20,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 10/29/2025 | 20,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 10/17/2025 | 5,756.33 | | Aequm Capital | Secured Debt | |
| 10/20/2025 | 127,357.69 | | Aequm Capital | Secured Debt | |
| 10/21/2025 | 5,669.96 | | Aequm Capital | Secured Debt | |
| 10/22/2025 | 1,677.22 | | Aequm Capital | Secured Debt | |
| 10/23/2025 | 20,862.07 | | Aequm Capital | Secured Debt | |
| 10/24/2025 | 12,987.76 | | Aequm Capital | Secured Debt | |
| 10/27/2025 | 9,737.03 | | Aequm Capital | Secured Debt | |
| 10/28/2025 | 1,808.15 | | Aequm Capital | Secured Debt | |
| 10/29/2025 | 22,748.90 | | Aequm Capital | Secured Debt | |
| 10/30/2025 | 1,537.81 | | Aequm Capital | Secured Debt | |
| 10/31/2025 | 70,495.61 | | Aequm Capital | Secured Debt | |
| 11/3/2025 | 184,326.75 | | Aequm Capital | Secured Debt | |
| 11/4/2025 | 355.60 | | Aequm Capital | Secured Debt | |
| 11/5/2025 | 155.45 | | Aequm Capital | Secured Debt | |
| 10/21/2025 | 15,704.78 | | American Express | Suppliers/Vendors | |
| 10/17/2025 | 30,832.65 | | Butler Merchandising | Suppliers/Vendors | |
| 10/21/2025 | 28,480.46 | | Butler Merchandising | Suppliers/Vendors | |
| 10/23/2025 | 1,519.54 | | Butler Merchandising | Suppliers/Vendors | |
| 10/17/2025 | 8,062.90 | | Carrier Corporation | Suppliers/Vendors | |
| 10/17/2025 | 128,954.74 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 10/17/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |

| Date | Amount | Payee | Type |
|---|---|---|---|
| 10/17/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/17/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/17/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/20/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/20/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/20/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/20/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/20/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/21/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/21/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/21/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/21/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/21/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/22/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/28/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/28/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/28/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/28/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/29/2025 | 75.00 | CNB Bank | Suppliers/Vendors |
| 10/29/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/31/2025 | 335.62 | CNB Bank | Suppliers/Vendors |
| 10/31/2025 | 27.29 | CNB Bank | Suppliers/Vendors |
| 10/31/2025 | 21.40 | CNB Bank | Suppliers/Vendors |
| 10/17/2025 | 441.62 | Construction & Aggregate Products | Suppliers/Vendors |
| 10/21/2025 | 16,329.60 | Diversified Packaging | Suppliers/Vendors |
| 10/21/2025 | 3,770.40 | Duraco Specialty Tapes | Suppliers/Vendors |
| 10/17/2025 | 4,445.10 | Electrical Engineering & Equipment | Suppliers/Vendors |
| 10/29/2025 | 9,075.16 | First Financial | Secured Debt |
| 10/28/2025 | 200,000.00 | Gibson, Dunn & Crutcher | Suppliers/Vendors |
| 10/20/2025 | 24,359.93 | Graphic Factory | Suppliers/Vendors |
| 10/17/2025 | 1,244.29 | Heritage- Crystal Clean | Suppliers/Vendors |
| 10/28/2025 | 50,000.00 | Humble Enterprises (Post Press) | Suppliers/Vendors |
| 10/17/2025 | 205.71 | Industrial Battery Products | Suppliers/Vendors |
| 10/17/2025 | 1,009.22 | Just Staffing | Suppliers/Vendors |
| 10/16/2025 | 846.80 | Level 3 Communications | Suppliers/Vendors |
| 10/28/2025 | 2,130.38 | Mary Ruggerio | Suppliers/Vendors |
| 10/20/2025 | 30,898.17 | Mid-American Energy | Suppliers/Vendors |
| 10/21/2025 | 27,500.00 | nFusion Capital | Suppliers/Vendors |
| 10/29/2025 | 3,164.00 | Nidhi Kumari | Suppliers/Vendors |
| 10/17/2025 | 50,000.00 | Phoenix-Veterans | Suppliers/Vendors |
| 10/20/2025 | 26,944.00 | Phoenix-Veterans | Suppliers/Vendors |
| 10/21/2025 | 17,959.14 | Phoenix-Veterans | Suppliers/Vendors |
| 10/17/2025 | 846.19 | Sunbelt Rentals | Suppliers/Vendors |
| 10/16/2025 | 20,000.00 | Universal Bookbindery | Suppliers/Vendors |
| 10/16/2025 | 10,642.13 | US Postal Service | Suppliers/Vendors |
| 10/20/2025 | 9,193.71 | Xcel Energy | Suppliers/Vendors |

