1   Ogonna Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
2   WOMBLE BOND DICKINSON (US) LLP
    8488 Rozita Lee Avenue, Suite 400
3   Las Vegas, NV  89113
    Tel:    702.949.8200
4
5   Michael W. O'Donnell (admitted *pro hac vice*)
    Aimee Vidaurri (admitted *pro hac vice*)
6   **NORTON ROSE FULBRIGHT US LLP**
    111 W. Houston Street, Suite 1800
7   San Antonio, Texas 78205
    Telephone: (210) 224-5575
8   Facsimile: (210) 270-7205
    Email: mike.odonnell@nortonrosefulbright.com
9   Email: aimee.vidaurri@nortonrosefulbright.com

10  Julie Harrison (admitted *pro hac vice*)
    **NORTON ROSE FULBRIGHT US LLP**
11  1550 Lamar St., Suite 2000
    Houston, TX 77010
12  Telephone: (713) 651-5151
    Facsimile: (713) 651-5246
13  Email: julie.harrison@nortonrosefulbright.com

14  *Attorneys for Creditors AICV S Heart Fillmore, L.L.C.,*
    *AICV S Heart Workman, L.L.C., NL Ventures XII*
15  *Zarzamora, L.L.C., NL Ventures XII Delaware, L.L.C.*
    *and NL Ventures XII Morton, L.L.C.*

16              UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEVADA
17

18  | In re: | Lead Case No. 25-16697-nmc |

19  LAS VEGAS COLOR GRAPHICS, INC.,          Chapter 11

20          AFFECTS LAS VEGAS COLOR          *Jointly Administered with:*
            GRAPHICS, INC.            ☐
21                                            ColorArt, LLC
            AFFECTS COLORART, LLC    ☒        Case No. 25-16701-nmc
22
            AFFECTS BOTH DEBTORS     ☐        **NOTICE OF HEARING RE MOTION**
23                                            **FOR ENTRY OF AN ORDER**
                        Debtors.              **ALLOWING AND COMPELLING**
24                                            **PAYMENT OF ADMINISTRATIVE**
                                              **EXPENSE CLAIM AND GRANTING**
25                                            **RELATED RELIEF**

26
27                                            Hearing Date:    February 24, 2026
                                              Hearing Time:    9:30 a.m.
28

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV  89113

WOMBLE BOND DICKINSON

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

AICV S Heart Fillmore, L.L.C., AICV S Heart Workman, L.L.C., NL Ventures XII Zarzamora, L.L.C., NL Ventures XII Delaware, L.L.C. and NL Ventures XII Morton, L.L.C. (collectively "AIC") creditors in the above-referenced bankruptcy proceeding, by and through their counsel, Ogonna M. Brown of the law firm of Womble Bond Dickinson (US) LLP, hereby advises as follows:

Creditors filed a *Motion for Entry of an Order Allowing and Compelling Payment of Administrative Expense Claims and Granting Related Relief* (the "Motion")[1] (ECF No. 279). In the Motion, AIC seeks entry of an order (i) allowing an administrative expense claim in the amount of $249,253.06, (ii) directing and compelling the Debtors to pay such amount promptly, and (iii) granting to AIC such other and further relief as the Court may deem just and proper.

The Motion is based upon the following grounds and the following reasons: (1) The Debtor failed to pay post-petition rent due for November 5 – November 30 for the Rejected Leases, failed to pay rent due for December 1 – 31, 2025 for the Rejected Leases and the Morton Lease, and failed to pay rent due for January 1 – 31, 2026 for the Morton Lease and the Delaware Lease; (2) during the applicable post-petition period and prior to assumption or rejection of the Leases, the Debtor remained obligated under section 365 of the Bankruptcy Code to perform its rent payment obligations under the Leases; and (3) Under section 365(d)(3), the Debtor is obligated to "timely perform all the obligations of the debtor, except those specified in section 365(b)(2), arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of this title."

The Motion is supported by the Declaration of Michael J. Baucus.

**PLEASE TAKE NOTICE** that pursuant to the *Motion for Entry of an Order Allowing and Compelling Payment of Administrative Expense Claims and Granting Related Relief* (the "Motion") (ECF No. 279) filed on January 20, 2026, this Court has set the hearing date for the Motion for February 24, 2026 at 9:30 a.m., remotely via Teleconference Line before the Chief

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Judge Natalie M. Cox, United States Bankruptcy Judge using Dial In: (833) 435-1820; Meeting ID: 161 166 2815; Participant code: 115788#.

> If you object to the relief requested, you *must* file a **WRITTEN** response with the Court, you must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The Court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The Court may *rule against you* without formally calling the matter at the hearing.

Copies of the Motion may be obtained at http://www.nvb.uscourts.gov (PACER account required), or by contacting counsel for Creditor at the address herein, or by emailing Ogonna.Brown@wbd-us.com, Caitlin.Halm@wbd-us.com or Renee.Creswell@wbd-us.com for a copy of the Motion.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

4930-7105-2169, v. 1

DATED this 20th day of January, 2026.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna Brown*
Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV 89113
Tel.: 702.949.8200

- and -

Michael W. O'Donnell (admitted pro hac vice)
Aimee Vidaurri (admitted pro hac vice)
NORTON ROSE FULBRIGHT US LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: mike.odonnell@nortonrosefulbright.com
Email: aimee.vidaurri@nortonrosefulbright.com

- and -

Julie Harrison (admitted pro hac vice)
NORTON ROSE FULBRIGHT US LLP
1550 Lamar St., Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: julie.harrison@nortonrosefulbright.com

*Attorneys for Creditors AICV S Heart Fillmore,*
*L.L.C., AICV S Heart Workman, L.L.C., NL*
*Ventures XII Zarzamora, L.L.C., NL Ventures XII*
*Delaware, L.L.C. and NL Ventures XII Morton,*
*L.L.C.*



- 4 -

4930-7105-2169, v. 1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 20th day of January, 2026, I caused to be served a true and correct copy of **NOTICE OF HEARING RE MOTION FOR ENTRY OF AN ORDER ALLOWING AND COMPELLING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND GRANTING RELATED RELIEF** in the following manner:

☒    (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document (without exhibits, but exhibits are available upon request to Ogonna.Brown@wbd-us.com, Caitlin.Halm@wbd-us.com, or Renee.Creswell@wbd-us.com) for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP



WOMBLE BOND DICKINSON

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV  89113

- 5 -

4930-7105-2169, v. 1