1  MEGAN K. MCHENRY, ESQ.
   Nevada State Bar No. 9119
2  LAW OFFICE OF HAYES & WELSH
   199 North Arroyo Grande Blvd., Suite 200
3  Henderson, Nevada 89074
   Phone: 702-434-3444
4  Fax #:  702-434-3739
   E-Mail:m.mchenry@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com
5
   *Attorneys for Secured Creditor, m2 Equipment Finance LLC*
6

7                    UNITED STATES BANKRUPTCY COURT
                           DISTRICT OF NEVADA
8

9  In re:

10 LAS VEGAS COLOR GRAPHICS, INC.,          Lead Case No.: 25-16697-nmc

11    AFFECTS LAS VEGAS COLOR                Chapter 11
      GRAPHICS, INC.              ☐          *Jointly administered with:*
12
                                             ColorArt, LLC
13    AFFECTS COLORART, LLC        X         Case No. 25-16701-nmc

14    AFFECTS BOTH DEBTORS        ☐
15
   Debtors.
16

17          **STIPULATION MODIFYING THE AUTOMATIC STAY**

18         M2 Equipment Finance LLC dba M2 Lease Funds (the "Movant") and Colorart, LLC

19 ("Debtor") by and through counsel for the parties, hereby stipulate as follows:

20         WHEREAS, Movant filed a UCC-1 with the North Carolina Secretary of State, File

21 Number 20230088267K on July 12, 2013 relating to equipment identified as Ricoh/Kern

22 K3600 Inserter Package with Software, Serial Number 10048165 as detailed on the Ricoh

23 USA, Inc. Invoice #122687254-SR attached hereto as **Exhibit 1** ("Collateral");

24         WHEREAS, Debtor filed a voluntary petition for relief under chapter 11 of title 11 of

25 the United States Code (the "Bankruptcy Code") on November 5, 2025, thereby commencing

26 the above captioned case (the "Chapter 11 Case");

27         WHEREAS, on December 4, 2025, Movant filed Proof of Claim No. 17 (the "Proof

28 of Claim") in the Chapter 11 Case;

LAW OFFICE OF
HAYES & WELSH
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

LAW OFFICE OF
HAYES & WELSH
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

1    WHEREAS, Debtor is no longer utilizing the Collateral and Movant has requested

2  that Debtor stipulate to relief from the automatic stay to retrive and liquidate the Collateral;

3    NOW, THEREFORE, the parties agree to the following terms:

4  **IT IS THEREFORE STIPULATED THAT:**

5    1.    The Debtor agrees to surrender the Collateral to the Movant.

6    2.    The stay under 11 U.S.C. §362(d)(1) and 11 U.S.C. §362(d)(2) is modified so

7  that the Movant can repossess and liquidate the Collateral.

8    3.    All the undersigned parties, consent to modifying the automatic stay.

9    4.    Movant may immediately enforce its state law remedies to repossess or

10  liquidate the Collateral, including but not limited to sale of the Collateral, and that the

11  provision of Rule 4001(a)(4), Federal Rules of Bankruptcy Procedure, shall not impede the

12  enforcement and implementation of this Order.

13    5.    Movant shall contact Debtor to arrange for an orderly turnover of the

14  Collateral and shall not seek to obtain the Collateral via any self-help remedies.

15    6.    Movant may not pursue Debtor for any deficiencies related to the Collateral

16  other than through a Proof of Claim or adversary proceeding, if any, in the Chapter 11 Case

17  without further order of the Court.

18    WHEREFORE, Movant and the Debtor jointly ask the Court to enter an order

19  modifying the automatic stay imposed pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C.

20  §362(d)(2) and to waive the 14-day stay under Rule 4001(a)(4).

21    Agreed:

22   _/s/ Megan K. McHenry, Esq._                    _/S/ Teresa M. Pilatowicz, Esq._

23  **Megan K. McHenry, Esq.**                        **Teresa M. Pilatowicz, Esq.**
    Attorney for m2 Equipment Finance LLC            **[Proposed]** Attorney for Debtor

24

25

26

27

28

**Megan McHenry**

---

| | |
|---|---|
| **From:** | Teresa Pilatowicz <tpilatowicz@Gtg.legal> |
| **Sent:** | Tuesday, January 20, 2026 1:12 PM |
| **To:** | Megan McHenry |
| **Cc:** | Shelby Harmer; Jamie Garman |
| **Subject:** | Re: Settlement Request RE: MFR || Colorart, LLC / Case Number: 25-16697//Pursuant to LR 4001 |

Thanks - you may affix my /s/ and file.

**Teresa M. Pilatowicz**

Partner

**P** 702 478 0559 | **F** 725 777 3112

GARMAN | TURNER | GORDON

2415 E. CAMELBACK ROAD, SUITE 700
PHOENIX, AZ 85016

**website** | **vCard** | **map** | **email**

  

---

**From:** Megan McHenry <m.mchenry@lvlaw.com>
**Date:** Tuesday, January 20, 2026 at 10:09 AM
**To:** Teresa Pilatowicz <tpilatowicz@Gtg.legal>
**Cc:** Shelby Harmer <sharmer@Gtg.legal>, Jamie Garman <JGarman@Gtg.legal>
**Subject:** RE: Settlement Request RE: MFR || Colorart, LLC / Case Number: 25-16697//Pursuant to LR 4001

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Teresa,

Hi Teresa,

Attached is Exhibit 1.  Please confirm that I can e-sign the stipulation (with your changes) on your behalf.

Thank you,

Megan K. McHenry, Esq.
Attorney

