

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 21, 2026

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Counsel to the Debtors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re: | Lead Case No.:25-16697-nmc |
|---|---|
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| ☐ AFFECTS LAS VEGAS COLOR GRAPHICS, INC. | *Jointly administered with:* |
| ☐ AFFECTS COLORART, LLC | ColorArt, LLC<br>Case No. 25-16701-nmc |
| ☒ AFFECTS BOTH DEBTORS | Hearing Date:  January 6, 2025<br>Hearing Time:  9:30 am |
| Debtors. | |

**ORDER APPROVING THE EMPLOYMENT OF
<u>GARMAN TURNER GORDON LLP AS BANKRUPTCY COUNSEL FOR DEBTORS</u>**

The Debtors submitted their *Application for Order Approving the Employment of Garman Turner Gordon LLP as Bankruptcy Counsel for Debtors* [ECF No. 110] (the

"Application"),[1] which came on for hearing before the above-captioned Court on January 6, 2025, at 9:30 a.m. All appearances were duly noted on the record at the hearing on the Application.

The Court having reviewed the Application and all matters submitted therewith; the *U.S. Trustee's Objection and Reservation of Rights to the Application for Order Approving the Employment of Garman Turner Gordon LLP as Bankruptcy Counsel for Debtors* [ECF No. 224]; Debtors *Reply to the U.S. Trustee's Objection and Reservation of Rights to the Application Order Approving the Employment of Garman Turner Gordon LLP as Bankruptcy Counsel for Debtors* [ECF No. 243]; *Supplemental Declaration of Eran Salu in Support of Application for Order Approving the Employment of Garman Turner Gordon LLP as Bankruptcy Counsel for Debtors* [ECF No. 244]; *Supplemental Declaration of Teresa M. Pilatowicz, Esq. in Support of Application for Order Approving the Employment of Garman Turner Gordon LLP as Bankruptcy Counsel for Debtors* [ECF No. 245]; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Application is granted in its entirety subject to the terms of this Order.

2. Pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2014 and 2016 and Local Rule 2016, Debtors are hereby authorized to retain Garman Turner Gordon LLP, and pursuant to the terms of the Engagement Agreement, as their bankruptcy counsel as of the Petition Date to perform the services set forth in the Application and the Engagement Agreement.

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

3.      Garman Turner Gordon LLP may seek compensation for fees and expenses incurred on behalf of the above-named Debtors and their estates in accordance with 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the United States Bankruptcy Court for the District of Nevada, and the Guidelines for Professional Compensation established by the Office of the U.S. Trustee, and any other applicable provisions of the Bankruptcy Rules, the Local Rules, and any other procedures and orders of the Court.

4.      Garman Turner Gordon LLP may seek costs, fees and expenses incurred prior to the entry of this Court Order but will not seek relief pursuant to 11 U.S.C. § 328.

5.      Garman Turner Gordon LLP shall provide ten business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

///

**PREPARED AND SUBMITTED BY:**

GARMAN TURNER GORDON LLP


By: */s/   Teresa Pilatowicz*
    GREGORY E. GARMAN, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Counsel for Debtors*

PETER C. ANDERSON UNITED STATES TRUSTEE

By: */s/   Justin Valencia*
    JUSTIN C. VALENCIA, ESQ.
    Trial Attorney for the United States

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

| | |
|---|---|
| Justin C. Valencia, Esq.<br>*Counsel for the United States Trustee* | APPROVED |
| Stephanie Hor-Chen, Esq.<br>*Counsel for Aequeem Capital Financial II, LLC* | DID NOT RESPOND |
| Gabrielle Hamm, Esq.<br>*Counsel for Aequeem Capital Financial II, LLC* | DID NOT RESPOND |
| Ogonna Brown, Esq.<br>*Counsel for AICV S Heart Fillmore, LLC AICV S Heart Workman, LLC, NL Ventures XII Zarzamora, LLC, NL Ventures XII Delaware, LLC and NL Ventures XII Morton, LLC.* | DID NOT RESPOND |

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Garman Turner Gordon LLP
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
(725) 777-3000

4