**ANDERSEN BEEDE WEISENMILLER**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@abwfirm.com*
Tali J. Frey, Esq.
Nevada Bar No. 16537
Email: *tali@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824

*Counsel for Knudsen LVCG, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> LAS VEGAS COLOR GRAPHICS, INC., <br><br> Debtor. <br><br> AFFECTS LAS VEGAS COLOR GRAPHICS, INC.   ☐ <br> AFFECTS COLORART, LLC   ☐ <br> AFFECTS BOTH DEBTORS   ☒ | Case No.: 25-16697-NMC **(Lead Case)** <br> Chapter 11 <br><br> **Jointly administered with:** <br> Case No. BK-S-25-16701-NMC <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:

Tali J. Frey of Andersen Beede Weisenmiller, counsel for Knudsen LVCG, LLC, hereby enters her appearance on the record in the above-captioned bankruptcy case, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

Undersigned counsel further requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.

All notices and copies in response to the foregoing, and all notices required to be mailed to the interested party pursuant to Rule 2002 of the Local Rules of Bankruptcy Procedure, or any other applicable statute or rule by the Debtor or any other interested party, should be directed to:

**ANDERSEN BEEDE WEISENMILLER**
Tali J. Frey, Esq.
Nevada Bar No. 16537
Email: *tali@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

The foregoing is not to be deemed or construed as a waiver of any rights: (i) to seek withdrawal of the reference in the above-captioned case or any case, proceeding, or matter related thereto; (ii) to seek a jury trial with respect to any proceeding or matter triable to a jury in the undersigned case or in any other case, proceeding, or matter related thereto; or (iii) any other rights, claims, actions, setoffs, or recoupments which may be applicable, either in law or in equity, all of which are expressly reserved.

Dated this 21st day of January, 2026.

Respectfully submitted by:

**ANDERSEN BEEDE WEISENMILLER**

By:    /s/ *Tali J. Frey*
Tali J. Frey, Esq.
Nevada Bar No. 16537
3199 E Warm Springs Rd, Ste 400
Las Vegas, NV 89120

*Counsel for Knudsen LVCG, LLC*