**DENIED**

Denied without prejudice. The parties failed to satisfy the standards set forth in 11 U.S.C §107 and FRBP 9018.

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 23, 2026

---

Ogonna M. Brown, Esq.
Nevada Bar No. 7589
**WOMBLE BOND DICKINSON LLP**
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Email: ogonna.brown@wbd-us.com

Michael W. O'Donnell (admitted *pro hac vice*)
Aimee Vidaurri (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: mike.odonnell@nortonrosefulbright.com
Email: aimee.vidaurri@nortonrosefulbright.com

Julie Harrison (admitted *pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar St., Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: julie.harrison@nortonrosefulbright.com

*Attorneys for Creditors AICV S Heart Fillmore, L.L.C.,*
*AICV S Heart Workman, L.L.C., NL Ventures XII,*
*Zarzamora, L.L.C., NL Ventures XII, Delaware, L.L.C.*
*and NL Ventures XII, Morton, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>LAS VEGAS COLOR GRAPHICS, INC.,<br><br>☐ AFFECTS LAS VEGAS COLOR GRAPHICS, INC.<br><br>☒ AFFECTS COLORART, LLC<br><br>Debtors. | Lead Case No. 25-16697-NMC<br>Chapter 11<br><br>*Jointly administered with:*<br>ColorArt, LLC<br>Case No. 25-16701-NMC<br><br>**ORDER APPROVING STIPULATION TO FILE EXHIBIT UNDER SEAL** |

4916-6609-6264.1

This Court having reviewed and considered the Stipulation to File Exhibit Under Seal [ECF No. 264] ("Stipulation") and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that Exhibit "B" to AIC's Objection shall be filed under seal.

**IT IS SO ORDERED**.

Prepared and submitted by:

WOMBLE BOND DICKINSON (US) LLP

 /s/ Ogonna M. Brown
Ogonna M. Brown, Esq. (NBN 7589)
8488 Rozita Lee Ave., Suite 400
Las Vegas, Nevada 89113

*Attorneys for AIC*

# # #



- 2 -

4916-6609-6264.1

4916-6609-6264, v. 1