LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty St., Ste. 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

JEFFREY C. GARRETT
Nevada Bar No. 15917
KAEMPFER CROWELL
1980 Festival Plaza Dr., Ste. 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
E-Mail: jgarrett@kcnvlaw.com

Attorneys for JAL Equity Corp.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Lead Case No.: 25-16697-nmc |
|---|---|
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| AFFECTS LAS VEGAS COLOR GRAPHICS, INC. _____ | *Jointly administered with*: |
| AFFECTS COLORART, LLC _____ | ColorArt, LLC<br>Case No.  25-16701-nmc |
| AFFECTS BOTH DEBTORS    x _____ | **MOTION TO WITHDRAW AS COUNSEL** |
| Debtors. | Hearing Date: March 24, 2026<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Telephonic |

Kampfer Crowell moves to withdraw as counsel of record for JAL Equity Corporation and its affiliate Money Mailer, LLC.  This motion is made based upon LR IA 10-6(b) as made applicable by LR 2014(c); the following memorandum of points and authorities; the Declaration of Louis M. Bubala III filed concurrently; the papers and pleadings on file herein; and any oral argument presented to the Court.

KAEMPFER

CROWELL

**STATEMENT OF RELEVANT FACTS**

1.      Kaempfer Crowell was retained by JAL to represent its president, Eran Salu, and other employees subject to discovery in this case. Bubala Decl. ¶ 3.

2.      The firm, on behalf of JAL, (1) objected to Aequum Capital Financial II LLC's motion for expedited discovery and to take depositions on short notice (Dkt. 56), and (2) moved to quash the subpoena or obtain a protective order (Dkt. 57).  Counsel participated in discovery on behalf of JAL and, at JAL's request, its affiliate, Money Mailer, LLC.  Bubala Decl. ¶ 4. Kaempfer Crowell did not make an appearance in the case docket for Money Mailer, *id.*, but seeks leave to terminate the limited engagement during the discovery proceeding.

3.      JAL subsequently failed to comply with its communication and financial obligations with the firm.  In accordance with LR IA 10-6(b) on January 14, 2026, January 20, 2026, and February 9, 2026, Kaempfer Crowell emailed Mr. Salu and Mr. Barger that the firm would request leave of this court to withdraw as counsel without resolution of the payment and communication issues. *Id.* ¶ 6.  On January 20, 2026, JAL's general counsel, Mr. Barber, advised that the firm's representation was no longer needed and consented to Kaempfer Crowell's withdrawal. *Id.* ¶ 7. The firm has not received any further response from JAL, and its financial obligations to the firm remain outstanding. *Id.* ¶ 8.

**POINTS AND AUTHORITIES**

LR 2014(c) regarding withdrawal as attorney of record requires that LR IA 10-6 of the Local Rules of Practice for the United States District Court for the District of Nevada, be followed. Local Rule IA 11-6(b) conditions withdrawal on notice to the "affected client and opposing counsel" about the request to withdraw. Nevada Rule of Professional Conduct 1.16(b) is also applicable and provides that withdrawal can occur if one or more of the following circumstances apply:

> (1) Withdrawal can be accomplished **without material adverse effect on the interests of the client**; (2) The client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent; (3) The client has used the lawyer's services to perpetrate a crime or fraud; (4) A client insists upon taking action that the lawyer considers repugnant or with which the lawyer has fundamental disagreement; (5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless

KAEMPFER

CROWELL

the obligation is fulfilled; (6) The **representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client**; or (7) Other good cause for withdrawal exists.

(emphasis added.)

### ARGUMENT

Good cause exists for the Court to grant counsel's withdrawal. Counsel's continued representation has been rendered unreasonably difficult and resulted in an unreasonable financial burden. Nev. R. Prof. Cond. 1.16(6). Under the circumstances, the relationship between Kaempfer Crowell and its clients has become strained. The clients have been given written requests to fulfill their obligations and written notices that Kaempfer Crowell intended to seek leave to withdraw unless those obligations were satisfied. Bubala Decl. ¶ 6. As such, Kaempfer Crowell brings this motion requesting leave to withdrawal as counsel.

Withdrawal in this matter can be accomplished without material adverse effect on the interests of JAL, as JAL's general counsel advised, it no longer requires the firm's representation. *Id.* ¶ 7. Further, Kaempfer Crowell advised Debtor's counsel of the firm's intent to request leave to withdraw, should Debtor need to address any implications from to the withdraw. *Id.* ¶ 9. As such, the withdrawal of Kaempfer Crowell will not result in prejudice of JAL or Money Mailer, or delay any discovery, hearings, or trial in this case.

### CONCLUSION

Kaempfer Crowell requests that the Court grant its motion for the firm Crowell to withdraw, relieve it of representation of JAL of Money Mailer in this case, and direct the clerk of the court to terminate electronic service for JAL sent by email to Louis M. Bubala and Jeffrey C. Garrett.

