

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 30, 2026

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.:25-16697-nmc |
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| ☐ AFFECTS LAS VEGAS COLOR GRAPHICS, INC. | *Jointly administered with:* |
| ☐ AFFECTS COLORART, LLC | ColorArt, LLC<br>Case No. 25-16701-nmc |
| ☒ AFFECTS BOTH DEBTORS | |
| Debtors. | |

**ORDER APPROVING STIPULATION TO CONTINUE THE OBJECTION DEADLINES RELATED TO THE SALE HEARING**

Upon consideration of the *Stipulation to Continue Objection Deadlines Related to the Sale Hearing* (the "Stipulation"), a copy of which is attached hereto as **Exhibit 1**, entered into by and among Las Vegas Color Graphics, Inc. and ColorArt, LLC (the "Debtors"), and Advertex

1 of 2

Communications, Inc. dba Macy's Visual Marketing ("Advertex", and together with the Debtor, the "Parties"), and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation and the terms set forth therein are APPROVED.

2.      The Bid Deadline, solely as it relates to Macy's or any party related thereto, shall be extended to **April 3, 2026 at 5:00 PDT.**

3.      The Objection Deadlines, solely as it relates to Advertex, shall be extended to April 3, 2026 at 4:00 PDT.

GARMAN TURNER GORDON LLP

TRIPP SCOTT

By: */s/     Teresa Pilatowicz*
    GREGORY E. GARMAN, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Counsel to the Debtors*

By: */s/     Charles M. Tatelbaum*
CHARLES M. TATELBAUM, ESQ.
110 Southeast 6 Street, 15th Fl
Fort Lauderdale, FL 33301
*Counsel to Advertex Communications, Inc. dba Macy's Visual Marketing*

# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Counsel to the Debtors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.:25-16697-nmc |
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| ◻ AFFECTS LAS VEGAS COLOR GRAPHICS, INC. | *Jointly administered with:* |
| ◻ AFFECTS COLORART, LLC | ColorArt, LLC<br>Case No. 25-16701-nmc |
| ☒ AFFECTS BOTH DEBTORS | |
| Debtors. | |

## STIPULATION TO CONTINUE THE OBJECTION DEADLINES
## RELATED TO THE SALE HEARING

Las Vegas Color Graphics, Inc., and ColorArt, LLC (the "Debtors") and Advertex Communications, Inc. dba Macy's Visual Marketing ("Advertex", and together with the Debtors, the "Parties"), hereby stipulate and agree as follows (this "Stipulation"):

**WHEREAS**, on March 12, 2026 the Debtors filed the *Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of Debtors' Advertex Contract Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Debtors' Advertex Contract Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims*

1 of 3

*and Encumbrances, and Interests; and (II) Granting Related Relief* [ECF No. 385] (the "Bid Procedures Motion").[1]

**WHEREAS**, on March 24, 2026, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion.

**WHEREAS**, the current deadline for Qualified Bidders to submit a bid is Friday, March 27, 2025 at 4:00 pm PDT (the "Bid Deadline").

**WHEREAS,** an auction (the "Auction") as set forth in the Bid Procedures is scheduled for April 2, 2026.

**WHEREAS**, the deadline to object to the Cure Amounts is March 27, 2026 at 4:00 p.m. PDT (the "Cure Objection Deadline").

**WHEREAS**, the current deadline for parties to object to the relief requested in the Sale Motion is April 3, 2026 at 12:00 p.m. PDT (the "Sale Objection Deadline," and together with the Cure Objection Deadline, the "Objection Deadlines").

**WHEREAS**, the Sale Hearing is scheduled before the Bankruptcy Court on April 7, 2026 at 9:30 a.m.

**WHEREAS**, the Parties have agreed to extend the Objection Deadlines for Advertex as set forth herein.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] All undefined, capitalized terms have the meanings ascribed to them in the Bid Procedures Motion

2 of 3

**NOW, THEREFORE,** in consideration of the foregoing recitals, which are incorporated into this Stipulation, it is stipulated and agreed as follows:

1.     The Objection Deadlines, solely as it relates to Advertex, shall be extended to April 3, 2026 at 4:00 PDT.

Dated this 26th day of March, 2026.

GARMAN TURNER GORDON LLP            TRIPP SCOTT

By: */s/    Teresa Pilatowicz*
   GREGORY E. GARMAN, ESQ.
   TERESA M. PILATOWICZ, ESQ.
   MARY LANGSNER, Ph.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Counsel to the Debtors*

By: */s/    Charles M. Tatelbaum*
CHARLES M. TATELBAUM, ESQ.
110 Southeast 6 Street, 15th Fl
Fort Lauderdale, FL 33301
*Counsel to Advertex Communications, Inc. dba Macy's Visual Marketing*

3 of 3