_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 28, 2026

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.:25-16697-nmc |
| LAS VEGAS COLOR GRAPHICS, INC., | Chapter 11 |
| AFFECTS LAS VEGAS COLOR GRAPHICS, INC.          ☐ | *Jointly administered with:* |
| AFFECTS COLORART, LLC          ☐ | ColorArt, LLC<br>Case No. 25-16701-nmc |
| AFFECTS BOTH DEBTORS          ☒<br><br>Debtors. | Hearing Date:  April 21, 2026<br>Hearing Time: 9:30 a.m. |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF GARMAN TURNER GORDON LLP, AS DEBTORS BANKRUPCTY COUNSEL, FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND** <u>**REIMBURSEMENT OF EXPENSES**</u>

Garman Turner Gordon LLP
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
(725) 777-3000

The *First Interim Fee Application of Garman Turner Gordon, LLP, as Debtors Bankruptcy Counsel, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (the "Application") [ECF No. 408] was heard and considered by the Court on April 21, 2026, at 9:30 a.m. Teresa M. Pilatowicz, Esq. of Garman Turner Gordon LLP appeared on behalf of Las Vegas Color Graphics, Inc. ("LVCG") and ColorArt, LLC ("ColorArt"; together with LVCG, the "Debtors").

The Court reviewed and considered the Application, the supporting *Declaration of Teresa M. Pilatowicz, Esq., in Support of Garman Turner Gordon, LLP, as Debtors Bankruptcy Counsel, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 409] and the *Declaration of Tedd Burr, in Support of Garman Turner Gordon, LLP, as Debtors Bankruptcy Counsel, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 410] and the evidence submitted in support thereof, including the *United States Trustee's Omnibus Response and Reservation of Rights* [ECF No. 443], as well as the statements made by counsel at the hearing.  Good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DEGREED AS FOLLOWS:**

1.      The Application is granted.

2.      Pursuant to 11 U.S.C. §§ 330(a) and 331, for the period of November 5, 2025, through February 28, 2026, Garman Turner Gordon LLP is awarded interim professional compensation for actual, necessary services rendered in the amount of $271,652.00, and reimbursement of actual, necessary expenses incurred in the amount of $9,334.67, for a total of $280,986.67.

3.      Debtors are authorized to pay Garman Turner Gordon LLP all unpaid fees and expenses allowed by the Court in this Order.  GTG is also authorized to apply any funds held in retainer to pay the amounts awarded.

/ / /

4.      Nothing contained herein shall be construed to limit or waive the United States Trustee's right to review or object to the compensation or reimbursement of expenses through and including the final fee application.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: */s/   Teresa Pilatowicz*
    GREGORY E. GARMAN, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    MARY LANGSNER, PH.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Counsel for Debtors*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

Justin C. Valencia                      APPROVED
*Attorney for the United States Trustee*

Stephanie K. Hor-Chen, Esq.           WAIVED
Gabrielle Hamm, Esq.
*Counsel for Aequeem Capital*
*Financial II, LLC*

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### ###

Garman Turner Gordon LLP
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
(725) 777-3000