GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LAS VEGAS COLOR GRAPHICS, INC.,<br><br>AFFECTS LAS VEGAS COLOR GRAPHICS, INC. ☐<br><br>AFFECTS COLORART, LLC ☐<br><br>AFFECTS BOTH DEBTORS ☒<br><br>Debtors. | Lead Case No.: 25-16697-nmc<br><br>Chapter 11<br><br>*Jointly administered with:*<br><br>ColorArt, LLC<br>Case No.: 25-16701-nmc |

**NOTICE OF WEEKLY ACCOUNTS RECEIVABLE COLLECTIONS AND REMITTANCE TO AEQUUM CAPITAL FINANCIAL II LLC**

ColorArt, LLC ("ColorArt"), together with Las Vegas Color Graphics, Inc. ("LVCG," together with ColorArt, the "Debtors"), as debtors and debtors in possession, hereby file this *Notice of Weekly Accounts Receivable Collections and Remittance to Aequum Capital Financial II LLC* (the "Notice") pursuant to the Court's *Order Approving Stipulation Regarding Continued Collection, Reconciliation, Remittance, and Reporting of Accounts Receivables* (the "Order")[1] [ECF No. 660], and the stipulation approved thereby (the "Stipulation") [ECF No. 659].

The Debtors report as follows:

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Order.

1. Reconciliation Period. The Applicable weekly reconciliation period is Saturday, August 22, 2026 through Friday, August 28, 2026.

2. Purchased Receivable Collections. During the applicable reconciliation period, the Debtors collected an aggregate of $123,395.20 on account of the Purchased Receivables.

3. Remittance to Aequum. On Monday, August 21, 2026, Debtors remitted $123,395.20 to Aequum by wire transferring accordance with the Stipulation.

4. Adjustments, Reversals, Disputed Allocations, and Exceptions. There are no unresolved Adjustments, reversals, disputed allocations, or exceptions relating to the collections and remittance reported in this Notice.

5. Cumulative Remittances. The cumulative amount remitted to Aequum pursuant to the Stipulation is $643,787.40.

6. Separate Cash-Collateral Payments. During the period covered by this Notice, the Debtors did not make any separate payments to Aequum pursuant to the Cash Collateral Orders.

7. A summary reconciliation identifying the applicable account debtors and collection amounts is available upon request to the Debtors.

DATED this 2nd day of September, 2026.

GARMAN TURNER GORDON LLP

By: */s/ Teresa M. Pilatowicz*________

GREGORY E. GARMAN, ESQ.
TERESA M. PILATOWICZ, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Counsel to the Debtors*