| 8/5/2025 | 4,950.87 | HSS Dayton | Suppliers/Vendors | JAL Equity |
|---|---|---|---|---|
| 8/18/2025 | 30,000.00 | KnowledgeWorks Global | Suppliers/Vendors | JAL Equity |
| 8/25/2025 | 30,000.00 | KnowledgeWorks Global | Suppliers/Vendors | JAL Equity |
| 9/5/2025 | 4,950.87 | HSS Dayton | Suppliers/Vendors | JAL Equity |
| 9/10/2025 | 10,066.25 | Grimco | Suppliers/Vendors | JAL Equity |
| 9/11/2025 | 50,000.00 | Indigo America Inc. | Suppliers/Vendors | JAL Equity |
| 9/12/2025 | 70,000.00 | Indigo America Inc. | Suppliers/Vendors | JAL Equity |
| 8/18/2025 | 22,500.00 | Matt Cobb Printing Equipment | Suppliers/Vendors | JAL Equity |
| 9/10/2025 | 10,000.00 | The Enterprise Law Group | Suppliers/Vendors | JAL Equity |
| 9/12/2025 | 130,459.86 | Eric A Knudsen Trust | Suppliers/Vendors | JAL Equity |
| 8/14/2025 | 10,000.00 | Humble Enterprises (Post Press) | Suppliers/Vendors | JAL Equity |
| 8/18/2025 | 54,361.99 | Heidelberg USA | Suppliers/Vendors | JAL Equity |
| 8/14/2025 | 12,746.50 | Allied Lithographic | Suppliers/Vendors | JAL Equity |
| 9/8/2025 | 20.00 | Reprocomm | Suppliers/Vendors | JAL Equity |
| 8/26/2025 | 59,597.62 | Phoenix-Veterans | Suppliers/Vendors | JAL Equity |
| 8/11/2025 | 14,852.60 | YOFI | Suppliers/Vendors | JAL Equity |
| 9/15/2025 | 14,852.60 | YOFI | Suppliers/Vendors | JAL Equity |
| 8/21/2025 | 15,134.82 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 8/21/2025 | 20,000.00 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 8/27/2025 | 18,224.70 | SBPI | Suppliers/Vendors | JAL Equity |
| 9/5/2025 | 18,224.70 | SBPI | Suppliers/Vendors | JAL Equity |
| 8/29/2025 | 6,112.69 | World Wide Logistics | Suppliers/Vendors | JAL Equity |
| 9/15/2025 | 126,000.00 | VECP | Suppliers/Vendors | JAL Equity |
| 9/15/2025 | 2,600.00 | SE Solutions Sonsultants LLC | Suppliers/Vendors | JAL Equity |
| 8/26/2025 | 60,000.00 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 8/28/2025 | 20,000.00 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 9/10/2025 | 60,000.00 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 9/5/2025 | 50,000.00 | Indigo America Inc. | Suppliers/Vendors | JAL Equity |
| 8/8/2025 | 5,888.88 | ARC Paper | Suppliers/Vendors | JAL Equity |
| 9/5/2025 | 5,888.88 | ARC Paper | Suppliers/Vendors | JAL Equity |
| 9/5/2025 | 3,550.00 | SE Solutions Consultants | Suppliers/Vendors | JAL Equity |
| 8/22/2025 | 59,597.62 | Phoenix-Veterans | Suppliers/Vendors | JAL Equity |
| 9/10/2025 | 23,355.16 | American Express | Suppliers/Vendors | JAL Equity |
| 8/21/2025 | 22,500.00 | Matt Cobb Printing Equipment | Suppliers/Vendors | JAL Equity |
| 8/14/2025 | 25,000.00 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 8/29/2025 | 20,000.00 | Accent Group Solutions | Suppliers/Vendors | JAL Equity |
| 8/21/2025 | 33,944.14 | Kelly Spicers Paper | Suppliers/Vendors | JAL Equity |
| 9/10/2025 | 165,922.07 | Veritiv | Suppliers/Vendors | JAL Equity |
| 8/11/2025 | 266,883.55 | Eric A Knudsen Trust | Suppliers/Vendors | JAL Equity |
| 8/5/2025 | 4,777.54 | Duraco Speciality Tapes | Suppliers/Vendors | JAL Equity |
| 8/14/2025 | 20,000.00 | Phoenix-Veterans | Suppliers/Vendors | JAL Equity |
| 8/27/2025 | 11,404.84 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 8/29/2025 | 15,377.25 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 8/29/2025 | 14,149.44 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 8/26/2025 | 9,039.93 | US Postal Service | Suppliers/Vendors | JAL Equity |
| 8/14/2025 | 22,121.49 | US Postal Service | Suppliers/Vendors | JAL Equity |