KAEMPFER CROWELL

By: _____
Louis M. Bubala III
Jeffrey C. Garrett

Attorneys for JAL Equity Corp.

KAEMPFER
CROWELL

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. of Bankr. P. 7005 and Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18 and not a party to the above-referenced case.  I further certify that on Thursday, February 19, 2026, the following document(s) was/were filed and served as indicated below.

**MOTION TO WITHDRAW AS COUNSEL**

X_    **BY NOTICE OF ELECTRONIC FILING** through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Creditor KNUDSEN LVCG, LLC
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

RYAN A. ANDERSEN on behalf of Creditor KNUDSEN LVCG,LLC
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

MICHAEL N. BEEDE on behalf of Creditor KNUDSEN LVCG, LLC
mike@abwfirm.com, eservice@legallv.com

MICHAEL N. BEEDE on behalf of Creditor KNUDSEN LVCG,LLC
mike@abwfirm.com, eservice@legallv.com

OGONNA M. BROWN on behalf of Creditor AICV S Heart Fillmore, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor AICV S Heart Workman, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Delaware, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Morton, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor NL Ventures XII Zarzamora, L.L.C.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

KAEMPFER

CROWELL

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

ALLISON L. DOMOWITCH on behalf of Creditor Canon Financial Services, Inc.
fleischercases@fleischerlaw.com, adomowitch@fleischerlaw.com

ETHAN FEATHERSTONE on behalf of Creditor Mitsubishi HC Capital America, Inc.
EFEATHERSTONE@GRSM.COM, gangulo@grsm.com

TALI FREY on behalf of Creditor KNUDSEN LVCG, LLC
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Creditor KNUDSEN LVCG,LLC
tali@abwfirm.com, melissa@abwfirm.com

GABRIELLE A. HAMM on behalf of Creditor Aequum Capital Financial II LLC
ghamm@nvfirm.com, ecf@nvfirm.com

MICHAEL R. HOGUE on behalf of Creditor Beedie (Pioneer Way) NV Property, LLC
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com; flintza@gtlaw.com; JavieAnne.Bauer@gtlaw.com; andersonel@gtlaw.com; navarrom@gtlaw.com

MICHAEL R. HOGUE on behalf of Creditor Beedie Development Group Holdings Ltd.
hoguem@gtlaw.com, michael-hogue-0383@ecf.pacerpro.com; flintza@gtlaw.com; JavieAnne.Bauer@gtlaw.com; andersonel@gtlaw.com; navarrom@gtlaw.com

ROBERT MCKAY HOLLEY on behalf of Interested Party NMBL STATEGIES, solely in its capacity as court-appointed receiver in the Circuit Court of St. Louis County, State of Missouri, Case No. 25SL-CC11027
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

MARY LANGSNER on behalf of Debtor LAS VEGAS COLOR GRAPHICS, INC.
mlangsner@gtg.legal, bknotices@gtg.legal

MEGAN K. MCHENRY on behalf of Creditor M2 EQUIPMENT FINANCE LLC, DBA M2 LEASE FUNDS LLC
m.mchenry@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com

TERESA M. PILATOWICZ on behalf of Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Debtor LAS VEGAS COLOR GRAPHICS, INC.
tpilatowicz@gtg.legal, bknotices@gtg.legal

TERESA M. PILATOWICZ on behalf of Jnt Admin Debtor COLORART, LLC
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Creditor Aequum Capital Financial II LLC
saschwartz@nvfirm.com, ecf@nvfirm.com; schwartzsr45599@notify.bestcase.com; eanderson@nvfirm.com; samid@nvfirm.com

KAEMPFER

CROWELL

TYLER W. STEVENS on behalf of Creditor Beedie (Pioneer Way) NV Property, LLC
tyler.stevens@gtlaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

X_    **BY U.S. MAIL**: first class postage prepaid, to the individuals and/or entities at their

addresses as set forth below:

JAL Equity Corp.
Attn: Ian Barber, General Counsel
Attn: Eran Salu, President
3600 Torrey Pins Blvd.
Sarasota, FL 34238

Corporate Services Corporation
Registered Agent for JAL Equity Corp.
251 Little Falls Dr.
Wilmington, DE 19808

Money Mailer, LLC
Attn: Ian Barber, General Counsel
3600 Torrey Pins Blvd.
Sarasota, FL 34238

CSC-Lawyers Incorporating Serv. Co.
Registered Agent for Money Mailer, LLC
221 Bolivar St.
Jefferson City, MO 65101

X_    **COURTESY COPY BY ELECTRONIC MAIL**, to the individuals and/or entities at

their addresses as set forth below:

Ian Barber, General Counsel
JAL Equity Corp.
Ian.barber@marketing.com

Eran Salu, President
JAL Equity Corp.
eran@jalequity.com

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: February 19, 2026

By: _____
Caren M. Adkins
An Employee of KAEMPFER CROWELL

KAEMPFER

CROWELL