| 8/11/2025 | | 93,823.06 | US Postal Service | Suppliers/Vendors | JAL Equity |
|---|---|---|---|---|---|
| 09/29/2025 | 20,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 10/15/2025 | 20,000.00 | | Accent Group Solutions | Suppliers/Vendors | |
| 9/23/2025 | 64,168.67 | | Aequum Capital | Secured Debt | |
| 9/24/2025 | 13,451.15 | | Aequum Capital | Secured Debt | |
| 9/25/2025 | 151,578.94 | | Aequum Capital | Secured Debt | |
| 9/26/2025 | 56,353.27 | | Aequum Capital | Secured Debt | |
| 9/29/2025 | 225,329.04 | | Aequum Capital | Secured Debt | |
| 9/30/2025 | 42,709.66 | | Aequum Capital | Secured Debt | |
| 10/1/2025 | 13,876.81 | | Aequum Capital | Secured Debt | |
| 10/2/2025 | 147,881.30 | | Aequum Capital | Secured Debt | |
| 10/3/2025 | 21,824.10 | | Aequum Capital | Secured Debt | |
| 10/6/2025 | 12,493.17 | | Aequum Capital | Secured Debt | |
| 10/7/2025 | 21,579.54 | | Aequum Capital | Secured Debt | |
| 10/8/2025 | 3,414.37 | | Aequum Capital | Secured Debt | |
| 10/9/2025 | 81,350.77 | | Aequum Capital | Secured Debt | |
| 10/10/2025 | 51,855.92 | | Aequum Capital | Secured Debt | |
| 10/14/2025 | 53,220.90 | | Aequum Capital | Secured Debt | |
| 10/15/2025 | 7,807.56 | | Aequum Capital | Secured Debt | |
| 10/16/2025 | 848.61 | | Aequum Capital | Secured Debt | |
| 10/14/2025 | 5,000.00 | | Allied Lithographic | Suppliers/Vendors | |
| 10/16/2025 | 7,820.00 | | American Express | Suppliers/Vendors | |
| 10/02/2025 | 5,072.58 | | American Water | Suppliers/Vendors | |
| 10/15/2025 | 19,050.00 | | Bexar County | Suppliers/Vendors | |
| 10/15/2025 | 6,892.80 | | Butler Merchandising | Suppliers/Vendors | |
| 09/29/2025 | 15,392.44 | | Butler Merchandising | Suppliers/Vendors | |
| 10/03/2025 | 71,207.22 | | Canon | Secured Debt | |
| 10/07/2025 | 5,589.81 | | Canon | Secured Debt | |
| 10/09/2025 | 5,498.50 | | Canon | Secured Debt | |
| 10/14/2025 | 4,634.18 | | Canon | Secured Debt | |
| 10/14/2025 | 2,642.16 | | Canon | Secured Debt | |
| 10/14/2025 | 1,024.74 | | Canon | Secured Debt | |
| 10/15/2025 | 5,498.50 | | Canon | Secured Debt | |
| 10/15/2025 | 2,279.56 | | Central States | Suppliers/Vendors | |
| 10/01/2025 | 2,503.13 | | Clampitt Paper | Suppliers/Vendors | |
| 09/23/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/25/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/25/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/26/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/26/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/29/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/29/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |
| 09/30/2025 | 263.00 | | CNB Bank | Suppliers/Vendors | |
| 09/30/2025 | 21.00 | | CNB Bank | Suppliers/Vendors | |
| 09/30/2025 | 20.51 | | CNB Bank | Suppliers/Vendors | |
| 10/01/2025 | 20.00 | | CNB Bank | Suppliers/Vendors | |

| 10/06/2025 | 33.00 | CNB Bank | Suppliers/Vendors |
|---|---|---|---|
| 10/08/2025 | 33.00 | CNB Bank | Suppliers/Vendors |
| 10/10/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 3,227.92 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 295.75 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 150.92 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 33.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/15/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/15/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/15/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/15/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/15/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/15/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/15/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/16/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/16/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/16/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/16/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/16/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 10/14/2025 | 130,459.86 | Eric A Knudsen Trust | Suppliers/Vendors |
| 10/15/2025 | 5,792.16 | GCIU Employer Retirement Fund | Suppliers/Vendors |
| 10/14/2025 | 200,000.00 | Gibson, Dunn & Crutcher | Suppliers/Vendors |
| 10/15/2025 | 20,000.00 | Graphic Factory | Suppliers/Vendors |
| 10/15/2025 | 10,000.00 | Humble Enterprises (Post Press) | Suppliers/Vendors |
| 10/14/2025 | 69,696.00 | Indigo America Inc. | Suppliers/Vendors |
| 10/14/2025 | 15,826.69 | John Henry Foster | Suppliers/Vendors |
| 10/14/2025 | 4,096.83 | Just Staffing | Suppliers/Vendors |
| 10/14/2025 | 52,173.35 | Kodak | Suppliers/Vendors |
| 09/22/2025 | 16,371.82 | M2 Equipment Leasing | Secured Debt |
| 09/29/2025 | 16,371.82 | M2 Equipment Leasing | Secured Debt |
| 09/29/2025 | 50.00 | M2 Equipment Leasing | Secured Debt |
| 10/14/2025 | 1,711.81 | Manroland Goss Web Systems | Suppliers/Vendors |
| 10/10/2025 | 2,145.38 | Mary Ruggerio | Suppliers/Vendors |
| 10/15/2025 | 50,000.00 | Phoenix-Veterans | Suppliers/Vendors |

| | | | |
|---|---|---|---|
| 09/23/2025 | 52,031.04 | Potter County Tax Office | Suppliers/Vendors |
| 09/25/2025 | 34,970.30 | Print Promotions | Suppliers/Vendors |
| 10/15/2025 | 4,655.00 | Servpro | Suppliers/Vendors |
| 10/14/2025 | 21,396.03 | Sun Chemical Corporation | Suppliers/Vendors |
| 10/14/2025 | 37,810.00 | US Postal Service | Suppliers/Vendors |
| 09/25/2025 | 7,225.17 | US Postal Service | Suppliers/Vendors |
| 10/14/2025 | 61.47 | Wells Fargo | Suppliers/Vendors |
| 10/14/2025 | 60.00 | Wells Fargo | Suppliers/Vendors |
| 09/17/2025 | 36,500.00 | Accent Group Solutions | Suppliers/Vendors |
| 09/16/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 09/17/2025 | 33.00 | CNB Bank | Suppliers/Vendors |
| 09/17/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 09/17/2025 | 20.00 | CNB Bank | Suppliers/Vendors |
| 9/16/2025 | 2,931.50 | Datatech | Suppliers/Vendors |
| 9/16/2025 | 11,253.38 | Dave Rockey | Suppliers/Vendors |
| 9/16/2025 | 20,119.68 | Hughes Marino | Suppliers/Vendors |
| 09/17/2025 | 17,000.00 | Humble Enterprises (Post Press) | Suppliers/Vendors |
| 9/16/2025 | 2,562.14 | Jeff McDonald | Suppliers/Vendors |
| 9/16/2025 | 10,852.51 | Kodak | Suppliers/Vendors |
| 9/16/2025 | 8,962.00 | Thomas Harris Attorney Trust Acct. | Suppliers/Vendors |
| 9/18/2025 | 42,115.80 | Aequum Capital | Secured Debt |
| 9/19/2025 | 202,780.79 | Aequum Capital | Secured Debt |
| 9/22/2025 | 209,534.74 | Aequum Capital | Secured Debt |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| LAS VEGAS COLOR GRAPHICS, INC. *et al.*, | Case No. 25-16697-NMC |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES TO THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Las Vegas Color Graphics, Inc. and ColorArt, LLC (each, a "Debtor," and collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") in the above captioned chapter 11 cases contemporaneously herewith. These Global Notes to the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements of Financial Affairs. The Global Notes should be referred to and reviewed in connection with the Schedules and Statements.[1]

**"As of" Information Date**. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these notes is provided as of November 5, 2025 (the "Petition Date") or as close thereto as reasonably practicable under the circumstances.

**Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

    a. **Valuation**. Except as otherwise indicated, asset values represent net book value, not market value. Obtaining current market values would be cost-prohibitive and unduly burdensome.

    b. **Cash Management**. Debtors use a centralized approach to cash management and financing of its operations, including through the Shared Services Agreement, between JAL Equity Corp. ("JAL"), Debtors, and other affiliated entities, dated January 1, 2024 (the "Shared Services Agreement"). Pursuant to the cash management arrangement, amounts are swept between accounts as necessary and payments are made by or on

---

[1] These notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

1

behalf of Debtors by other entities, or vice versa, with all amounts being paid to, by, for, from, or on behalf of, Debtors reflected on a ledger.

c. **Payables, Credits, and Adjustments**. Claims of creditors are listed in the amounts recorded on the Debtors' books and records, based on invoices received and other relevant documentation. These amounts may not reflect certain credits, setoffs, allowances, or other adjustments due from such creditors. Certain creditors are listed with a $0.00 balance, because they are identified as having been a creditor of Debtors at some point, though no current balance is reflected. In an abundance of caution, they are being listed so that notice is provided.

d. **Executory Contracts and Unexpired Leases**. Executory contracts and unexpired leases have been set forth on Schedule G but are incorporated into Schedule A/B as applicable. The Schedules and Statements do not reflect any claims or estimates for contract rejection damages. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired).

e. **Causes of Action**. Despite efforts to identify all known assets, the Debtors may not have listed all their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law it may have, and neither these notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

f. **Insiders**. The listing of a party as an insider or affiliate for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. In the circumstance where the Schedules and Statements require information regarding "insiders", the Debtors have included information with respect

2

to the individuals whom the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," the response is not intended to reflect upon the materiality of the amount, but that Debtors have not been able to determine the necessary about to include.

**Methodology and Limitations.** The Debtors have made reasonable efforts to ensure the accuracy of the Schedules and Statements, however, inadvertent errors, omissions, or inaccuracies may exist and will be correct or addressed through supplements and amendments, as necessary.

**Reservation of Rights**. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim description or designation; (ii) dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including without limitation issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by the Bankruptcy Code or otherwise ordered by the Court.